## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| PRECISION CONTRACTING SOLUTIONS, LP, <br> 8222 Georgia Avenue <br> Silver Spring, MD 20910 <br><br> DERRICK S. SIEBER <br> 9412 St. Andrews Way <br> Silver Spring, MD 20901 <br><br> STEPHEN C. SIEBER <br> 1805 45th Street N.W. <br> Washington D.C. 20001 <br><br> CAROLYN TORSELL <br> 1135 6th Street N.E. <br> Washington D.C. 20001 <br><br>                 Plaintiffs, <br><br>    v. <br><br> ANGI HOMESERVICES, INC. <br> 14023 Denver West Pkwy, Bldg. 64 <br> Golden, CO 80401 <br><br> ANGIE'S LIST, INC. <br> 1030 E. Washington Street <br> Indianapolis, IN 46204 <br><br> KENNETH VOGEL <br> 1642 R Street N.W. <br> Washington D.C. 20009 <br><br> THE DISTRICT OF COLUMBIA <br> 444 4th Street N.W. <br> Washington D.C. 20001 <br><br>                 Defendants. | Case No. |

**NOTICE OF REMOVAL**

Defendants ANGI Homeservices, Inc. d/b/a HomeAdvisor ("HomeAdvisor") and Angie's List, Inc. ("Angie's List"), by and through their undersigned counsel, hereby provide notice pursuant to 28 U.S.C. §§ 1331 and 1441 of the removal of the above-captioned case from the Superior Court of the District of Columbia, to the United States District Court for the District of Columbia.[1]  The grounds for removal are as follows:

1. On September 10, 2019, Plaintiffs filed their Complaint for Violation of the Federal Trade Commission Act, Tortious Interference, False Light, and Conspiracy in the Superior Court for the District of Columbia.

2. As set forth more fully below, this case is properly removed because this Court has federal-question jurisdiction under 28 U.S.C. §§ 1331 and 1441, as well as supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

## I.  THE PROCEDURAL REQUIREMENTS OF REMOVAL ARE MET.

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, orders and other documents served upon Defendants are attached as **Exhibit A**.

4. In accordance with 28 U.S.C. § 1446(d), Defendants will provide written notice of the removal of this action to Plaintiff, and will file a copy of this Notice of Removal with the Clerk of the Superior Court of the District of Columbia.  A copy of that notice to be filed with the Superior Court of the District of Columbia, without exhibits, is attached as **Exhibit B**.

5. Plaintiffs filed this lawsuit on September 10, 2019.  As such, Defendants filing of this Notice of Removal on September 15, 2019, is timely filed.  *See* 28 U.S.C. § 1446(b)(1)

---

[1] Plaintiffs have incorrectly identified one of the Defendants as "ANGI Homeservices, Inc. d/b/a HomeAdvisor."  ANGI Homeservices, Inc. is the parent company of HomeAdvisor, Inc., which does business as HomeAdvisor.

(Notice of Removal must be filed "within 30 days of receipt . . . of the initial pleadings setting forth the claim for relief upon which such action or proceeding is based[.]")

6. Further, pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants required to consent to this removal have provided such consent. Specifically, on Friday, September 13, 2019, counsel for Angie's List and HomeAdvisor contacted Defendant Kenneth Vogel who expressly consented to the filing of this Notice of Removal, orally and in writing. Counsel for Angie's List and HomeAdvisor also subsequently contacted counsel for the District of Columbia who indicated that Defendant District of Columbia does not oppose removal but that the District of Columbia had not yet been served with process and, therefore, its consent was not required.

7. The United States District Court for the District of Columbia presides in the locality in which the state court action is now pending. It is therefore a proper forum for removal. *See* 28 U.S.C. § 1441(a).

## II. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1441.

8. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1441.

9. Plaintiffs' Complaint alleges various violations of the Federal Trade Commission Act ("FTCA") and the Consumer Review Fairness Act ("CRFA"), 15 U.S.C. §45b, claiming that HomeAdvisor's and Angie's List's action in removing PCS's profile, ratings and reviews from their websites violated the FTCA and CFRA. (*See generally* Complaint ¶¶ 65-97.) In addition to the federal claim in Count I, Plaintiffs' state law claims, i.e. Tortious Interference with Existing and Prospective Business Relations, False Light, Conspiracy, and request for punitive damages, turn on a question of federal law.

10. On its face, Plaintiffs' "Complaint for Violation of the Federal Trade Commission Act, Tortious Interference, False Light, and Conspiracy," is premised upon alleged violations of

the FTCA and CRFA. That is, Plaintiffs bring this action and seek remedies and damages pursuant to federal law, specifically, 15 U.S.C. § 45b. (*See* Compl. §§ 65-97). Specifically, each of Plaintiffs' state law claims (tortious interference, false light, and conspiracy) hinge on whether Defendants violated the FTCA and CRFA, as alleged in Count I. Indeed, Plaintiffs rely on the FTCA and CRFA throughout their entire Complaint.

11. In Count II, Plaintiffs claim that "[b]y intentionally and unlawfully removing [PCS's] profiles, ratings and reviews from their websites . . . in violation of FTCA Section 45b, as set forth above in this Complaint, Corporate Defendants intentionally interfered with both the existing and prospective business relations of PCS." (Complaint ¶ 106.). Similarly, Count III solely focuses on the legality of Defendants' removal of PCS's profile on their website. (*See generally* Complaint ¶¶ 108-117.) The Conspiracy claim also turns on the FTCA and CFRA, seeking to hold Defendant Vogel and the District of Columbia jointly liable for the "unlawful removal of PCS profiles, ratings and consumer reviews" from Defendants' websites which "violated Section 45b of the Federal Trade Commission Act . . . tortiously interfered with both existing and future contracts of PCS; and [] placed PCS in a false light to the public . . . ." (Complaint ¶¶ 119, 132.)

12. Plaintiffs also seek, among other things, statutory damages related to alleged violations of the FTCA and CRFA. (*See generally* WHEREFORE clauses and requests for relief listing requested damages for alleged violations of the FTCA).

13. As such, this Court has original jurisdiction over the subject matter pursuant to 28 U.S.C. §1331. Therefore, this is a civil action that may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

14. To the extent necessary, this Court may also exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over Plaintiffs' state law claims: tortious interference claim (Count II), false light claim (Count III), and conspiracy claim against all defendants (Count IV). Supplemental jurisdiction exists over each of these state law claims because their operative facts are the <u>same</u> as the facts allegedly giving rise to Plaintiffs' FTCA and CRFA claim, such that they form part of the same case or controversy under Article II of the United States Constitution. (*See* Complaint ¶¶ 98, 108, 118, 136) (specifically incorporating "by reference" the allegations recited for the FTCA and CRFA claim (Count I)).

15. Accordingly, this Court has subject matter jurisdiction over Plaintiffs' Complaint, and all claims contained therein, pursuant to 28 U.S.C. §§ 1331, 1367(a), and 1441.

16. In the filing of this Notice of Removal, Defendants do not waive and expressly reserve all objections and/or defenses to which they are entitled under Federal Rule of Civil Procedure 12(b) and any other rules applicable to this cause of action.

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441, and 1446, Defendants respectfully remove this action now pending in the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Dated: September 16, 2019

                                             Respectfully submitted,

                                             s/ Joshua D. Schnell
                                             Joshua D. Schnell (D.C. Bar No. 493409)
                                             ICE MILLER LLP
                                             20 F Street NW, Suite 850
                                             Washington, DC 20001
                                             Telephone: (202) 572-1603
                                             Facsimile: (202) 572-1604
                                             Email: joshua.schnell@icemiller.com

                                             *Attorney for Defendants ANGI Homeservices,*
                                             *Inc. and Angie's List, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 16th day of September, 2019, a copy of this Notice of Removal was filed electronically via the Court's E-Filing System and served upon all ECF-registered counsel or via first-class mail, postage prepaid upon the following:

>Edward W. Lyle
>1250 Connecticut Avenue NW, Suite 700
>Washington, D.C. 20036
>
>Derrick S. Sieber, *pro se*
>9212 St. Andrews Way
>Silver Spring, MD 20901
>
>Stephen C. Sieber, *pro se*
>1805 - 45th Street NW
>Washington, D.C. 20007
>
>Kenneth Vogel
>1642 R Street N.W.
>Washington D.C.
>
>District of Columbia,
>a municipal corporation
>444 - 4th Street N.W.
>Washington, D.C. 20001

>/s/ Joshua D. Schnell
>Signature

ICE MILLER LLP
20 F Street NW, Suite 850
Washington, DC 20001
Telephone: (202) 572-1603
Facsimile: (202) 572-1604
Email: joshua.schnell@icemiller.com

I\14769353.1