# EXHIBIT A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

PRECISION CONTRACTING
SOLUTIONS, LP
8222 Georgia Avenue
Silver Spring, MD 20910

DERRICK S. SIEBER, Individually
9412 St. Andrews Way
Silver Spring, MD 20901

STEPHEN C. SIEBER, Individually
1805 - 45th Street N.W.
Washington D.C. 20007,

CAROLYN TORSELL, Individually
1135 6th Street N.E,
Washington D.C. 20001

        Plaintiffs

    v.

ANGI HOMESERVICES, INC.
14023 Denver West Pkwy
Bldg. 64
Golden, CO 80401

ANGIE'S LIST, INC.
1030 E. Washington Street
Indianapolis, Indiana 46204

KENNETH VOGEL, Individually
1642 R Street N.W.
Washington D.C.

DISTRICT OF COLUMBIA,
a municipal corporation
444 - 4th Street N.W.
Washington 20001

       Defendants

RECEIVED
Civil Clerk's Office
SEP 1 0 2019
Superior Court of the
District of Columbia
Washington, D.~

**19 - 005949**

Case No. _____

# COMPLAINT
## FOR VIOLATION OF THE FEDERAL TRADE COMMISSION ACT, TORTIOUS INTERFERENCE, FALSE LIGHT, AND CONSPIRACY

1

## Parties

1.      Plaintiff Precision Contracting Solutions ("PCS") is a sole proprietorship that is headquartered at 8222 Georgia Avenue, Silver Spring, MD 20910, and is a licensed home improvement and class A general contractor in the District of Columbia. ("District" or "D.C."). PCS has been continuously licensed in the District since 2007 and at all times relevant to this Complaint.

2.      Plaintiff Derrick Sieber, individually, is a citizen of the State of Maryland and the sole proprietor of PCS.

3.      Plaintiff Stephen Sieber, individually, is a citizen of the District  and a design consultant to PCS, with no ownership interest or administrative control over PCS.

4.      Plaintiff Carolyn Torsell is a citizen of the District and a current customer of PCS.

5.      Defendant ANGI Homeservices, Inc. d/b/a "HomeAdvisor" ("Home Advisor") is a Colorado corporation headquartered at 14023 Denver West Pkwy, Bldg. 64, Golden, CO 80401 that conducts business in the District through its website (*www.homeadvisor.com*).

6.      Defendant Angie's List, Inc. ("Angie's List") is an Indiana corporation headquartered at 103 E Washington Street, Indianapolis, Indiana 46204 that conducts business in the District through its website (*www.angieslist.com*).

7.      Since 2017, Defendants Home Advisor and Angie's List have been affiliates owned by IAC Interactive Corp, ("IAC"), New York, NY.

8.      Defendant Kenneth Vogel ("Defendant Vogel") is a practicing attorney in the District where he is a partner in the law firm of Bar-Adon and Vogel PLLC.

2

9.    Defendant District of Columbia, acting through its Office of the Attorney General for the District of Columbia ("("OAG"),  is located at 444 4th Street N.W. Washington D.C. 20001.

## II.    Jurisdiction and Venue

10.    All causes of action in this matter arose in the District, and this Court has subject matter jurisdiction over all such causes of action pursuant to D.C. Code § 11-921.

11.    This Court has *in personam* jurisdiction over Defendants Home Advisor and Angie's List collectively, ("Corporate Defendants") since each of them engages in business in the District by receiving requests from District consumers for qualified  service professionals ("Service Providers") and puts those District consumers in touch with such Service Providers doing business in the District.

12.    This Court has *in personam* jurisdiction over the Defendant Kenneth Vogel since he practices law in the District of Columbia.

13.    Venue is proper in this Court because all actions giving rise to this Complaint occurred in the District.

## III.    Facts

### Defendant Home Advisor

14.    Since 2012, Plaintiff PCS has had an ongoing business relationship with Defendant Home Advisor wherein PCS pays Home Advisor for leads that result in contracts with District consumers.

15.    Over the seven years (2013-2019) that PCS contracted with Home Advisor, PCS paid Home Advisor over $300,000 for leads, many of which led to consumer contracts for PCS with District consumers.

3

16.    During the business relationship between PCS and Home Advisor, PCS posted a profile of its services, personnel, videos and photos of recent projects and other information on the Home Advisor website.

17.    Both District consumers and Service Professionals wishing to utilize Home Advisor's services must agree to terms and conditions specified by Home Advisor ("Terms and Conditions").

18.    The Terms and Conditions for both District consumers and Service Providers are contracts containing standardized terms that Home Advisor uses in the course of selling its matchmaking services.

19.    Home Advisor imposes these Terms and Conditions without a meaningful opportunity for either consumers or Service Providers to negotiate the terms in these agreements.

20.    The Home Advisor Terms and Conditions for consumers are found at the bottom of Home Advisor's homepage on its website (*www.homeadvisor.com*).

21.    Under Paragraph 9 of those Terms and Conditions for consumers, entitled "User Generated Content," the word "Content" is defined as "Photographs or Images, Comments, Questions and/or Answers, Any other content."

22.    Under that same Paragraph 9 of the Terms and Conditions for consumers, Home Advisor restricts its authority to remove consumer-generated Content on its website to only the following types of content: those that are offensive, harmful, abusive, or otherwise not in good taste, or are false, or reference illegal activity, or are disparaging of Home Advisor, or does not address or is related to the goods or services provided by the Service Provider, or concern a different service professional.

4

23.     Consumers participating in the Home Advisor system are invited to post ratings and reviews about Service Providers they have retained.

24.     Ratings and reviews of PCS and other Service Providers by District consumers are placed on the Home Advisor website close to the profile information of the Service Provider.

. 25.     The Home Advisor rating and review system uses three categories of consideration - quality, service, and value - with ratings from 5 stars (best) to ½ star (worst).

26.     Over the six year period from 2013 to 2019 wherein PCS used Home Advisor's services, PCS amassed 54 verified District consumer ratings and reviews with an average star rating of 4.9 out of a possible 5.0 stars.  Exhibit 1.

27.     No consumer has ever posted a rating of PCS under 4.7 stars in the six years that PCS has had its profile page published on the Home Advisor website.

28.     The Home Advisor Terms and Conditions specified for Service Providers are found on HomeAdvisor's website at *https://pro.homeadvisor.com/terms/terms-conditions.*

29.     Paragraph II(i) of Home Advisor's Terms and Conditions for Service Providers defines "content" as "any content on the Home Advisor website, including but not limited to photographs."

30.     "Content" on the Home Advisor Terms and Conditions for Service Providers includes any profiles, ratings or reviews that have been posted on the Home Advisor website about Service Providers.

31.     In that same Paragraph II(i) of Home Advisor's Terms and Conditions for Service Providers, Home Advisor authorizes itself to "remove or modify Content for any reason."

**Defendant Angie's List**

32.     Angie's List uses different sets of contractual requirements - which Angie's List calls "Terms of Use" - for consumers and Service Providers using the Angie's List website.

33.     Both the consumer and Service Provider versions of the Terms of Use imposed by Angie's List are contracts containing standardized terms that Angie's List uses in the course of selling its matchmaking services.

34.     Angie's List imposes its Terms of Use without a meaningful opportunity for consumers or Service Providers to negotiate the standard terms of these agreements.

35.     For consumers, the Angie's List Terms of Use are found at the bottom of the homepage of that website (www.angieslist.com).

36.     Under the "User Conduct" paragraph in its Terms of Use for consumers, Angie's List defines "content" as "ratings, reviews, communications, information, data, text, photographs, audio clips, audiovisual works, or other materials on the Sites and Services."

37.     Under the "Submitting Content" paragraph in their Terms of Use for consumers, Angie's List authorizes itself to, "in its sole discretion, choose to remove or not to remove reviews and ratings once published."

38.     For Service Providers, Angie's List publishes a Service Provider's User Agreement with standardized terms that Angie's List uses in the course of selling its matchmaking services.

39.     The Service Provider's User Agreement is located on the internet at Agreementhttps://vault.pactsafe.io/s/ a84ad12b-7245-4a12-9fc5 2011a3bf4d62/ legal.html#contract-hkgqxfs6e.

6

40.     Angie's List imposes this Service Provider's User Agreement on Service Professionals without a meaningful opportunity for them to negotiate the standard terms of this agreement.

41.     In the seventh paragraph in the Angie's List Service Provider's User Agreement, a Service Provider's content ("SP Content") is defined as "any information, responses, writings or other materials that the Company submits, transmits or otherwise conveys" to Angie's List.

42.     Later in the Service Provider's User Agreement, Angie's List states that it "may remove SP Content at any time in Angie's List sole discretion."

43.     Consumers who have retained Service Providers through Angie's List are allowed to  post ratings and reviews of those contractors on the Angie's List website using grades of A, being the best, through F being the worst.

44.     Before it was purchased by IAC in 2017, Angie's List, on its own initiative, created a PCS profile on its website and published consistent and verified "A" ratings and reviews from dozens of District consumers about PCS.

**Importance of the Home Advisor**
**and Angie's List Websites to PCS**

45.     Consumer ratings and reviews on both the Home Advisor and Angie's List websites created a highly visible reputation barometer for PCS and other Service Providers that is magnified by frequent Home Advisor and Angie's List television commercials proclaiming that "[r]eputations of Service Providers can be found here."

46.     Service Providers in the Home Advisor and Angie's List programs have an interest in all consumer ratings and reviews because Service Providers have paid for leads that result in Form Contracts with District consumers and often ratings and reviews by District consumers.

7

47.     The Home Advisor and Angie's List matchmaking programs therefore created a fundamental source of leads, business development and reputation barometer for PCS during the period 2013 thru 2019.

48.     Consumers also have an interest in the ratings and reviews they have posted on the Home Advisor and Angie's List websites because those consumers have intended other consumers to know their opinions about the Service Providers they have done business with.

### Home Advisor and Angie's List Removal of PCS Profiles, Ratings and Reviews From Their Websites

49.     On August 6, 2019, Home Advisor and Angie's List ("Corporate Defendants") removed the PCS profile from their websites along with the 54 verified consumer ratings and reviews of PCS that had been posted by District consumers.

50.     At the time the Corporate Defendants removed the PCS profile, ratings and reviews from their websites. PCS was current on all its financial obligations for the payment of leads and in conformance with all other requirements of the Corporate Defendants.

51.     At the time of the Corporate Defendants' removal of the PCS profile, ratings and reviews, PCS had no financial or other obligations to the Corporate Defendants.

52.     All the consumer ratings and reviews posted about PCS by District consumers on their websites were authentic and in conformance with all requirements established by those organizations.

53.     None of the content of any of the ratings and reviews posted by District consumers on the Corporate Defendants' Websites contained any obscene, abusive or otherwise objectionable content.

8

54.     No consumer who posted ratings or reviews on the Corporate Defendants' websites about PCS requested that the PCS profile, or the associated ratings and reviews be removed.

55.     No reason was given by the Corporate Defendants for their removal of the profiles, ratings and reviews of PCS from their websites.

56.     On August 7, 2019, PCS owner Derrick Sieber sent an e-mails to Corporate Defendants demanding an answer as to why the PCS profile and ratings and reviews about PCS had been removed from their websites.

57.     In that e-mail, PCS owner Derrick Sieber stated that the removal of the PCS profiles and associated ratings and reviews was illegal and that if such content were not reinstated, PCS and others would file a lawsuit, seek injunctive relief and damages resulting from various causes of action. Exhibit 2.

58.     Corporate Defendants never responded to the August 7th letter sent by PCS owner Derrick Sieber.

**District Consumer Carolyn Torsell Was Denied
Her Lawful Right to Post a Rating and Review
About PCS on Defendants Websites**

59.     Ms. Torsell is a homeowner in Northeast Washington D.FC. whowas connected with PCS through the Home Advisor website.

60.     Ms. Torsell entered into a form contract with PCS for construction services on her home.

61.     On or about August 20 2019,  Ms. Torsell sought to post a rating and review about her experiences with PCS.

9

62.     When Ms. Torsell went to each of the Corporate Defendants' websites to post her very positive rating and review of PCS, she could not do it because she found no profile or other information about PCS on those websites.

**The Better Business Bureau**

63.     The Better Business Bureau ("BBB") continues to publish an A+ rating for PCS on its website, as the BBB has done continually over the past eight years.

64.     At the time of the Corporate Defendants' removal of PCS profiles, ratings and reviews from their websites, there were no open complaints about PCS on the BBB profile of PCS or at the Department of Consumer and Regulatory Affairs for the District ("DCRA").

**COUNT ONE**

**VIOLATION OF FEDERAL TRADE
COMMISION ACT § 45b
(Plaintiff PCS Against All Defendants)**

65.     The allegations in paragraphs 1 through 64 are incorporated as if fully set forth below.

66.     Provisions entitled "Consumer Review Protection" are found in Section 45b of the Federal Trade Commission Act, 15 U.S.C. § 45b ("Section 45b").

67.     Under Section 45b(a)(3)(A), a "form contract" is defined, with exceptions not relevant to this action, as "a contract with standardized terms— (i) used by a person in the course of selling or leasing the person's goods or services; and (ii) imposed on an individual without a meaningful opportunity for such individual to negotiate the standardized terms."

68.     In all instances relevant to this matter, the Home Advisor Terms and Conditions, the Angie's List Terms of Use, and the Angie's List Service Provider's User Agreement are all form contracts ("Form Contracts") within the meaning of Section 45b(a)(3)(A).

10

69. Under Section 45b(b)(a)(2), a "covered communication" is defined as a "written, oral, or pictorial review, performance assessment of, or other similar analysis of, including by electronic means, the goods, services, or conduct of a person by an individual who is party to a form contract with respect to which such person is also a party."

70. The consumer ratings and reviews of PCS that were posted on the Corporate Defendants' websites were "covered communications" ("Covered Communications") within the meaning of Section 45b(b)(a)(2).

71. Under Section 45b(b)(1)(A), any "provision of a [F]orm [C]ontract is void from the inception of such contract if such provision prohibits or restricts the ability of an individual who is a party to the form contract to engage in a [C]overed [C]ommunication."

72. Under Section 45b(b)(3), an exception is made to the prohibition stated immediately above in Section 45b(b)(1)(A) for any provision in a Form Contract that allows a "person or business that hosts online consumer reviews or comments" to remove certain kinds of content from Covered Communications listed below.

73. The kinds of content that may be removed from a Covered Communication under Section 45b(b)(3) are the following:

"(A) trade secrets or commercial or financial information obtained from a person and considered privileged or confidential;

(B) personnel and medical files and similar information the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(C) records or information compiled for law enforcement purposes, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

11

(D) content that is unlawful or otherwise meets the requirements of paragraph (2)(C) [pertaining to the personal information or likeness of another person, or libelous, harassing, abusive, obscene, vulgar, sexually explicit, or is inappropriate with respect to race, gender, sexuality, ethnicity, or other intrinsic characteristic; or is unrelated to the goods or services offered by or available at such party's Internet website or webpage; or clearly false or misleading];or

(E) content that contains any computer viruses, worms, or other potentially damaging computer code, processes, programs, applications, or files."

74.     Any provision in a form contract that allows a "person or business that hosts online consumer reviews or comments" to remove more than the types of content permitted under Section 45b(b)(3) is therefore a provision that "prohibits or restricts the ability of an individual who is a party to the form contract to engage in a [C]overed [C]ommunication" in violation of § 45b (b)(1)(A).

75.     Home Advisor and Angie's List are businesses that use Form Contracts in hosting online consumer reviews or comments within the meaning of Section 45b(b)(3), and they are therefore subject to the limitations on the types of content they may remove from Covered Communications on their websites under Section 45b(b)(3).

76.     As noted in ¶ 21 supra, Paragraph 9, the Home Advisor Terms and Conditions for consumers defines "Content" as "Photographs or Images, Comments, Questions and/or Answers, Any other content."

77.     As noted in ¶ 22 supra, Paragraph 21 the Home Advisor Terms and Conditions for consumers restricts Home Advisor's ability to remove consumer-generated content to only certain categories of information.

78.    While Home Advisor restricts its authority to remove consumer-generated Content to only certain categories of information, certain of the categories that Home Advisor permits itself to remove  ("Comments that disparage HomeAdvisor" and "Reviews with no qualitative value") are not exceptions authorized by Section 45b(b)(3).

79.    The Home Advisor Terms and Conditions for consumers therefore violate Section 45b(b)(1)(A) by prohibiting or restricting the ability of consumers to post certain kinds of content about Service Providers.

80.    Home Advisor's removal of the 54 ratings and reviews about PCS from its website on August 2, 2019, violated both its own content guidelines and Section 45(b)(b)(3) of the FTCA.

81.    As noted in ¶ 30 *supra*, "Content" on the Home Advisor Terms and Conditions for <u>Service Providers</u> includes any profiles, ratings or reviews that have been posted on the Home Advisor website about such Service Providers.

82.    As noted in ¶ 31 *supra*, Paragraph II(i) of Home Advisor's Terms and Conditions for Service Providers authorizes Home Advisor to "remove or modify Content for any reason."

83.    Given that Paragraph II(i) of the Home Advisor Terms and Conditions for Service Providers authorizes Home Advisor to remove more content than is authorized under Section 45b(b)(3), Paragraph II(i) for Service Providers is therefore a provision that "prohibits or restricts the ability of an individual who is a party to the form contract to engage in a [C]overed [C]ommunication" in violation of Section 45b (b)(1)(A).

84.    Home Advisor's action in removing the PCS profile, ratings and reviews from its website was therefore based on an unlawful provision in its Terms and Conditions for Service Providers, and its removal of such profile, ratings and reviews was therefore also unlawful.

13

85.    As noted in ¶36 *supra,* under the "User Conduct" paragraph in its Terms of Use for consumers, Angie's List defines "content" as "ratings, reviews, communications, information, data, text, photographs, audio clips, audiovisual works, or other materials on the Sites and Services."

86.    Under the "User Conduct" paragraph in the Angie's List Terms of Use for consumers, "content" therefore includes the ratings and reviews that were posted about PCS on the Angie's List website.

87.    As noted in ¶ 37 *supra,* under the "Submitting Content" paragraph in its Terms of Use for consumers, Angie's List authorizes itself to, "in its sole discretion, choose to remove or not to remove reviews and ratings once published."

88.    Given that the Angie's List Terms of Use for consumers authorizes Angie's List to remove from its website more content than is authorized under Section 45b(b)(3), the provision "prohibits or restricts the ability of an individual who is a party to the form contract to engage in a [C]overed [C]ommunication" in violation of Section 45b (b)(1)(A).

89.    The actions of Angie's List by removing the ratings and reviews of PCS from its website was therefore based on an unlawful provision in its Terms of Use for consumers, and its removal of such profile, ratings and reviews was therefore unlawful.

90.    As noted in ¶ 41 *supra,* in the seventh unnumbered paragraph in the Angie's List Service Provider's User Agreement, a Service Provider's content ("SP Content") on the Angie's List website is defined as "any information, responses, writings or other materials that the Company submits, transmits or otherwise conveys" to Angie's List.

91.    Angie's List's definition of SP Content on its website includes the profile information of PCS posted on their website.

14

92.     As noted in ¶ 42 *supra*, in the Service Provider's User Agreement, Angie's List also states that it "may remove SP Content at any time in Angie's List sole discretion."

93.     Given that the Angie's List Service Provider's User Agreement authorizes Angie's List to remove from its website more content than is authorized under Section 45b(b)(3), the provision in the Service Provider's User Agreement "prohibits or restricts the ability of an individual who is a party to the form contract to engage in a [C]overed [C]ommunication" in violation of Section 45b (b)(1)(A) and is a violation of law.

94.     Angie's List, by removing the PCS profile information from its website as well as District consumer ratings and reviews associated with PCS was therefore unlawful.

95.     Both Corporate Defendants' Form Contracts for both consumers and Service Providers contain provisions that violate Section 45(b)(1)(A)'s prohibition on provisions in contracts that "prohibit[] or restrict[]" the ability of an consumers to post ratings and reviews of Service Providers they have hired, and also violate Section 45b(b)(3).

96.     Given that the Corporate Defendants' contracts violate Section 45b(b)(1)(A), the entirety of such Terms and Conditions are therefore null and void and of no legal effect per Section 45b(c).

97.     The actions of the Corporate Defendants using unlawful Form Contracts and then unlawfully removing PCS profiles, ratings and reviews from their websites have caused, and continue to cause, irreperarable injury and damage to PCS for which immediate injunctive relief is required.

## COUNT TWO

### TORTIOUS INTERFERENCE
### WITH EXISTING AND PROSPECTIVE
### BUSINESS RELATIONS
### (Plaintiff PCS Against All Defendants)

98.     The allegations in paragraphs 1 through 97 are incorporated herein as if fully set forth below.

99.     At the time that the PCS profile, ratings and reviews were unlawfully removed from Defendants Websites, PCS had existing and valid business relationships with many District consumers who had given glowing ratings and reviews about PCS on Defendants Websites.

100.    These contractual relationships between PCS and District consumers were continuing because many prior clients of PCS would come back to PCS for additional services.

101.    The Corporate Defendants knew of these existing business relationships since they verified the ratings and reviews of those form contracts posted on their websites.

102.    The Corporate Defendants knew that District consumers who had posted glowing ratings and comments about PCS were likely to retain PCS in the future.

103.    PCS also had prospective business relationships with other consumers through its continuing use of Defendants Websites based on the glowing reviews posted by District consumers.

104.    The Corporate Defendants knew of these prospective relationships because they knew that PCS was a prominent Service Provider in the District who responded well to leads generated by the Corporate Defendants.

105.    The Corporate Defendants intentionally and unlawfully removed the PCS profiles as well as the ratings and reviews of PCS by District consumers from their websites on August 6, 2019.

16

106.    By intentionally and unlawfully removing tPCS profiles, ratings and reviews from their websites of the Corporate Defendants in violation of FTCA Section 45b, as set forth above in this Complaint, Corporate Defendants intentionally interfered with both the existing and prospective business relations of PCS.

107.    The intentional and wrongful interference of Corporate Defendants with the existing and prospective business relations of PCS has resulted in irreparable harm and catastrophic damages to PCS that will be established at trial.

**COUNT THREE**

**FALSE LIGHT**
**(All Plaintiffs Against All Defendants)**

108.    The allegations in paragraphs 1 through 107 are incorporated herein as if fully set forth below.

109.    When Corporate Defendants removed the profiles of PCS as well as the  ratings and reviews of PCS from their websites, those actions created a firestorm of negative publicity because PCS was a Service Providers well known in the District for its outstanding quality, service and value to District consumers; the sudden takedown of previously available public information about PCS on such websites was widely noticed and seen in a highly negative light.

110.    At the time that the PCS ratings, reviews and profiles were taken down from the Corporate Defendants' websites, PCS had many contract proposals out that invited  prospective customers in the District to go to those websites and view the glowing and hard-earned ratings and reviews from District consumers about PCS.

17

111.   At the time that the PCS ratings, reviews and profiles were taken down from the Defendants websites, PCS had worksite signs and other publicity about its services placed throughout the District referencing the ratings, reviews and profiles of PCS on those websites.

112.   The removal by the Corporate Defendants of the PCS profile, ratings and reviews,after being driven to these websites by PCS marketing efforts, gave the public a negative inference that PCS was not qualified to be on those websites for reasons that were so bad that they could not be explained to the public.

113.   An ordinary person in the community would have therefore been offended by the thought that PCS must have done something extremely bad to earn such exclusion from the Corporate Defendants' websites and that the previous ratings and reviews posted by District consumers must have been false or contrived in some way.

114.   Such an impression given to the community was false insofar as PCS had done nothing to merit the removal of its profile, ratings and reviews from Defendants websites.

115.   The removal of the PCS profiles, ratings and reviews from these websites therefore cast Plaintiff PCS in a false light.

116.   Those associated with PCS who were mentioned in the ratings and reviews by District consumers such as Plaintiffs Derrick Sieber and Stephen Sieber were also cast into this same false light.

117.   The casting of PCS, Derrick Sieber and Stephen Sieber into this false light has caused each of these Plaintiffs irreparable harm and damages that will be established at trial.

18

## CONSPIRACY
### (Home Advisor, Angie's List, OAG and Kenneth Vogel)

118.    The allegations in paragraphs 1 through 117 are incorporated herein as if fully set forth below.

119.    Prior to the unlawful removal of PCS profiles, ratings and consumer reviews from Defendants Websites on August 6, 2019, Defendants Angie's List, Kenneth Vogel and OAG had had a history of arrogant and illegal actions toward PCS.

120.    In 2010, Angie's List was forced to pay $100,000 in to settle a defamation suit brought by Stephen Sieber.

121.    In 2016, Defendant Kenneth Vogel falsely alleged in filing a verified complaint in another proceeding in this Court that PCS had planted false reviews of its services on the Home Advisor website.

122.    Defendant Vogel was forced to admit in this Court in front of Judge John Mott in December 2017 that he had no evidence to support such an allegation.

123.    Later Defendant Vogel transmitted materials about PCS to counsel in another proceeding in violation of a confidential settlement agreement that had been approved by Judge Mott and prohibited distribution of all such materials to anyone not a party to the agreement.

124.    Defendant Vogel repeated to OAG his allegations about PCS planting false reviews on the Home Advisor website in September of 2018 and caused the OAG to launch a fraud investigation into District consumer ratings and reviews of PCS that were posted on the Home Advisor and Angie's List websites.

125.    As part of that investigation, OAG's investigator entered the residence of the undersigned counsel for PCS, where Plaintiff Stephen Sieber rents living space without the undersigned's or Stephen Sieber's knowledge or permission by forcing the door open thus

19

entering without permission, thereby effectuating a forcible entry and a felony under District criminal law.

126.    As another part of its fraud investigation of PCS, the OAG issued a subpoena or otherwise discussed with Home Advisor the production of documents and or information pertaining to the PCS profile, ratings and reviews of PCS.

127.    The OAG was in continuing communications thereafter with Home Advisor and Angie's List regarding information about PCS.

128.    Defendants Vogel, Home Advisor, Angie's List, and the OAG came to agree that it was important to stop PCS, by whatever means available to each of them, from consummating additional contracts with consumers in the District of Columbia.

129.    The OAG promised to review with PCS counsel the results of its investigation of PCS prior to any action by the OAG.

130.    The OAG ignored this promise, filed suit against PCS on August 2, 2019, and publicized its action through a press release that attached the complaint OAG had filed, which contained false and defamatory statements about PCS Derrick Sieber and Stephen Sieber.

131.    Four days later, on August 6, 2019, Home Advisor and Angie's List removed the PCS profile, ratings and reviews from their websites in coordination with to OAG's lawsuit and press release about PCS as a component of the conspiracy.

132.    Such actions by Defendants Home Advisor and Angie's List violated Section 45b of the Federal Trade Commission Act, 15 U.S.C. § 45b; they also tortiously interfered with both existing and future contracts of PCS; and they placed PCS in a false light to the public, all as alleged above in this Complaint.

133.    The unlawful actions of Home Advisor and Angie's List were undertaken with the agreement and support of Defendants Kenneth Vogel and OAG as part of an common attempt by all four of these Defendants, each of them acting without any legal basis or authority, to blacken the reputation of PCS in the home improvement market and thereby prevent PCS from entering into future contracts with District consumers.

134.    The unlawful actions of Home Advisor and Angie's List in removing the PCS profile, ratings and reviews from their websites in concert with the co-conspirators resulted in irreparable harm and extensive damage to PCS and personal injury to Derrick Sieber and Stephen Sieber.

135.    By their conspiratorial involvement in connection with the unlawful actions of Home Advisor and Angie's List in removing the PCS profile, ratings and reviews from their websites, Defendants Vogel and OAG are now vicariously liable for the damages that have resulted to PCS, Derrick Sieber and Stephen Sieber from such actions.

## PUNITIVE DAMAGES

136.    The allegations in paragraphs 1 through 135 are incorporated herein as if fully set forth below.

137.    In removing the profile, ratings and reviews of PCS from their websites, Defendants Home Advisor and Angie's List and the co-conspirators Vogel and OAG committed unlawful and tortious acts, and their conduct and state of mind in doing so evidenced a willful and malicious desire and intent to interfere with and ultimately shut down the business of PCS.

138.    In refusing to honor the August 7, 2019 demand of Derrick Sieber of PCS to restore the PCS profile, ratings and reviews to their websites, Defendants Home Advisor and Angie's List intentionally continued in their unlawful and tortious acts of removing information

21

about PCS as well as District consumer ratings and reviews from their websites and thereby again demonstrated their willful, malicious and unlawful intent to interfere with and ultimately shut down the business of PCS.

139.    In conspiring with Home Advisor and Angie's List toward this same objective of shutting down PCS, Defendants OAG and Kenneth Vogel demonstrated by their conduct and state of mind the same willful, malicious and unlawful intent to interfere with the business relationships and  ultimately shut down the business of PCS.

140.    The willful, continuing, unlawful and malicious acts of Defendants Home Advisor and Angie's List, together with the associated acts of their co-conspirators OAG and Kenneth Vogel, entitle all Plaintiffs to punitive damages against all Defendants under all counts pled in this action.

## RELIEF REQUESTED

WHEREFORE, with respect to its claims for relief, Plaintiff PCS respectfully requests the entry of judgment against the Defendants as follows:

1.    An order enjoining Defendants Home Advisor and Angie's List to restore and let remain the profile, ratings and reviews of PCS at the same location on their websites where such information was formerly located without any further interruption in the future;

2.    An award of Twenty Five Million Dollars (US $25,000,000.00) in compensatory damages against Defendants Home Advisor and Angie's List for unlawful and tortious interference with the existing and prospective contractual relations of Plaintiff PCS (Count II) and for placing PCS in a false light before the public (Count III);

3.    A declaration that Defendants OAG and Kenneth Vogel are vicariously liable for the compensatory damages sought in Paragraph 2 immediately above based on their

22

conspiratorial involvement with Defendants Home Advisor and Angie's List in attempting to interfere with the business of PCS and ultimately shut PCS down.

4.      An award of punitive damages to be determined by a jury based on the willful, continuing and malicious actions of Defendants Home Advisor and Angie's List in removing the profile, ratings and reviews of PCS from their websites, and the equally willful and malicious actions of Defendants OAG and Kenneth Vogel in conspiring with them to do so; and

5.      An award of PCS's costs and reasonable attorneys' fees; and

6.      Such other relief as the Court deems just and proper.


WHEREFORE, with respect to his claim for relief, Plaintiff Derrick Sieber, individually, requests the entry of judgment against the Defendants as follows:

1.      An award of $10,000 per violation of the Federal  Trade Commission Act § 45b for each of the 78 Consumer reviews that were removed from Home Advisor and Angie's List, consistent with the authority of the Federal Trade Commission under that statute in the total amount of $780,000.

2.      An award of $300,000 for the monies paid to Home Advisor for leads that resulted in the 54 removed consumer ratings and reviews the were unlawfully removed.


WHEREFORE, with respect to his claim for relief, Plaintiff Stephen Sieber, individually, requests the entry of judgment against the Defendants as follows:

1.      An award  of $10,000,000 for being placed in a false light in his capacity as a design consultant to and one who was repeatedly referenced in the removed  ratings and reviews by Defendants

23

WHEREFORE, with respect to his claim for relief, Plaintiff Carolyn Torsell,

individually, requests the entry of judgment against the Defendants as follows.

1. An award of $10,000 for the violation of the Federal Trade Commission Act § 45b in

an amount to be determined by a jury with punitive damages a jury may find.

## DEMAND FOR JURY TRIAL

All Plaintiffs demand trial by jury on all issues so triable.

Respectfully submitted,

Edward W. Lyle (DC Bar 025700)
1250 Connecticut Avenue NW, Suite 700
Washington D.C. 20036
Telephone: 1 (202) 333-4280
Facsimile: 1 (202) 333-4282
E-mail: *ewlyle@west1805.com*
*Attorney for the Defendant Precision*
*Contracting Solutions, LP and Carolyn Torsell*

Derrick S. Sieber, *pro se*
9212 St. Andrews Way
Silver Spring, MD 20901
Telephone: (202) 302-1990
E-mail: *derrick.precsion@gmail*

Stephen C. Sieber, *pro se*
1805 - 45th Street NW
Washington DC 20007
Telephone: 240-432-3265
E-mail: *marcostevie@gmail.com*

City of Washington D.C. Bethsda DK
District of Columbia Maryland DK

Subscribed and sworn before me this 9th day of September, 2019.

My commision expires: May 1, 2023

DAVID KIM
Notary Public - State of Maryland
Montgomery County
My Commission Expires May 1, 2023

24

# EXHIBIT 1

PCS Ratings and Reviews As They Appeared on the
Home Advisor Website Before Being Taken Down

Precision Contracting Solutions
5-Star Ratings (S4) Published on the Homeadvisor website for Precision Contracting Solutions
As of 07/25/2019

**5.0   |  07-20-2019**
**Review by Aldo B. in Washington, DC**
**Project: Renovate or Repair a Home**
Derrick and Steve did a fantastic job for us. We were under a short timeline to get repairs done in anticipation
of the sale of our townhouse and they responded professionally in a timely manner allowing us to complete all
work to engineer s specifications and moreso. Would highly recommend this company as they are superior to
other contractors that we had contacted for quotes and completion times. They mounted an excellent team
who worked tirelessly to get the job done on time. Thank you for your diligence and professional service.

**5.0   |  07-10-2019**
**Review by Vontella M. in Washington, DC**
**Project: Repair a Concrete Foundation**
Precision fixed the front wall in front of my home within a week of signing the contract; and I am very pleased
with the results of their work. I would definitely recommend them for home improvement.

**5.0   |  06-18-2019**
**Review by Paul M. in Washington, DC**
**Project: Remodel or Renovate One or More Rooms**
Derrick and his team at Precision did quality work in a timely manner, and provided excellent service along the
way. Derrick made himself available by phone whenever I had an issue, and his team completed the work to a
very high standard. In addition to providing excellent service, when a (minor) part of a design was not how I
pictured it, Precision made the change without any questions or extra charge. Furthermore, they were flexible
and provided great assistance in working with our condo board to get permits for our project. I highly
recommend Precision for whatever job you need completed.

**5.0   |  06-07-2019**
**Review by William L. in Washington, DC**
**Project: Repair a Concrete Foundation**
Precision responded to my request for service with courtesy, skill, knowledge, and overall effectiveness. As my
needs continue, Precision will be first on my list of experts to call and I will recommend they to my friends and
neighbors!

**5.0   |  04-09-2019**
**Review by Isabel M. in Washington, DC**
**Project: Remodel a Basement**
It s not often that you meet a contracting company and crew that change your life in such a positive and
significant way. My hone is over a 100 years old and since we ve owned it water in the basement has always
been an issue, to such an extent that by last summer you could smell the dampness upstairs. Precision both
waterproofed the basement and turned the 1000 square feet into a beautiful apartment. Though the process
took longer than expected, both the crew, the designer and myself worked in tandem to create a beautiful
design and space. The value added to the property was considerable, and better yet I never want to leave my

new apartment! The crew worked hard to trouble shoot all the water problems and helped me develop my plans for the space. They re always willing to go the extra step for a client I highly recommend them!!!!

**5.0  |  03-18-2019**
**Review by Makoto J. in Washington, DC**
*Project: Repair a Concrete Foundation*

Derrick with Precision Contracting Solutions did a superb job in both communication and the work conducted. I used him to contract foundation and masonry work in a DC rowhome. Throughout the initial proposal all the way through the completion of work, Derrick was helpful and easy to contact. He checked in regularly with his contractors to ensure that the work was being completed as directed and was quick to solve any issues that arose. I would 100% recommend him to friends, family, or anyone that needed home renovations completed.

**5.0  |  01-16-2019**
**Review by Joyce J. in Washington, DC**
*Project: Repair Structural Problems with Steel Beams*

Derrick and Julio worked with me and my mother to ensure that her home was safe and sound! Her bearing wall and floor beams were weakened from a fire over 35 years ago. The work was excellent! They promised 3 days; it was done in 2! Couldn t have been done without Precision Consulting!!

**5.0  |  11-13-2018**
**Review by Sharon M. in Washington, DC**
*Project: Manage a Construction Project*

My home dining room and kitchen ceiling needed leveling and had structural damage. Precison sent in two teams, one specializing in carpentry and structural repairs that did an excellent job in repairing and leveling the ceilings. The last team completed the drywall and extensive plastering of the ceilings leveling them to a look without an seams showing. Beautiful job! Although this process was a bit dusty. I voiced my concerned over the dust. Derrick immediately sent a cleaning service of 3 that cleaned my entire 1st floor. I would recommend Derrick and his team. His folks had years of experience and it showed in the results of this job.

**5.0  |  10-11-2018**
**Review by Jennifer L. in Washington, DC**
*Project: Renovate or Repair a Home*

We highly recommend Precision Contracting Solutions, LP. We had an excellent experience working with Precision. Most importantly, our project was completed ahead of schedule. We would definitely utilize Precision for future projects.

**5.0  |  09-04-2018**
**Review by Sylvia R. in Washington, DC**
*Project: Remodel or Renovate One or More Rooms*

PCS re-did my staircase to the second floor of the house. Great quality of work and it looks fantastic. They were also willing to work within my budget. A great experience from beginning to end. Very professional. I will definitely work with them again in the future.

**5.0  |  06-12-2018**
**Review by John A.**
**Project: Renovate or Repair a Home**

Precision Contracting Solutions (PCS) repaired extensive damage to the exterior wall of my Washington, DC row house in April 2018. The entire team was professional, talented, and committed to first-rate work, which ranged from resealing a roof to reinforcing a 100-year-old decaying brick wall to restore the structural integrity of the house. However, it was their customer service that truly set PCS apart from other contracting firms we interviewed. Throughout the entire three-week project, the team - from the foreman to the owner - was available to discuss the work and preview next steps in the process. I would certainly recommend PCS to others who are looking for top-notch craftsmanship from a customer-focused team.

**5.0 | 12-11-2017**

**Review by Leo D. in Washington, DC**

**Project: Remodel a Basement**

Stevie and his crew at Precision Contracting Solutions really went beyond our expectations. We started with a simple and basic renovation of our second floor home and ending with a gem. The project was to turn our two smaller rooms into a master suite, add a laundry room in the hallway and install new wood floors, while still maintaining the charm of our 105 year old home. What Precision did was nothing but amazing, they brought back life into an area that was dull and cramped and showed the true charm of what our home was made of. One area of the renovation, was that they removed part of our ceiling to access the attic and expose windows that were otherwise just cosmetic to the exterior of the house and made them practical by bringing in more light to the bedroom and creating truly amazing aesthetics. This was done with impeccable craftsmanship and design. We were so impressed by their work we hired them to renovate our basement.

**5.0 | 12-10-2017**

**Review by Maurice W. in Washington, DC**

**Project: Remodel or Renovate One or More Rooms**

PCS Transformed my blah basement common area into a beautiful storage area. They also repaired plumbing issues and installed several electrical outlets and new led lights under my kitchen cabinets. Also painting. Great value, fantastic customer service. Highly recommended.

**5.0 | 11-02-2017**

**Review by Helen S. in Washington, DC**

**Project: Remodel or Renovate One or More Rooms**

I hired Precision to do a major renovation on my 100 year old house including adding on to the back of the house on the first and second floor, remodeling the kitchen, adding a second bath, refurbishing the front porch and reconfiguring the floorspace of the house. Working with Precision has been a phenomenal experience. They took the time to understand what mattered to me and were able to come up with a design for the house that maximizes the use of the space and will make the house infinitely more livable than it was before. Precision went the extra mile and worked to find out just how far they could expand the back of the house and figured out innovative solutions to expand the house further and yet meet DC building codes. Even better, their creativity in design has added elements to the house that add to the elegance of the house and will make it truly a showpiece home. Working with Precision has been a great experience, they are responsive and collaborative and a very professional company. I would recommend highly recommend Precision and recommend them to anyone looking to remodel/renovate their home.

**5.0 | 10-23-2017**

**Review by Dr gwendolyn T. in Washington, DC**

**Project: Repair a Concrete Foundation**

Another contractor said , our house had a foundation issue. We put the issue off. Finally called Precision *Contracting Solutions. We received prompt same day service.* I must say, Steve assured me we didnt have a problem with the foundation of our house. Saved us thousands of dollars...Good to know they're still honest people . Oh, BTW. Yes I hired them &#128525;

**5.0  |  10-04-2017**

**Review by Tonya H. in Washington, DC**

**Project: Build a Garage**

Precision tore down and then built a beautiful new garage for me. The quality was exceptional and the service was professional and collaborative. I felt secure in my decision to hire Precision every step of the way. They will be my go to builders from here on out.

**5.0  |  09-30-2017**

**Review by Charles X. in Washington, DC**

**Project: Remodel or Renovate One or More Rooms**

I hired Precision Contracting Solutions to repair the water damage of the upper back portion of my elder sister's home. Their estimator was thorough, straightforward, cordial and considerate to our family needs. They were very considerate on the pricing of the project. After the demo it there was considerable water damage to the masonry,framing, joists and flooring in the back of the house. Working to develop a scope of work that both met our construction goals and budget restrictions without cutting corners was a win-win situation. I want tell you that after the punch-out was completed we were very satisfied with the work completed. I would definitely hire Precision for my next project.

**5.0  |  05-26-2017**

**Review by Yvonne W.**

**Project: Remodel a Kitchen**

He's already done 3 projects for me and it's great!

**5.0  |  02-09-2017**

**Review by Lincoln A. in Washington, DC**

**Project: Repair Structural Problems with Steel Beams**

0 of 1 users found this review helpful.

**5.0  |  11-17-2016**

**Review by St. elmo C. in Washington, DC**

**Project: Repair Structural Problems with Steel Beams**

Great to work with, very skilled, very flexable. Would definitely use them again for future projects.

**5.0  |  11-13-2016**

**Review by Melissa C. in Washington, DC**

**Project: Remodel or Renovate One or More Rooms**

We hired Derrick, Stevie, and Precision to renovate the majority of our house. They did outstanding work from beginning to end. Precision installed a brand-new kitchen and master bathroom, reconfigured other rooms to get the most out of our space, installed new hardwood floors throughout, and added two new staircases. The

Precision team was responsive, creative, and dependable. Our house feels like an entirely new (and better) place! We were thrilled with the quality and value we received, and highly recommend Precision.

**5.0  |  10-20-2016**
**Review by Brenda J. in Washington, DC**
**Project: Renovate or Repair a Home**
Project still in progress, but very satisfied with how it is coming together.

**5.0  |  09-23-2016**
**Review by Tao N. in Washington, DC**
**Project: Remodel a Basement**
1.Good customer care, responsiveness, with a network of designers and contractors guiding you through the project. Their network of contractors allowed me to get a number of things at cost. 2. Scope of work: Transform old basement into a modern one-bedroom basement apartment 3. Design. Precision's team of engineers and architects provided a number of different deigns based on my input. 4. Permits and inspections. They took care of all the inspections. 5. Demolition. The demolition took less than a couple of days. 6. Basement dig out. They were able to lower the basement floor to get past the 7-foot ceiling regulation in a week. 7. Kitchen and Bathroom. Precision has a network that allowed me to work with kitchen and bathroom designers, who provided a number of 3-D rendering. As a part of the deal with Precision, I got the supplier price for the bathroom and kitchen cabinets and other deals.
**Response by :** This was a great job and well done

2 of 2 users found this review helpful.

**5.0  |  09-03-2016**
**Review by Gretchen B. in Washington Dc, DC**
**Project: Remodel or Renovate One or More Rooms**
We hired Precision to convert our garage into a mudroom and to renovate our laundry room. They did excellent floor tile work as well as beautiful carpentry. In addition to custom shelving, several custom benches were constructed. The end result is a stunning entry way with a crystal flushmount in what was before a cement garage. The laundry room is also more of a pleasant place to be with the new black and white tiling, yellow walls, new lighting, shelving and fresh sink. Precision definitely has skilled craftsman on their team.

**5.0  |  08-25-2016**
**Review by Marci G. in Washington, DC**
**Project: Renovate or Repair a Home**
As a busy Washingtonian, Precision was extremely compatible with my schedule. They were spot on in terms of the schedule they promised and lived up to their name in terms of the quality of their work. I'll hire them again in a heartbeat!

**5.0  |  05-08-2016**
**Review by Yvonne W. in Washington, DC**
**Project: Install or Completely Replace Vinyl Siding**
I give Precision Contracting Solution an A+ on my project. I have a three story row house in the historic Adams Morgan district in NW Washington DC and Precision performed a major restoration to the front of my home. I have received numerous compliments on the finished product, which is beautifully crafted with extreme

attention to detail. Derrick and his team also did structural concrete repairs on the front entry of my home and fixed a nagging electrical problem that had been ongoing for years. I would highly recommend Precision to others potential clients without hesitation. Precision is a company that honors its word. I look forward to the possibility of working with Precision on another major project in my home.

**5.0 | 04-07-2016**

**Review by Brooke M. in <u>Washington, DC</u>**

**Project: <u>Install a Brick, Stone or Block Wall</u>**

Hired to replace a severely damaged retaining wall in front of our house. They were extremely professional and despite city delays in permits performed the work in record time. Derrick was incredibly responsive to any concerns and even helped with last minute modifications. I would not hesitate to hire this company again.

**5.0 | 04-01-2016**

**Review by a homeowner in <u>Washington, DC</u>**

**Project: <u>Remodel or Renovate One or More Rooms</u>**

Job completed

**Response by :** Precision is very proud of this completed project.

1 of 2 users found this review helpful.

**5.0 | 01-02-2016**

**Review by Lisa B. in <u>Washington, DC</u>**

**Project: <u>Renovate or Repair a Home</u>**

We are extremely pleased and grateful to Precision Contracting for the outstanding job that was performed on our home. The rear addition to our house had water and structural problems in several areas. Precision diagnosed the problems and came up with cost effective solutions and delivered a great finished product. We interviewed several contractors and ultimately went with Precision. They worked every day until completion, communicated professionally about the progress of the job, and we are thrilled with the finished product. We would recommend them without hesitation to anyone.

**5.0 | 10-05-2015**

**Review by Brett S. in <u>Washington, DC</u>**

**Project: <u>Build a Garage</u>**

Precision Contracting Solutions was responsive in every aspect and the quality of their work was top shelf. They did all of the design drawings, obtained all of the permits in conformance with DC code, and completed the project in a timely manner. Great job!

**5.0 | 09-17-2015**

**Review by Olusoji A. in <u>Washington, DC</u>**

**Project: <u>Install Concrete Driveways & Floors</u>**

The project consisted of a driveway and apron for my home. I got several estimates and was careful to check references in the search for quality and a professional work ethic. PCS delivered and earned this rating. I would use them again for other projects in the future. I highly recommend Derrick and his company.

2 of 2 users found this review helpful.

**5.0** | 08-05-2015

**Review by Jonathan B. In** <u>Washington, DC</u>

**Project:** <u>Repair a Concrete Foundation</u>

I had a very pleasant experience with Derrick at Precision. He was very knowledgable and helpful in helping
me decide the best way to approach the repair that I needed. Derrick was on-time, and I would definitely
recommended his services to someone else.

2 of 2 users found this review helpful.

**5.0** | 07-16-2015

**Review by Art C. in** <u>Washington, DC</u>

**Project:** <u>Build an Addition</u>

I am a retired Marine Colonel who demands reliability, focus, and honor when doing business. Precision
Contracting Solutions met those standards in the execution of my project, which consisted of a side porch
conversion into a room addition for my recently purchased home in N.W. Washington D.C. The attention to
detail reflected the highest level of quality and care by making the addition look as if it was built when the
house was built, thus maintaining the historic architectural value of my property. From the development of the
preliminary design to tweaking that design, to the actual execution of the project, Precision met - and in some
cases - exceeded my expectation. The owner and his design team were always accessible at all times for
questions and were highly respectful throughout. My wife and I would highly recommend them.

4 of 4 users found this review helpful.

**5.0** | 06-23-2015

**Review by Amar M. In** <u>Washington, DC</u>

**Project:** <u>Build an Addition</u>

Derrick and Precision were great to work with. They listened to your ideas and thoughts and offered solutions
to make things work. If some idea of yours was not possible, they offered alternatives and did not force
anything upon me, the consumer. I will definitely be hiring them again for my rooftop addition! Would highly
recommend this company to friends and others.

2 of 2 users found this review helpful.

**5.0** | 06-20-2015

**Review by Zofia B. in** <u>Washington, DC</u>

**Project:** <u>Install Concrete Patios, Walks and Steps</u>

It was a big job, and PCS got it done quickly, all the while making sure that everything got done right. Bosses
and crew alike take pride in the high quality of their work. They go out of their way to make sure the client is
always happy.

2 of 2 users found this review helpful.

**5.0** | 06-13-2015

**Review by Lesego L. in** <u>Washington, DC</u>

**Project:** <u>Remodel a Basement</u>

I am a senior citizen and a woman and handle all of my own affairs. I must say that Precision Contracting did an amazing job for me. I had a lot of work done in my basement and rear yard They were honest reliable and respectful at all times. They did everything in the contract and more. They even gave me a senior citizens discount at the completion of the job and purchased and installed an air conditioner and put furniture together for me that was not in the contract at no charge. I highly recommend Precision.

1 of 1 users found this review helpful.

5.0 | 06-08-2015
Review by Angela A. in Washington, DC
Project: Remodel or Renovate One or More Rooms
PCS did an excellent job, specially for stone work, iron railing and Coppola.

1 of 1 users found this review helpful.

5.0 | 05-13-2015
Review by Deborah V. in Washington, DC
Project: Remodel or Renovate One or More Rooms
I am very happy with the design and construction services provided by Precision Contracting Solutions. My project included a floating architectural staircase, the removal of walls, new hardwood flooring, custom wrought iron railings, and designer paint finishes. Everyone in Derrick???s company was always respectful, professional, and trustworthy and I would highly recommend Precision to anyone for design/build services.

1 of 1 users found this review helpful.

5.0 | 01-13-2015
Review by a homeowner in Washington, DC
Project: Remodel a Basement
Everything has been great and will definitely recommend him to friends and family.

1 of 1 users found this review helpful.

5.0 | 01-03-2015
Review by David C. in Washington, DC
Project: Install Concrete Patios, Walks and Steps
Derrick and his staff are all incredibly professional and have great attention to detail. Negotiating the scope of work through total execution was a very simple and transparent process. I am currently having Derrick conduct a bathroom revision and have recommended him to many friends in need of superior general contracting services.

5.0 | 12-21-2014
Review by Lara I. in Washington, DC
Project: Remodel a Basement
We had a major project that included converting our basement into a rentable apartment. Precision???s design build team has been a blessing to our family. We contracted the first phase of the heavy construction

with them that also included the design and building permits. They did a wonderful job and did so in a timely manner and within budget. The owner Derrick, as well as his workers and supervisors, were always polite and respectful to us and our neighbors and the workmanship was top shelf. We have now entered into a second contract with them to complete the project, including a front entrance to the basement and completely finishing the apartment. Based upon the work they have done so far and how easy they have been to work with, we highly recommend Precision

1 of 1 users found this review helpful.

**5.0  |  12-08-2014**
**Review by a homeowner in Washington, DC**
**Project: Build a Garage**
I would like to thank Home Advisors for linking me to Precision Contracting Solutions. The design build services were on the highest quality, They worked weekends and even on Sunday to finish the project on time. The are honest and you can trust what they say. I am letting them photograph my project to post the pictures for my neighbors to see. I would recommend this company to any and all of my fellow D.C. residents.

**5.0  |  08-02-2014**
**Review by Roberta C. in Washington, DC**
**Project: Install or Completely Replace Vinyl Siding**
They did a great job and were very careful. This was a vinyl repair and plumbing repair and they did a great job.

1 of 1 users found this review helpful.

**5.0  |  05-27-2014**
**Review by Deleon W. in Washington, DC**
**Project: Waterproof a Basement or Foundation**
It was a consultation on waterproofing for my home. Honest, concise, will solve the problem for me, everything he told me in comparison to other companies included solutions that will work just as well or better than those that would cost more money.

1 of 1 users found this review helpful.

**5.0  |  05-21-2014**
**Review by Marco B. in Washington, DC**
**Project: Build a Garage**
Derrick went above and beyond to create what is easily the best looking garage on the block. In addition, he took care of the surrounding neighbors issues, and concerns so that the whole neighborhood was happy. I plan on using his company again immediately to remodel the basement.

1 of 1 users found this review helpful.

**5.0  |  05-18-2014**
**Review by Aryana K. in Washington, DC**
**Project: Repair Structural Problems with Steel Beams**

Derrick and his staff were extremely professional, easy to work with, and their work was of high quality. I would definitely recommend them. There were no hidden costs or fees.

1 of 1 users found this review helpful.

**5.0  |  03-14-2014**
**Review by Odessa W. in Washington, DC**
**Project: Build or Replace a Deck or Non-Masonry Porch**
Derrick and his staff was truly professional and their work ethic is untouchable. He completely followup and answers any and all questions his team is very competent and maintain a very professonal manner when addressing concerns. I was very indecisive about what type of room I wanted; but Derrick and his team designed the perfect SUNROOM/DECK the design was exact;ly as I requested. A magnificant job upon completion. As a homeowner I will surely use their services for other projects.

3 of 3 users found this review helpful.

**5.0  |  11-22-2013**
**Review by Dorothy J. in Washington, DC**
**Project: Renovate or Repair a Home**
I would highly recommend Precision Contracting Solutions. My mother is 92 years old and needed a variety of repairs done to her house. I contacted HomeAdvisors, and through them, I found Precision Contracting Solutions. It was wonderful to learn that Precision had such great respect for the elderly. Not only did they do a fantastic job in a timely manner, they made the whole process hassle-free and gave my mom a meaningful senior citizen discount. The work was top-quality and the positive experience.

3 of 3 users found this review helpful.

**5.0  |  10-28-2013**
**Review by Jacqueline A. in Washington, DC**
**Project: Brick or Stone Tuck-Pointing**
Derrick and his team were very competent and professional. They were willing to answer all of our questions. The brick work and tuck-pointing was a fine job at completion. I am considering this company for other projects.

1 of 1 users found this review helpful.

**5.0  |  09-14-2013**
**Review by Vallaria M. in Washington, DC**
**Project: Install or Replace Exterior Trim**
Derrick and his team did a great job on the siding of my house, and I would hire them againg.

**5.0  |  08-23-2013**
**Review by Sam S. in Washington Dc, DC**
**Project: Install or Replace Metal Stairs and Railings**

Derrick and his team did an outstanding job and completed the project on time and on budget. They are competent, creative and very professional. I am extremely happy with the results and have recommended Precision Contracting Solutions to friends and family. I will hire them again for my next project.

**5.0** { 07-16-2013
**Review by Julian T. in <u>Washington, DC</u>**
**Project: <u>Soundproof a Room or Window</u>**
Derrick and Julio were always very responsive and accommodating to my requests, they showed genuine care and strived to provide excellent customer service. I made additional requests to the original contract and they were always ready to change the schedule to accommodate my requests accordingly. I would definitely recommend them!

**5.0**  |  05-20-2013
**Review by Victoria T. in <u>Washington, DC</u>**
**Project: <u>Install Concrete Patios, Walks and Steps</u>**
Derrick is very fast to respond and will work with you on the project. If he sees a different way to do something he will suggest it. In this instance I went along with his suggestion but after looking at what needed to be done, I decided that the project needed to go back to the way that I had first suggested. This was told to him on the first day of work and he did not gripe or anything but just said if that is what you want then that is what you get. I needed a landing with stairs and I do have to say I was not expecting what I got but it was a very good job and would suggest him to anyone who needs the same type of work done.

2 of 2 users found this review helpful.

**5.0**  |  03-02-2013
**Review by Nancy W. in <u>Washington, DC</u>**
**Project: <u>Remodel a Bathroom</u>**
We are 100% satisfied with the bathroon remodel. They very honest, friendly and trustworthy. Their attention to detail, quality and workmanship is first class. The results exceeded our exspectations.

1 of 1 users found this review helpful.

# EXHIBIT 2

### Derrick Sieber Letter of August 7, 2019
### to Home Advisor

**Ed Lyle**

| | |
|---|---|
| **From:** | Derrick Sieber [derrick.precision@gmail.com] |
| **Sent:** | Wednesday, August 07, 2019 3:31 PM |
| **To:** | HomeAdvisor |
| **Subject:** | Home Improvement Salespersons' License Renewal Issued by DCRA Today |
| **Attachments:** | HIS license.pdf |

Dear HomeAdvisor, Corrine, The President of HomeAdvisor, & All of the Board of Directors at HomeAdvisor

Please find attached my new salespersons' license that was issued by DC's Department Of Consumer & Regulatory Affairs (DCRA) this afternoon. Please immediately restore my account. Despite the baseless lawsuit that was filed against my company by the Attorney General's Office here in Washington DC last week, the DC government agency that oversees the issuance of licenses, DCRA, has issued my newly renewed license today. Certainly if DCRA is not taking these outrageously false accusations seriously, neither should HomeAdvisor. Representatives from HomeAdvisor have contacted me several times in the last couple of weeks to get a copy of the license renewal and I AM NOW providing the license that was issued today and is attached.

PLEASE RESTORE MY ACCOUNT IMMEDIATELY. I look forward to your prompt response.

I have an outstanding reputation servicing DC consumers as illustrated by the **54 "verified 5-star ratings";** more than any other DC contractor on your platform alone. I have had an uninterrupted A+ rating with the BBB for almost 10 years. I have been a loyal HomeAdvisor member for over 7 years and have paid you close to $250,000 over the course of our relationship until you shadow-banned me yesterday over completely bogus, unfounded, and unsubstantiated accusations. We live in a country where we all are entitled to the presumption of innocence, the right to due process, and the right to seek from the government redress for grievances. I will have my day in Court and will defeat these baseless accusations. Please do not prejudice me by scrubbing your platform clean of any mention of my company. Please do not simply take all of the content down that I work so hard for over 7 years to establish and of which so many homeowners that went to HomeAdvisor and relied upon and are pleased with us for. The AG's Office is under intense political pressure to cover up criminal activity by their office. Their lead investigator, Timothy Shirey, broke into my attorneys private residence to serve a copy of the lawsuit in question. There's been a police report filed on the incident, declarations from witnesses that saw it happen are before the Court, and irrefutable video support of this allegation exists and will be released publicly in the near term. My point in all of this is this:

1. Do not be judge, jury, and executioner of Precision Contracting Solutions by shadow-banning all of my content from your website. Let the Courts do their job and render judgement through trial, evidence, witnesses, and a jury of my piers.

2. We are counter-suing the AG's Office on multiple causes of action that will be filed with the Court in the coming weeks.

3. The AG's complaint fails to even list any names of consumers allegedly harmed in their bogus complaint.
-
4. Standup for your loyal members. If they take notice of this injustice your levying upon me, IT WILL backfire on HomeAdvisor both politically and legally when this matter is put before the Court on an emergency basis.

5. Don't cower to a malicious, rogue AG's Office that plays loose and fast with the rules and the law and is purely driven by a political agenda; you have NO allegiance to their out-of-control and criminal conduct.

Please restore my content. Its the fair and right thing to do. Whoever receives this email, please forward this to all of the leadership at HomeAdvisor. Corrine at HomeAdvisor won't even give me her last name or even her HomeAdvisor email address, much less the email addresses of people in the leadership structure. My new license is attached.

Finally, I have been in contact with my legal team who will immediately go to the Court to file for a Temporary Restraining Order and long-term injunctive relief if my content is not restored in 24 hours. Furthermore, we will instantly file litigation against HomeAdvisor and individual HomeAdvisor Board Members, including Angie Hicks - who is no stranger to litigation with my father, Stephen Sieber. The lawsuit will seek damages for defamation and tortious interference with business relations and issue a press release through PR Newswire and other media outlets about the knee-jerk reaction of HomeAdvisor without any findings of fact, conclusions of law, or dispositive judgement from the Court. You are also interrupting the 1st amendment rights of those well-intentioned DC residents who posted honest reviews of their experiences with the quality, value, and performance of Precision. Six of those 5-star rating homeowners so far have already agreed to sign on to the lawsuit expressing their outrage with HomeAdvisor.

You have 24 hours to do the right thing here or legal action will ensue. Newly renewed License attached.

Respectfully

--
Derrick Sieber
Owner
Precision Contracting Solutions, LP
202-302-1990

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

PRECISION CONTRACTING
SOLUTIONS, LP, et al.

    v.

Case No. _____

ANGI HOMESERVICES, INC., et al.

## MOTION OF PLAINTIFF PRECISION CONTRACTING SOLUTIONS, LP ET AL. FOR A TEMPORARY RESTRAINING ORDER
### AGAINST DEFENDANT ANGI HOMESERVICES, INC. AND ANGIE'S LIST, INC.

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, and incorporating by reference the attached Memorandum of Points and Authorities and other supporting documents, Plaintiffs Precision Contracting Solutions, LP ("PCS"), Derrick Sieber, Stephen Sieber and Carolyn Torsell now move this Court to issue a temporary restraining order enjoining Defendants ANGI Homeservices, Inc. and Angie's List, Inc. from failing to restore immediately to their websites (*www.homeadvisor.com* and *www.angieslist.com*) the company profile of PCS, a home improvement and general contractor in Washington D.C., and the ratings and comments from PCS customers that formerly appeared on those websites.

Plaintiffs seek this preliminary injunction because the Defendants' removal of the PCS company profile and customer information from their websites on or about August 6, 2019 is unlawful under the Federal Trade Commission Act (15 U.S.C. § 45b), has tortiously interfered with PCS's existing and future contracts with homeowners, has placed the company and its personnel in a false light, and has driven PCS to a state of financial emergency, all as set forth in the attached Memorandum of Points and Authorities and other supporting documents.

It is imperative that the profile and customer ratings and comments of PCS be immediately restored on the HomeAdvisor and Angie's List websites and made visible to the public.

A proposed order is attached.

Respectfully submitted,

/s/ Edward W. Lyle
Edward W. Lyle (DC Bar 025700)
1250 Connecticut Avenue NW, Suite 700
Washington D.C. 20036
Telephone:  1 (202) 333-4280
Facsimile:  1 (202) 333-4282
E-mail:  *ewlyle@west1805.com*
*Attorney for the Defendant Precision*
*Contracting Solutions, LP and Carolyn Torsell*

/s/ Derrick S. Sieber
Derrick S. Sieber, *pro se*
9412 St. Andrews Way
Silver Spring, MD  20901
Telephone:  (202) 302-1990
E-mail:  *derrick.precsion@gmail.c*

/s/ Stephen C. Sieber
Stephen C. Sieber, *pro se*
1805 - 45th Street NW
Washington DC 20007
Telephone:  240-432-3265
E-mail: *marcostevie@gmail.com*

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| PRECISION CONTRACTING SOLUTIONS, LP, et al. | |
| v. | Case No. _____ |
| ANGI HOMESERVICES., et al. | |

## MOTION OF PLAINTIFF PRECISION CONTRACTING SOLUTIONS, LP ET AL. FOR A PRELIMINARY INJUNCTION
## AGAINST DEFENDANTS ANGI HOMESERVICES, INC. AND ANGIE'S LIST, INC.

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, and incorporating by reference the attached Memorandum of Points and Authorities and other supporting documents, Plaintiffs Precision Contracting Solutions, LP ("PCS"), Derrick Sieber, Stephen Sieber and Carolyn Torsell now move this Court to issue a preliminary injunction enjoining Defendants ANGI Homeservices, Inc. and Angie's List, Inc. from failing to restore immediately to their websites (*www.homeadvisor.com* and *www.angieslist.com*) the company profile of PCS, a home improvement and general contractor in Washington D.C., and the ratings and comments from PCS customers that formerly appeared on those websites.

Plaintiffs seek this preliminary injunction because the Defendants' removal of the PCS company profile and customer information from their websites on or about August 6, 2019 is unlawful under the Federal Trade Commission Act (15 U.S.C. § 45b), has tortiously interfered with PCS's existing and future contracts with homeowners, has placed the company and its personnel in a false light, and has driven PCS to a state of financial emergency, all as set forth in the attached Memorandum of Points and Authorities and other supporting documents.

It is imperative that the profile and customer ratings and comments of PCS be immediately restored on the HomeAdvisor and Angie's List websites and made visible to the public.

A proposed order is attached.

Respectfully submitted,

/s/ Edward W. Lyle
Edward W. Lyle (DC Bar 025700)
1250 Connecticut Avenue NW, Suite 700
Washington D.C. 20036
Telephone:  1 (202) 333-4280
Facsimile:  1 (202) 333-4282
E-mail:  ewlyle@west1805.com
Attorney for the Defendant Precision
Contracting Solutions, LP and
Carolyn Torsell

/s/ Derrick S. Sieber
Derrick S. Sieber, pro se
9412 St. Andrews Way
Silver Spring, MD 20901
Telephone:  (202) 302-1990
E-mail:  derrick.precsion@gmail.c

/s/ Stephen C. Sieber
Stephen C. Sieber, pro se
1805 - 45th Street NW
Washington DC 20007
Telephone:  240-432-3265
E-mail: marcostevie@gmail.com

### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
#### Civil Division

PRECISION CONTRACTING
SOLUTIONS, LP
8222 Georgia Avenue
Silver Spring, MD 20910

DERRICK S. SIEBER
9212 St. Andrews Way
Silver Spring, MD 20901

STEPHEN C. SIEBER
1805 - 45th Street N.W.
Washington D.C. 20007,

CAROLYN TORSELL
1135 Sixth Street NE
Washington DC 20002

        Plaintiffs

    v.

                        Case No. _____

ANGI HOME SERVICES, INC.
14023 Denver West Pkwy
Bldg. 64
Golden, CO 80401

ANGIE'S LIST, INC.
1030 E Washington Street
Indianapolis Indiana 46202

KENNETH VOGEL
Individually
1642 R Street N.W.
Washington D.C.

DISTRICT OF COLUMBIA,
a municipal corporation
444 - 4th Street N.W.
Washington 20001

        Defendants

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

In support of its motion for a temporary restraining order and/or preliminary injunction ("Motion"), Plaintiffs state as follows:

## I. Facts

The facts of this case are set forth in the complaint ("Complaint") filed by the Plaintiffs, with those facts now being summarized in this Motion.

Plaintiff Precision Contracting Solutions, LP ("PCS") is a construction company that has been licensed in Washington D.C. ("District" or "D.C.") since 2007 as a home improvement and general contractor. PCS has had an A+ rating at the Better Business Bureau ("BBB") during the past eight years that PCS has been a member of that organization. Plaintiff Derrick Sieber is the sole proprietor of PCS, and Stephen Sieber is a design consultant for PCS having no ownership interest or control over PCS.

Since 2012, PCS has had an ongoing business relationship with the Defendant ANGI Home Services, Inc. d/b/a "HomeAdvisor" ("Home Advisor") and also a business relationship since 2017 with Angie's List, Inc. ("Angie's List"). Both Home Advisor and Angie's List are on-line matchmakers connecting District consumers with home improvement contractors ("Service Providers" or "Providers"). Home Advisor and Angie's List ("Corporate Defendants") operate independently of each other and each has its own website: *www.homeadvisor.com* and *www.angieslist.com* (collectively, "Defendants' Websites").

The *modus operandi* of the Corporate Defendants is very similar. Both receive electronic requests from consumers for qualified Service Providers. Home Advisor then sells requests (leads) to Service Providers for a fee, whereas Angie's List provides leads to Service Providers and sells ads to them. Service Providers in each company's system maintain business profiles on that company's website describing the Provider's services, recent projects, photos, licensing information, video and other content. Consumers can post verified ratings and reviews regarding the quality, service, and

2

value rendered by a particular Service Provider on that  company's profile page for the public to consider when making buying decisions.

PCS has participated successfully as a Service Provider in both the Home Advisor and Angie's List programs.  PCS has paid more than $300,000 to Home Advisor for leads resulting in consumer contracts in the District, and over time, PCS has amassed 54 verified consumer ratings and reviews on Home Advisor as well as 24 verified ratings and reviews on Angie's List.

On Home Advisor, PCS has averaged 4.9 out of a maximum 5.0 stars for all consumer ratings and reviews.  On Angie's List, PCS has received consistent A ratings - the highest level possible over the years.  Ratings and reviews on Defendants' Websites have been glowing.   A copy of customer ratings and reviews of  PCS on the Home Advisor website are found in Exhibit 1 to the accompanying Declaration of Derrick S. Sieber ("Derrick Sieber Declaration").  Plaintiffs do not have a copy of the ratings and reviews on Angie's List since no copy of them was made before their sudden removal from the Angie's List website.

There came a time when Defendant Kenneth Vogel communicated to Home Advisor, Angie's List and the OAG that Plaintiffs Derrick Sieber and Stephen Sieber had planted false reviews of PCS work on the Home Advisor's and Angie's List websites.  The OAG then communicated with Home Advisor and Angie's List regarding those ratings and reviews. After a nine month investigation, however, the OAG found no false ratings and reviews regarding PCS.  The OAG sued PCS anyway on August 2, 2019 under the District's Consumer Protection Procedures Act ("CPPA"), making vague and ambiguous allegations of poor work and permit violations and citing unnamed District consumers.  On the same day, the OAG went  public with a press release about its lawsuit.

On that day, however, PCS had no open complaints at the BBB or at the D.C. Department of Consumer and Regulatory Affairs  ("DCRA").  Also, there were no negative ratings or reviews about

PCS posted on the Corporate Defendants' websites or anywhere else on the internet from any of these so-called aggrieved - but unidentified - consumers in the OAG complaint.

The OAG's lawsuit against PCS was conceived and implemented after an agreement had been reached among the Defendants in this action that steps needed to be taken to prevent further PCS contracts with District consumers. In the case of Kenneth Vogel, he was and still is being sued in this Court for abuse of process and making false claims in a verified complaint that PCS planted fake consumer reviews on the internet. Toland v. Derrick Sieber, et, al, Case No. 2016 CA 0006458. Mr. Vogel later admitted in this Court, before Judge John Mott, that he had no evidence for such a claim. In the case of the OAG, Plaintiff Stephen Sieber had alleged that OAG fraud investigator Timothy Shirey had forcibly and unlawfully entered his home when Mr. Shirey was serving a subpoena for documents. Stephen Sieber filed a police report on this incident with the District authorities.

On August 6, 2019, four days after the OAG issued its complaint and press release against PCS, the Corporate Defendants removed all ratings and reviews of PCS from their websites without any prior notice to anyone and in furtherance of the conspiracy among the Defendants to deny PCS any more contracts with consumers in the District. These actions later frustrated an attempt by Carolyn Torsell, a PCS, to post a positive review about PCS on the Home Advisor website.

In response to these actions of the Corporate Defendants, Derrick Sieber, the sole proprietor of PCS, sent an e-mail to Home Advisor the next day, August 7, 2019, complaining about its removal of PCS's ratings and reviews and demanding their reinstatement on the HomeAdvisor website. Exhibit 2 to the Derrick Sieber Declaration. Home Advisor never responded to Derrick Sieber's email. The unlawful removal of PCS's profiles, ratings and reviews from the Corporate Defendants' websites has led to irreparable harm and an emergency financial condition within PCS that is detailed in the attached Derrick Sieber Declaration.

4

Accordingly, PCS now submits its complaint in this matter and, of more immediate concern, this motion for preliminary injunctive relief.

## II.    Legal Standards

### A.    Injunctive Relief

To obtain preliminary injunctive relief in the District of Columbia, a moving party must establish four things: First, that it is likely to succeed ultimately on the merits of the litigation. Second, that it is likely to suffer irreparable harm if preliminary relief is not granted. Third, that the balance of equities tips in its favor. Fourth, that the granting of preliminary relief is in the public interest. Sherley v. Sibelius, 644 F.3d 388, 392 (D.C. Cir. 2011) (cited in Aamer v. Obama, No. 13-5223 [D.C. Cir., February 11, 2014, unpublished] and quoting Winter v. Natural Resource Defense Council, Inc., 550 U.S. 7, 20 (2008).

### B.    Federal Trade Commission Act

Section 45b of the Federal Trade Commission Act ( "Section 45b" and "FTCA" ), 15 U.S.C. § 45b, concerns the use of certain provisions in standardized contracts for which the consumer has little bargaining power to change. Section 45b (b)(1)(A) prohibits, among other things, the use of provisions in such contracts to prohibit or restrict the ability of consumers to post ratings and reviews ("Content") about the Service Providers they have hired. Section 45b(b)(3) also prohibits provisions in standardized contracts that authorize a website hosting such Content to remove any part of that Content except the following:  trade secrets or commercial or financial information obtained from a person and considered privileged or confidential; personnel and medical files and similar information the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; records or information compiled for law enforcement purposes, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; content that is unlawful, abusive or otherwise

5

objectionable, is false or does not pertain to the contractor in question [more fully reviewed in ¶ 73 of the Complaint] ; or content that contains any computer viruses, worms, or other potentially damaging computer code, processes, programs, applications, or files. *Id.* § 45b(b)(3). Therefore, a website host's removal of any other type of information about a Service Provider is a violation of the FTCA and therefore unlawful.

**C.    Tortious Interference**

In the District of Columbia, a plaintiff must demonstrate the following to prevail on a claim of tortious interference with existing business relationships:  1) the existence of a valid contractual or other business or relationship; 2) the defendant's knowledge of the relationship; 3) intentional interference with that relationship by the defendant; and 4) resulting damages.  Whitt v. American Property Construction, P.C., et al., 157 A.2d 196, 202 (D.C. 2017) (citing Newmyer v. Sidwell Friends Sch., 128 A.3d 1023, 1038 (D.C. 2015) (quoting Havilah Real Prop. Servs., LLC v. VLK, LLC, 108 A.3d 334, 345-46 [D.C. 2015]).

To prevail on a claim of tortious interference with future business relationships, a plaintiff must make the same showing except that the plaintiff must demonstrate a prospective advantageous business transaction rather than an existing contract.  Casco Marina Development, LLC v. District of Columbia Redevelopment Land Agency, 834 A.2d 77, 84 (D.C. 2003); Rosen b. American Israel Public Affairs Committee, Inc., et al., 41 A.3d 1250, 1256 (D.C. 2012) (citing Oparaugo v. Watts, 884 A.2d 63, 76 [D.C. 2005]).

**D.    False Light**

To prevail on a claim of false light in the District, a plaintiff must demonstrate the following: 1) that the defendant gave publicity to a matter concerning another; 2) that such publicity placed the other before the public in a false light; 3) that the false light would be highly offensive to a reasonable person; and 4) that the defendant knew of or acted in a reckless disregard of the falsity of the

6

publicized matter and the false light in which the other would be placed.  Wolf v. Regardie, 553 A.2d

1213, 1216-17 (D.C.1989); Restatement of Torts § 652e.

**III. Argument: PCS Should be Granted Preliminary
Injunctive Relief Based Upon Applicable Standards**

As reviewed in Part II above, a party moving for preliminary injunctive relief must

demonstrate four things, which will now be discussed.

**A. Plaintiffs are  Likely to Succeed on the Merits.**

**1.      This Court Should Infer a Private Right of Action
in This Instance Under the FTCA.**

As will be argued below, the Corporate Defendants violated Section 45b(b)(3) when they

removed the profiles, ratings and reviews of PCS  from their websites.  No private right of action,

however,  is authorized in the FTCA  to enforce Section 45b, and  the legislative history of Section

45b is also silent on this question.

A preliminary matter, then,  is whether an implied private right of action should be inferred

from that statute.  This determination requires an examination of four factors enunciated by the U.S.

Supreme Court in Cort v. Ash, 422 U.S. 66, 78 (1975) and reaffirmed by the D.C. Circuit in El Paso

Natural Gas Co. v. U.S., 750 F.3d 863, 889 (2014).

**a.      Plaintiff PCS is a Member of a Protected Class.**

The first of the *Cort* criteria is "whether the plaintiff is one of the class for whose

benefit the statute was enacted."  El Paso Natural Gas Co., supra.  In Section 45b, Congress has

designated two protected classes.  Section 45b refers to standardized contracts as "form contracts"

and ratings and reviews of Service Providers as "covered communications."  Section 45b(b)(1)(A)

disallows the inclusion in any form contract of any provision that "prohibits or restricts" that ability

of consumers in such contracts to post "covered communications" about Service Providers they have

7

hired.  Under Section 45b(b)(1)(A), therefore, the protected class includes those who have entered

into standardized contracts with Service Providers and consumers who may wish to post, or who have

posted, ratings and reviews of the quality of work done by those companies.  Plaintiff Carolyn Torsell

is in this class because she has attempted to post a review of PCS's services on the Corporate

Defendants websites and was rejected because the PCS profile had been  removed by the Corporate

Defendants.

  The second class are those who may be harmed  if "a person or business that hosts online

consumer reviews or comments" goes beyond the content that Section 45b(b)(3) allows to be

removed from websites.  In this class are consumers who have posted ratings and Service Providers

who have worked hard to gain good ratings in hopes of building their business reputation.

  As a Service Provider who received 78 ratings and reviews from District consumers on the

Home Advisor and Angie's List websites, PCS is a member of this protected class.  In removing the

entirety of the profiles, ratings and reviews posted by District consumers about PCS,  the Corporate

Defendants went far beyond the limited types of content  that they were authorized to remove under

Section 45b(b)(3).  And, as will be discussed below, these unlawful actions of Home Advisor and

Angie's List have inflicted, and are now continuing to inflict, irreparable, financial and operational

harm upon PCS, to the point that PCS is now fast approaching insolvency.

  Furthermore, the public policy abounding from Section 45b deems the publishing of

consumer reviews on the internet vital to the public interest.  Congress intended that the public at

large be entitled to see consumer ratings and reviews, both good and bad, about a particular Service

Provider so that other consumers who are considering a Service Provider may see its ratings and

reviews  unfiltered, unobstructed and visible on the internet.

  Finally, the FTCA was enacted to create a level playing field with respect to commerce.  If

ratings and reviews can be arbitrarily removed or refused to be posted by a company hosting such

8

information that is in conformance with Section 45b(b)(3) guidelines, the host organization becomes a self-interested censor that can favor some Service Providers over others. This is the very reason that host websites like Home Advisor and Angie's List are strictly accountable under Section 45b.

> **b.    There is No Prohibition in the Legislative History on a Private Right of Action in This Instance.**

The second of the four *Cort* factors is "whether some indication exists of a legislative intent, explicit or implicit, either to create or deny a private remedy." El Paso Natural Gas Co., supra. The Federal Trade Commission ("FTC") and state attorneys general are explicitly authorized to enforce Section 45b, and, as noted, this statute and its legislative history are silent on whether a private right of enforcement is also authorized. For three reasons, such a right should be inferred in this instance. First, courts are inclined to infer private causes of action to enforce a prohibition in a statute, as in this case. Jackson v. Birmingham Bd. of Educ., 544 U.S. 167, 173 (2005) (citing Cannon v. Univ. of Chi., 441 U.S. 677, 690–93 [1979]). By contrast, courts are less likely to infer a cause of action in contract cases and in criminal and regulatory statutes designed to control public behavior rather than create a special class of beneficiaries.[1] Furthermore, in a recent case involving the Plaintiff PCS, the U.S. District Court for the District of Columbia has upheld a private right of enforcement of Section 45b and enjoined the Plaintiff PCS from use of a contractual provision that the court found to be in violation of Section 45b(b)(1)(A). Seibert v. Precision Contracting Solutions, LP . Declaration of Edward W. Lyle, Exhibit 1, at 15. That case illustrates that while Congress was silent about the use of private causes of action to enforce Section 45b, it would be improper for this Court to reject a private right of action where the interests of a member of a protected class have been significantly impaired as the United States Distict Court found. Finally, as will now be argued, this

---

[1] For a general discussion of this subject, see Newcombe, " Implied Private Rights of Action: Definition, and Factors to Determine Whether a Private Action Will Be Implied from a Federal Statute," Loyola University Chicago Law School, Vol. 49, pp. 126, 128 (2017)..

Court should infer a private right of action in this instance because only a private right can be effective in meeting the emergency of irreparable harm that PCS now faces.

### c.      A Private Right of Action is Not Only Consistent With The Legislative Scheme But Essential to It.

The third *Cort* factor is "whether implying a private right of action is consistent with the underlying purposes of the legislative scheme." El Paso Natural Gas Co., supra.  A private right of action is not only fully consistent with the purposes of the statute, it is essential to it.  As noted, enforcement of the statute is explicitly conferred upon the FTC and state attorneys general.  The enforcement staffs of virtually all of these agencies, however, are already burdened with the task of enforcing many other legal authorities.  Even if some of these agencies do undertake enforcement of this statute, they likely could not  bring an injunctive relief action  promptly enough in this instance to save  PCS from extinction.

If there is to be any immediate and effective enforcement of this statute, therefore, it must come from PCS itself, since its interests are being damaged irreparably.  Further, PCS is in litigation currently with the OAG.  In the attached Complaint, PCS has alleged a conspiracy to violate Section 45b in which the OAG is a co-conspirator to that violation.  The OAG has no interest in upholding Section 45b in this instance, and the only viable course to address PCS's urgent situation is a private right of action by PCS.

### d.      This Matter is Not One Traditionally Delegated to State Law

The fourth and final of the *Cort* criteria is "whether the cause of action is one traditionally delegated to state law, such that it would be inappropriate for the court to infer a cause of action based solely on federal law." El Paso Natural Gas Co., supra.  Given that Congress in Section 45b has authorized the FTC and state attorneys general to enforce its provisions, a fair inference can be drawn that Congress believed that most, if not all, states have not already given their attorneys

10

general the authority to enforce similar statutes under state law.  This cause of action, therefore, does not appear to have been one traditionally delegated to state law, much less enforced under it.

In this instance, moreover, the Attorney General of the District of Columbia is not only doing nothing to enforce the law; his office is now conspiring to violate it.

### e.      Conclusion

Weighing each of the *Cort* factors in this instance,  there is more than adequate support for a ruling from this Court that private enforcement is proper herein to address the wrongful actions of all Defendants in this case as well as the damage their actions have caused and continue to cause to the Plaintiffs.

### 2.      Plaintiff's Likelihood of Success on Its Substantive Claims

Having addressed the question of PCS's authority to bring this suit under Section 45b, this Memorandum now turns to discuss the likelihood of PCS's ultimately prevailing on the merits of its claims in this matter.

### a.      FTCA Section 45b

The Corporate Defendants are "person[s] or business[s] that host[] online consumer reviews or comments" within the meaning of Section 45b(b)(3). As such, they have violated  this statute both in the contracts they use in their matchmaking activities and in their implementation of those contracts.  Provisions in their contracts authorize them to remove far more information from their websites than is permitted by Section 45b(b)(3),  and that violation renders the entirety of such contracts void under Section 45b(c) of the FTCA.

Furthermore, when the Corporate Defendants acted upon those unlawful provisions to take down the PCS profiles, ratings and reviews of District consumers from their websites, both of these

11

companies violated the law by going far beyond the content they were authorized to remove.  Thus their actions were equally as unlawful as the contractual provisions on which they were based.

These factors demonstrate  that Plaintiffs are likely to prevail on their FTCA claim.

### b.      Tortious Interference

The current law in the District on  tortious interference has been stated above in Part II ("Legal Standards").  In this instance, PCS had, among its customers, 54 existing contractual relationships with District consumers for whom it had done work in  the past and had received the maximum consumer rating from virtually all of them. While the work reviewed by these District consumers has been completed, PCS is continuing to do additional work for some of them.   Derrick Sieber Declaration ¶ 32.  Even where additional work is not underway, PCS 's business relationships with the entirety of those 54 District consumers, and with others who had not posted ratings and reviews on Defendants' Websites, the relationship remains ongoing.  Whenever those customers need additional work in  the future, there is a very good chance that they will use PCS because they had a positive prior experience.  PCS also has existing relations with other customers not obtained through either the Home Advisor or Angie's List networks.  Derrick Sieber Declaration ¶¶ 32-35.

Furthermore, at the moment that HomeAdvisor and Angie's List removed the PCS profiles, ratings and reviews from their websites, there was also  a high likelihood that PCS would enter into construction contracts with yet other consumers in the future with whom PCS has had no prior contact because PCS was an ongoing, major player in the home improvement market in the District.

When the Corporate Defendants took down PCS's ratings and reviews, they knew of PCS's business relationships with existing District consumers because they had posted rating and reviews about them.  They also knew that PCS would be entering into future contracts with other District consumers because they knew that this is what PCS does professionally as a home improvement and general contractor.

12

There is no question, furthermore, that the Corporate Defendants <u>intentionally</u> removed the ratings and reviews of PCS from their websites. This is seen even more clearly from the fact that such Defendants kept the PCS information off their websites even after Home Advisor received a letter from Derrick Sieber of PCS demanding that such content be put back up.

In this instance, therefore, the Corporate Defendants not only interfered tortiously and intentionally with the existing and prospective contractual relationships of PCS. The Corporate Defendants did so while violating the FTCA and casting Plaintiffs PCS, Derrick Sieber and Stephen Sieber in a false light, as will be discussed below.

The intentional interference by the Corporate Defendants in PCS's existing and prospective contractual relations has caused, and continues to cause, irreparable harm and catastrophic damages to PCS as described in the Declaration of Derrick Sieber ¶¶ 30-38.

Plaintiff PCS is therefore likely to prevail on the merits of its Tortious Interference claim.

  **c.**  **False Light**

Plaintiffs PCS, and by association Derrick Sieber and Stephen Sieber, are also likely to prevail on their claim of false light. The removal of the PCS profiles and consumer ratings and reviews by the Corporate Defendants created a "black hole" of nothingness in highly visible media where those profiles, ratings and reviews had formerly been seen.. Those removal actions sent a message to anyone going to those websites and expecting to find such profiles, ratings and reviews that PCS had done something so despicable that the Corporate Defendants would not even discuss it publicly. This impression is especially pronounced because the websites of these companies describe the pro's and con's of particular contractors every day, so there is no reason why the Corporate Defendants should not have simply described any negative factor pertaining to PCS rather than removing all information about PCS from their sites and thereby from public view.

13

The Corporate Defendants knew in fact that PCS had done nothing to merit such treatment. Their recklessness in removing the PCS profiles, ratings and reviews placed PCS, Derrick Sieber and Stephen Sieber before the public in a false light, and all three of these plaintiffs have been irreparably damaged by such a portrayal. Given these facts, PCS is likely to prevail on the merits at trial with respect to its False Light claims.

**B.  Plaintiffs are Likely to Suffer More Irreparable**
**Harm if Preliminary Relief is Not Granted.**

In this instance, Plaintiffs PCS, Derrick Sieber and Stephen Sieber are already suffering irreparable harm and will continue to the point of insolvency if preliminary relief is not granted. As set forth in the Derrick Sieber Declaration, that irreparable harm is occurring to PCS's finances, its ability to retain personnel, and, most of all, its ability to compete for future business and to complete for existing contracts from District consumers. The irreparable harm has been inflicted not only upon PCS and other Plaintiffs but also upon other District consumers who are in the middle of contracts that PCS may not be able to finish.    Given the effects of Corporate Defendants' unlawful actions, PCS will never be able to recover to its former position in the community as a high profile home improvement contractor, but preliminary relief from this Court will help the company in its attempts to remain solvent and complete its existing consumer contracts in the District.

**C.  A Balancing of the Equities in this**
**Matter Clearly Favors the Plaintiff.**

The irreparable harm to Plaintiffs PCS, Derrick Sieber and Stephen Sieber that will continue in the absence of a TRO will result in insolvency as described more fully for at ¶¶ 30-38 in the above-referenced Derrick Sieber Declaration.

By contrast, there is virtually no harm to the Corporate Defendants if they are required to restore to their websites the profiles, ratings and reviews of PCS. The Corporate Defendants can do

If Corporate Defendants are allowed to continue in their use of unlawful contracts and their equally unlawful actions under those agreements, there will be no check on them arbitrarily taking down information on other Service Providers that is protected by Section 45b, and often by common law, for reasons they never choose to disclose. It is in the public interest that such behavior from the Corporate Defendants and their co-conspirators be stopped immediately through preliminary injunctive relief.

### IV. Conclusion

For the reasons expressed above, this Court should now grant preliminary injunctive relief to PCS pending full resolution of this action. More specifically, this Court should order the Corporate Defendants to re-post the ratings and reviews about PCS in the same fashion and at the same Uniform Resource Locator ("URL") web addresses on their sites where such information was posted earlier.

16

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

PRECISION CONTRACTING
SOLUTIONS, LP, et al.

      v.

ANGI HOMESERVICES, INC., et al.

Case No. _____

**DECLARATION OF DERRICK SIEBER**

I, Derrick Sieber, declare as follows:

1. My name is Derrick Sieber, I am the Owner of Precision Contracting Solutions (PCS).

2. PCS was formed and licensed in Washington, DC on or about August 17, 2007.

3. PCS has maintained its home improvement license, uninterrupted, since August 2007 to the present.

4. On or about October 23, 2012, I was contacted by Shala Schremmer, a salesperson from HomeAdvisor (HA). I later learned that HA was a construction lead generation service that had a strong and developing market in Washington, DC.

5. Up until this time, PCS had relied exclusively on company yard signs, postal-distributed fliers, and door-to-door sales for all of its new business revenue.

6. This HA salesperson asked for a few moments of my time to explain how HA could bring in more business for PCS and also asked if they could email me some materials, as well as schedule an online demonstration.

7. Over the next couple of days I received several emails from HA with their promotional material about enrollment in the contractor membership. I also participated in an online demonstration of the HA platform with a representative that explained how the platform worked, how I would receive viable construction leads from prospective clients, what the HA fee structure was, as well as how PCS could grow its revenues from membership in the HA community.

8. After a thorough review of the HA platform and the introductory material they sent me, I agreed to sign on and become a HA contractor member on or about October 30, 2012.

9. A required condition for HA contractor membership acceptance was providing a copy of my current contractors' license with Washington, DC's Department of Consumer & Regulatory Affairs (DCRA), as well as a copy of my current liability insurance; both of which I provided to HA to their licensing@homeadvisor.com office email address.

10. It was explained to me by HA that before construction leads would begin being sent to PCS, a preliminary step was to identify what my monthly 'Spend Target' would be for the company. In other words, how much money did I want to spend monthly on leads and that amount would determine the number and quality of the leads that would begin flowing in.

11. Since I was unfamiliar with HA and wasn't sure how fruitful it would be, I kept my monthly financial commitment low and assigned a monthly spend target with HA of $800 - i.e., approximately $200 a week worth of prospective construction leads.

2

12. The last step required by HA was to 'Check Off' all of the types of jobs that PCS performed. This was important so that I was assigned leads for things I actually performed.

13. I listed several types of work such as concrete work, siding and windows, painting, roofing, etc.

14. I was given a member login ID and password that allowed me to begin uploading content on my HA Profile page that had been established for PCS to publish content for online public review from prospective DC home improvement consumers being driven to the HA website.

15. HA's lead fee structure, as it was explained to me, was simple. A HA construction lead could range in cost anywhere from $40 - $140. Smaller projects would be lower on the scale while larger projects, like a whole house renovation, would fetch a higher lead fee.

16. On Friday November 2, 2012, I received my very first construction lead from HA for M. Gelane at 13** Clifton Street NW Washington, DC who wanted an estimate for a kitchen remodeling project; and so began my journey and relationship with HA.

17. During the infancy of my membership with HA, I was always encouraged by HA to 'Complete my HomeAdvisor Profile Page' (HAPP). There was a percentage gauge at the top of HAPP and the more content you uploaded the more closer this gauge became to being '100%' completed.

18. The HAPP had several sub-categories for content to be entered or imputed. For example, if you had photos of finished work they could be uploaded in the 'Photograph Album' sub-category, if you completed the hours and days of operations that was another sub-category. Other sub-categories included entering the company mission statement, if you

3

offer elderly or military discounts, does the company make charitable donations to any non-profits, etc.

19. Over the next 4-5 months I was committed to making it so that my HAPP was 100% complete for all the internet traffic being driven to HA that would be looking at PCS. I was constantly reminded by HA that contractors who had a robust HAPP always did better than the other HA contractors who did not.

20. On March 2, 2013 I received my very first HA 'Verified 5-Star Rating & Review' from Nancy W. who I remembered was an elderly woman that lived in NE Washington, DC. In addition to giving PCS 5-Stars (out of 5) she also posted the following comment to my HAPP:

> *"We are 100% satisfied with the bathroom remodel. They're [PCS] very honest, friendly, and trustworthy. Their attention to detail, quality, and workmanship is first class. The results exceeded our expectations"*

21. Over the next seven years PCS would go on to earn 54 5-star ratings and reviews from honest, hard-working DC residents who went to HA for a reliable suggestion on a contractor and then ultimately published their experience with PCS in the digital town square of HA's website. Exhibit 1.

22. Over the next seven years PCS would incrementally increase its HA spend target and periodically reduce it when lead volume was especially high.

23. All said, I project that PCS paid HA approximately $300,000 in construction leads over the course of our seven year relationship.

4

24. In 2017 Angie's List was purchased by the parent company of Home Advisor; when that happened, Angie's List created a profile page for PCS on the Angie's List website.

25. From 2107 until the PCS profile was taken down on Angie's List, dozens of A+ ratings were posted on the Angie's List website; these were also taken down on the same day that Home Advisor removed the 54 5-star ratings from Home Advisor.

26. On Tuesday August 6, 2019 Corrine (no last name provided) from HA called me to inform me that my HAPP and all of its published content was being removed from the HA website and that my HA account had been terminated giving no reason why.

27. On Wednesday August 7, 2019 I sent HA an email with a copy of my renewed license which had never lapsed or had been terminated and demanded that they re-activate my HA account and re-publish my content on HA, and they refused.  Exhibit 2.

28. For the last seven years I have relied almost exclusively on HA providing PCS with new DC construction leads.

29. Over the last seven years, I have continuously added more and more content to my HAPP because so much internet traffic reads and reviews the content of HA contractors on their website.

30. In the days and weeks following the termination of my HA account, PCS has suffered devastating harm from the lack of any construction leads coming into the PCS that we can use to generate new business.

31. This harm has been further exacerbated by the total scrubbing of all my content from the HA website.

32. Now that HA has removed all of my hard-earned content from their website, PCS is incurring substantial harm since prospective PCS clients regularly visit HA to review PCS's 5-star ratings, testimonials, pictures of PCS work, and now that content is nowhere to be found with many of these consumers having had work done previously by PCS.

33. PCS also has dozens and dozens of contract proposals out, driving DC consumers to the HA website to look at and consider PCS ratings and reviews that now are non-existent.

34. PCS also has had many flyers distributed in connection with PCS ongoing projects contain the PCS home advisor link so prospective consumers can look at the history of PCS and the hard earned 5 star ratings.

35. Many existing PCS clients have continued referring PCS to their friends and suggested they go to HA where they had posted glowing reviews and ratings - that now are not there.

36. The consequence of HA not giving PCS anymore construction leads, coupled with the elimination of all of my HA content from being viewed by prospective clients, has and continues to cause massive harm to PCS and its staff that rely on PCS for gainful employment.

37. Several signed clients of PCS have terminated their contracts in light of HA deactivating the PCS account; several other PCS clients are threatening to terminate their contracts as well.

38. The actions of HA and Angie's List in wrongfully removing the PCS profile and all of the 54 ratings and reviews from HA and the 34 ratings and reviews from Angie's List without any notice or reason is causing great financial harm for PCS; unless relief is provided, PCS will soon be driven out of business and many DC consumers who have

6

work in progress will be harmed because PCS will not be able to complete their projects; in that event, PCS will most certainly have to file for bankruptcy protection.

39. I certify that the exhibits to this Declaration present true and correct copies of documents as I have received them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Washington D.C. this 9th day of September 2019.

Derrick Sieber

7

# EXHIBIT 1

Precision Contracting Solutions
5-Star Ratings (54) Published on the Homeadvisor website for Precision Contracting Solutions
As of 07/25/2019

**5.0** | 07-20-2019
**Review by Aldo B. in** <u>Washington, DC</u>
**Project:** <u>Renovate or Repair a Home</u>
Derrick and Steve did a fantastic job for us. We were under a short timeline to get repairs done in anticipation of the sale of our townhouse and they responded professionally in a timely manner allowing us to complete all work to engineer s specifications and moreso. Would highly recommend this company as they are superior to other contractors that we had contacted for quotes and completion times. They mounted an excellent team who worked tirelessly to get the job done on time. Thank you for your diligence and professional service.

**5.0** | 07-10-2019
**Review by Vontella M. In** <u>Washington, DC</u>
**Project:** <u>Repair a Concrete Foundation</u>
Precision fixed the front wall in front of my home within a week of signing the contract; and I am very pleased with the results of their work. I would definitely recommend them for home improvement.

**5.0** | 06-18-2019
**Review by Paul M. In** <u>Washington, DC</u>
**Project:** <u>Remodel or Renovate One or More Rooms</u>
Derrick and his team at Precision did quality work in a timely manner, and provided excellent service along the way. Derrick made himself available by phone whenever I had an issue, and his team completed the work to a very high standard. In addition to providing excellent service, when a (minor) part of a design was not how I pictured it, Precision made the change without any questions or extra charge. Furthermore, they were flexible and provided great assistance in working with our condo board to get permits for our project. I highly recommend Precision for whatever job you need completed.

**5.0** | 06-07-2019
**Review by William L. in** <u>Washington, DC</u>
**Project:** <u>Repair a Concrete Foundation</u>
Precision responded to my request for service with courtesy, skill, knowledge, and overall effectiveness. As my needs continue, Precision will be first on my list of experts to call and I will recommend they to my friends and neighbors!

**5.0** | 04-09-2019
**Review by Isabel M. in** <u>Washington, DC</u>
**Project:** <u>Remodel a Basement</u>
It s not often that you meet a contracting company and crew that change your life in such a positive and significant way. My hone is over a 100 years old and since we ve owned it water in the basement has always been an issue, to such an extent that by last summer you could smell the dampness upstairs. Precision both waterproofed the basement and turned the 1000 square feet into a beautiful apartment. Though the process took longer than expected, both the crew, the designer and myself worked in tandem to create a beautiful design and space. The value added to the property was considerable, and better yet I never want to leave my

new apartment! The crew worked hard to trouble shoot all the water problems and helped me develop my plans for the space. They re always willing to go the extra step for a client I highly recommend them!!!!

**5.0  |  03-18-2019**

**Review by Makoto J. in** <u>Washington, DC</u>

**Project:** <u>Repair a Concrete Foundation</u>

Derrick with Precision Contracting Solutions did a superb job in both communication and the work conducted. I used him to contract foundation and masonry work in a DC rowhome. Throughout the initial proposal all the way through the completion of work, Derrick was helpful and easy to contact. He checked in regularly with his contractors to ensure that the work was being completed as directed and was quick to solve any issues that arose. I would 100% recommend him to friends, family, or anyone that needed home renovations completed.

**5.0  |  01-16-2019**

**Review by Joyce J. in** <u>Washington, DC</u>

**Project:** <u>Repair Structural Problems with Steel Beams</u>

Derrick and Julio worked with me and my mother to ensure that her home was safe and sound! Her bearing wall and floor beams were weakened from a fire over 35 years ago. The work was excellent! They promised 3 days; it was done in 2! Couldn t have been done without Precision Consulting!!

**5.0  |  11-13-2018**

**Review by Sharon M. in** <u>Washington, DC</u>

**Project:** <u>Manage a Construction Project</u>

My home dining room and kitchen ceiling needed leveling and had structural damage. Precison sent in two teams, one specializing in carpentry and structural repairs that did an excellent job in repairing and leveling the ceilings. The last team completed the drywall and extensive plastering of the ceilings leveling them to a look without an seams showing. Beautiful job! Although this process was a bit dusty. I voiced my concerned over the dust. Derrick immediately sent a cleaning service of 3 that cleaned my entire 1st floor. I would recommend Derrick and his team. His folks had years of experience and it showed in the results of this job.

**5.0  |  10-11-2018**

**Review by Jennifer L. in** <u>Washington, DC</u>

**Project:** <u>Renovate or Repair a Home</u>

We highly recommend Precision Contracting Solutions, LP. We had an excellent experience working with Precision. Most importantly, our project was completed ahead of schedule. We would definitely utilize Precision for future projects.

**5.0  |  09-04-2018**

**Review by Sylvia R. in** <u>Washington, DC</u>

**Project:** <u>Remodel or Renovate One or More Rooms</u>

PCS re-did my staircase to the second floor of the house. Great quality of work and it looks fantastic. They were also willing to work within my budget. A great experience from beginning to end. Very professional. I will definitely work with them again in the future.

**5.0  |  06-12-2018**

**Review by John A.**

**Project: Renovate or Repair a Home**

Precision Contracting Solutions (PCS) repaired extensive damage to the exterior wall of my Washington, DC row house in April 2018. The entire team was professional, talented, and committed to first-rate work, which ranged from resealing a roof to reinforcing a 100-year-old decaying brick wall to restore the structural integrity of the house. However, it was their customer service that truly set PCS apart from other contracting firms we interviewed. Throughout the entire three-week project, the team - from the foreman to the owner - was available to discuss the work and preview next steps in the process. I would certainly recommend PCS to others who are looking for top-notch craftsmanship from a customer-focused team.

**5.0  |  12-11-2017**
**Review by Leo D. in Washington, DC**
**Project: Remodel a Basement**
Stevie and his crew at Precision Contracting Solutions really went beyond our expectations. We started with a simple and basic renovation of our second floor home and ending with a gem. The project was to turn our two smaller rooms into a master suite, add a laundry room in the hallway and install new wood floors, while still maintaining the charm of our 105 year old home. What Precision did was nothing but amazing, they brought back life into an area that was dull and cramped and showed the true charm of what our home was made of. One area of the renovation, was that they removed part of our ceiling to access the attic and expose windows that were otherwise just cosmetic to the exterior of the house and made them practical by bringing in more light to the bedroom and creating truly amazing aesthetics. This was done with impeccable craftsmanship and design. We were so impressed by their work we hired them to renovate our basement.

**5.0  |  12-10-2017**
**Review by Maurice W. in Washington, DC**
**Project: Remodel or Renovate One or More Rooms**
PCS Transformed my blah basement common area into a beautiful storage area. They also repaired plumbing issues and installed several electrical outlets and new led lights under my kitchen cabinets. Also painting. Great value, fantastic customer service. Highly recommended.

**5.0  |  11-02-2017**
**Review by Helen S. in Washington, DC**
**Project: Remodel or Renovate One or More Rooms**
I hired Precision to do a major renovation on my 100 year old house including adding on to the back of the house on the first and second floor, remodeling the kitchen, adding a second bath, refurbishing the front porch and reconfiguring the floorspace of the house. Working with Precision has been a phenomenal experience. They took the time to understand what mattered to me and were able to come up with a design for the house that maximizes the use of the space and will make the house infinitely more livable than it was before. Precision went the extra mile and worked to find out just how far they could expand the back of the house and figured out innovative solutions to expand the house further and yet meet DC building codes. Even better, their creativity in design has added elements to the house that add to the elegance of the house and will make it truly a showpiece home. Working with Precision has been a great experience, they are responsive and collaborative and a very professional company. I would recommend highly recommend Precision and recommend them to anyone looking to remodel/renovate their home.

**5.0  |  10-23-2017**
**Review by Dr gwendolyn T. in Washington, DC**

**Project:** Repair a Concrete Foundation

Another contractor said , our house had a foundation issue. We put the issue off. Finally called Precision Contracting Solutions. We received prompt same day service. I must say, Steve assured me we didnt have a problem with the foundation of our house. *Saved us thousands of dollars...Good to know they're still honest people* . Oh, BTW. Yes I hired them &#128525;

**5.0   |   10-04-2017**

**Review by Tonya H. in** Washington, DC

**Project:** Build a Garage

Precision tore down and then built a beautiful new garage for me. The quality was exceptional and the service was professional and collaborative. I felt secure in my decision to hire Precision every step of the way. They *will be my go to builders from here on out.*

**5.0   |   09-30-2017**

**Review by Charles X. in** Washington, DC

**Project:** Remodel or Renovate One or More Rooms

I hired Precision Contracting Solutions to repair the water damage of the upper back portion of my elder sister's home. Their estimator was thorough, straightforward, cordial and considerate to our family needs. They were very considerate on the pricing of the project. After the demo it there was considerable water damage to the masonry,framing, joists and flooring in the back of the house. Working to develop a scope of work that both met our construction goals and budget restrictions without cutting corners was a win-win situation. I want tell you that after the punch-out was completed we were very satisfied with the work completed. I would definitely hire Precision for my next project.

**5.0   |   05-26-2017**

**Review by Yvonne W.**

*Project: Remodel a Kitchen*

He's already done 3 projects for me and it's great!

**5.0   |   02-09-2017**

**Review by Lincoln A. in** Washington, DC

**Project:** Repair Structural Problems with Steel Beams

0 of 1 users found this review helpful.

**5.0   |   11-17-2016**

**Review by St. elmo C. in** Washington, DC

**Project:** Repair Structural Problems with Steel Beams

Great to work with, very skilled, very flexable. Would definitely use them again for future projects.

**5.0   |   11-13-2016**

**Review by Melissa C. in** Washington, DC

*Project: Remodel or Renovate One or More Rooms*

We hired Derrick, Stevie, and Precision to renovate the majority of our house. They did outstanding work from beginning to end. Precision installed a brand-new kitchen and master bathroom, reconfigured other rooms to get the most out of our space, installed new hardwood floors throughout, and added two new staircases. The

Precision team was responsive, creative, and dependable. Our house feels like an entirely new (and better) place! We were thrilled with the quality and value we received, and highly recommend Precision.

**5.0**  |  10-20-2016
**Review by Brenda J. in** Washington, DC
**Project:** Renovate or Repair a Home
Project still in progress, but very satisfied with how it is coming together.

**5.0**  |  09-23-2016
**Review by Tao N. in** Washington, DC
**Project:** Remodel a Basement
1.Good customer care, responsiveness, with a network of designers and contractors guiding you through the project. Their network of contractors allowed me to get a number of things at cost. 2. Scope of work: Transform old basement into a modern one-bedroom basement apartment 3. Design. Precision's team of engineers and architects provided a number of different deigns based on my input. 4. Permits and inspections. They took care of all the inspections. 5. Demolition. The demolition took less than a couple of days. 6. Basement dig out. They were able to lower the basement floor to get past the 7-foot ceiling regulation in a week. 7. Kitchen and Bathroom. Precision has a network that allowed me to work with kitchen and bathroom designers, who provided a number of 3-D rendering. As a part of the deal with Precision, I got the supplier price for the bathroom and kitchen cabinets and other deals.
**Response by :** This was a great job and well done

2 of 2 users found this review helpful.

**5.0**  |  09-03-2016
**Review by Gretchen B. in** Washington Dc, DC
**Project:** Remodel or Renovate One or More Rooms
We hired Precision to convert our garage into a mudroom and to renovate our laundry room. They did excellent floor tile work as well as beautiful carpentry. In addition to custom shelving, several custom benches were constructed. The end result is a stunning entry way with a crystal flushmount in what was before a cement garage. The laundry room is also more of a pleasant place to be with the new black and white tiling, yellow walls, new lighting, shelving and fresh sink. Precision definitely has skilled craftsman on their team.

**5.0**  |  08-25-2016
**Review by Marci G. in** Washington, DC
**Project:** Renovate or Repair a Home
As a busy Washingtonian, Precision was extremely compatible with my schedule. They were spot on in terms of the schedule they promised and lived up to their name in terms of the quality of their work. I'll hire them again in a heartbeat!

**5.0**  |  05-08-2016
**Review by Yvonne W. in** Washington, DC
**Project:** Install or Completely Replace Vinyl Siding
I give Precision Contracting Solution an A+ on my project. I have a three story row house in the historic Adams Morgan district in NW Washington DC and Precision performed a major restoration to the front of my home. I have received numerous compliments on the finished product, which is beautifully crafted with extreme

attention to detail. Derrick and his team also did structural concrete repairs on the front entry of my home and fixed a nagging electrical problem that had been ongoing for years. I would highly recommend Precision to others potential clients without hesitation. Precision is a company that honors its word. I look forward to the possibility of working with Precision on another major project in my home.

5.0  |  04-07-2016
**Review by Brooke M. in Washington, DC**
**Project: Install a Brick, Stone or Block Wall**
Hired to replace a severely damaged retaining wall in front of our house. They were extremely professional and despite city delays in permits performed the work in record time. Derrick was incredibly responsive to any concerns and even helped with last minute modifications. I would not hesitate to hire this company again.

5.0  |  04-01-2016
**Review by a homeowner in Washington, DC**
**Project: Remodel or Renovate One or More Rooms**
Job completed
**Response by :** Precision is very proud of this completed project.

1 of 2 users found this review helpful.

5.0  |  01-02-2016
**Review by Lisa B. in Washington, DC**
**Project: Renovate or Repair a Home**
We are extremely pleased and grateful to Precision Contracting for the outstanding job that was performed on our home.  The rear addition to our house had water and structural problems in several areas. Precision diagnosed the problems and came up with cost effective solutions and delivered a great finished product.  We interviewed several contractors and ultimately went with Precision.  They worked every day until completion, communicated professionally about the progress of the job, and we are thrilled with the finished product. We would recommend them without hesitation to anyone.

5.0  |  10-05-2015
**Review by Brett S. in Washington, DC**
**Project: Build a Garage**
Precision Contracting Solutions was responsive in every aspect and the quality of their work was top shelf. They did all of the design drawings, obtained all of the permits in conformance with DC code, and completed the project in a timely manner. Great job!

5.0  |  09-17-2015
**Review by Olusoji A. in Washington, DC**
**Project: Install Concrete Driveways & Floors**
The project consisted of a driveway and apron for my home. I got several estimates and was careful to check references in the search for quality and a professional work ethic. PCS delivered and earned this rating. I would use them again for other projects in the future. I highly recommend Derrick and his company.

2 of 2 users found this review helpful.

**5.0   |   08-05-2015**

*Review by Jonathan B. in <u>Washington, DC</u>*

**Project: <u>Repair a Concrete Foundation</u>**

I had a very pleasant experience with Derrick at Precision. He was very knowledgable and helpful in helping *me decide the best way to approach the repair that I needed.* Derrick was on-time, and I would definitely recommended his services to someone else.

2 of 2 users found this review helpful.

**5.0   |   07-16-2015**

**Review by Art C. in <u>Washington, DC</u>**

**Project: <u>Build an Addition</u>**

I am a retired Marine Colonel who demands reliability, focus, and honor when doing business. Precision Contracting Solutions met those standards in the execution of my project, which consisted of a side porch *conversion into a room addition for my recently purchased home in N.W. Washington D.C.* The attention to detail reflected the highest level of quality and care by making the addition look as if it was built when the house was built, thus maintaining the historic architectural value of my property. From the development of the preliminary design to tweaking that design, to the actual execution of the project, Precision met - and in some cases - exceeded my expectation. The owner and his design team were always accessible at all times for questions and were highly respectful throughout. My wife and I would highly recommend them.

4 of 4 users found this review helpful.

**5.0   |   06-23-2015**

*Review by Amar M. in <u>Washington, DC</u>*

**Project: <u>Build an Addition</u>**

Derrick and Precision were great to work with. They listened to your ideas and thoughts and offered solutions to make things work. If some idea of yours was not possible, they offered alternatives and did not force anything upon me, the consumer. I will definitely be hiring them again for my rooftop addition! Would highly recommend this company to friends and others.

2 of 2 users found this review helpful.

**5.0   |   06-20-2015**

*Review by Zofia B. in <u>Washington, DC</u>*

**Project: <u>Install Concrete Patios, Walks and Steps</u>**

It was a big job, and PCS got it done quickly, all the while making sure that everything got done right. Bosses and crew alike take pride in the high quality of their work. They go out of their way to make sure the client is always happy.

2 of 2 users found this review helpful.

**5.0   |   06-13-2015**

**Review by Lesego L. in <u>Washington, DC</u>**

**Project: <u>Remodel a Basement</u>**

I am a senior citizen and a woman and handle all of my own affairs. I must say that Precision Contracting did an amazing job for me. I had a lot of work done in my basement and rear yard They were honest reliable and respectful at all times. They did everything in the contract and more. They even gave me a senior citizens discount at the completion of the job and purchased and installed an air conditioner and put furniture together for me that was not in the contract at no charge. I highly recommend Precision.

1 of 1 users found this review helpful.

5.0  |  06-08-2015
**Review by Angela A. in Washington, DC**
**Project: Remodel or Renovate One or More Rooms**
PCS did an excellent job, specially for stone work, iron railing and Coppola.

1 of 1 users found this review helpful.

5.0  |  05-13-2015
**Review by Deborah V. in Washington, DC**
**Project: Remodel or Renovate One or More Rooms**
I am very happy with the design and construction services provided by Precision Contracting Solutions. My project included a floating architectural staircase, the removal of walls, new hardwood flooring, custom wrought iron railings, and designer paint finishes. Everyone in Derrick???s company was always respectful, professional, and trustworthy and I would highly recommend Precision to anyone for design/build services.

1 of 1 users found this review helpful.

5.0  |  01-13-2015
**Review by a homeowner in Washington, DC**
**Project: Remodel a Basement**
Everything has been great and will definitely recommend him to friends and family.

1 of 1 users found this review helpful.

5.0  |  01-03-2015
**Review by David C. in Washington, DC**
**Project: Install Concrete Patios, Walks and Steps**
Derrick and his staff are all incredibly professional and have great attention to detail. Negotiating the scope of work through total execution was a very simple and transparent process. I am currently having Derrick conduct a bathroom revision and have recommended him to many friends in need of superior general contracting services.

5.0  |  12-21-2014
**Review by Lara I. in Washington, DC**
**Project: Remodel a Basement**
We had a major project that included converting our basement into a rentable apartment. Precision???s design build team has been a blessing to our family. We contracted the first phase of the heavy construction

with them that also included the design and building permits. They did a wonderful job and did so in a timely manner and within budget. The owner Derrick, as well as his workers and supervisors, were always polite and respectful to us and our neighbors and the workmanship was top shelf. We have now entered into a second contract with them to complete the project, including a front entrance to the basement and completely finishing the apartment. Based upon the work they have done so far and how easy they have been to work with, we highly recommend Precision

1 of 1 users found this review helpful.

**5.0  |  12-08-2014**
**Review by a homeowner in <u>Washington, DC</u>**
**Project: <u>Build a Garage</u>**
I would like to thank Home Advisors for linking me to Precision Contracting Solutions. The design build services were on the highest quality, They worked weekends and even on Sunday to finish the project on time. The are honest and you can trust what they say. I am letting them photograph my project to post the pictures for my neighbors to see. I would recommend this company to any and all of my fellow D.C. residents.

**5.0  |  08-02-2014**
**Review by Roberta C. in <u>Washington, DC</u>**
**Project: <u>Install or Completely Replace Vinyl Siding</u>**
They did a great job and were very careful. This was a vinyl repair and plumbing repair and they did a great job.

1 of 1 users found this review helpful.

**5.0  |  05-27-2014**
**Review by Deleon W. in <u>Washington, DC</u>**
**Project: <u>Waterproof a Basement or Foundation</u>**
It was a consultation on waterproofing for my home. Honest, concise, will solve the problem for me, everything he told me in comparison to other companies included solutions that will work just as well or better than those that would cost more money.

1 of 1 users found this review helpful.

**5.0  |  05-21-2014**
**Review by Marco B. in <u>Washington, DC</u>**
**Project: <u>Build a Garage</u>**
Derrick went above and beyond to create what is easily the best looking garage on the block. In addition, he took care of the surrounding neighbors issues, and concerns so that the whole neighborhood was happy. I plan on using his company again immediately to remodel the basement.

1 of 1 users found this review helpful.

**5.0  |  05-18-2014**
**Review by Aryana K. in <u>Washington, DC</u>**
**Project: <u>Repair Structural Problems with Steel Beams</u>**

Derrick and his staff were extremely professional, easy to work with, and their work was of high quality. I would definitely recommend them. There were no hidden costs or fees.

1 of 1 users found this review helpful.

**5.0  |  03-14-2014**
**Review by Odessa W. in Washington, DC**
**Project: Build or Replace a Deck or Non-Masonry Porch**
Derrick and his staff was truly professional and their work ethic is untouchable. He completely followup and answers any and all questions his team is very competent and maintain a very professonal manner when addressing concerns. I was very indecisive about what type of room I wanted; but Derrick and his team designed the perfect SUNROOM/DECK the design was exact;ly as I requested. A magnificant job upon completion. As a homeowner I will surely use their services for other projects.

3 of 3 users found this review helpful.

**5.0  |  11-22-2013**
**Review by Dorothy J. in Washington, DC**
**Project: Renovate or Repair a Home**
I would highly recommend Precision Contracting Solutions. My mother is 92 years old and needed a variety of repairs done to her house. I contacted HomeAdvisors, and through them, I found Precision Contracting Solutions. It was wonderful to learn that Precision had such great respect for the elderly. Not only did they do a fantastic job in a timely manner, they made the whole process hassle-free and gave my mom a meaningful senior citizen discount. The work was top-quality and the positive experience.

3 of 3 users found this review helpful.

**5.0  |  10-28-2013**
**Review by Jacqueline A. in Washington, DC**
**Project: Brick or Stone Tuck-Pointing**
Derrick and his team were very competent and professional. They were willing to answer all of our questions. The brick work and tuck-pointing was a fine job at completion. I am considering this company for other projects.

1 of 1 users found this review helpful.

**5.0  |  09-14-2013**
**Review by Vallaria M. in Washington, DC**
**Project: Install or Replace Exterior Trim**
Derrick and his team did a great job on the siding of my house, and I would hire them againg.

**5.0  |  08-23-2013**
**Review by Sam S. in Washington Dc, DC**
**Project: Install or Replace Metal Stairs and Railings**

Derrick and his team did an outstanding job and completed the project on time and on budget. They are competent, creative and very professional. I am extremely happy with the results and have recommended Precision Contracting Solutions to friends and family. I will hire them again for my next project.

**5.0 | 07-16-2013**

**Review by Julian T. in Washington, DC**

**Project: Soundproof a Room or Window**

Derrick and Julio were always very responsive and accommodating to my requests, they showed genuine care and strived to provide excellent customer service. I made additional requests to the original contract and they were always ready to change the schedule to accommodate my requests accordingly, I would definitely recommend them!

**5.0 | 05-20-2013**

**Review by Victoria T. in Washington, DC**

**Project: Install Concrete Patios, Walks and Steps**

Derrick is very fast to respond and will work with you on the project. If he sees a different way to do something he will suggest it. In this instance I went along with his suggestion but after looking at what needed to be done, I decided that the project needed to go back to the way that I had first suggested. This was told to him on the first day of work and he did not gripe or anything but just said if that is what you want then that is what you get. I needed a landing with stairs and I do have to say I was not expecting what I got but it was a very good job and would suggest him to anyone who needs the same type of work done.

2 of 2 users found this review helpful.

**5.0 | 03-02-2013**

**Review by Nancy W. in Washington, DC**

**Project: Remodel a Bathroom**

We are 100% satisfied with the bathroon remodel. They very honest, friendly and trustworthy. Their attention to detail, quality and workmanship is first class. The results exceeded our exspectations.

1 of 1 users found this review helpful.

# EXHIBIT 2

**Ed Lyle**

| | |
|---|---|
| **From:** | Derrick Sieber [derrick.precision@gmail.com] |
| **Sent:** | Wednesday, August 07, 2019 3:31 PM |
| **To:** | HomeAdvisor |
| **Subject:** | Home Improvement Salespersons' License Renewal Issued by DCRA Today |
| **Attachments:** | HIS license.pdf |

Dear HomeAdvisor, Corrine, The President of HomeAdvisor, & All of the Board of Directors at HomeAdvisor

Please find attached my new salespersons' license that was issued by DC's Department Of Consumer & Regulatory Affairs (DCRA) this afternoon. Please immediately restore my account. Despite the baseless lawsuit that was filed against my company by the Attorney General's Office here in Washington DC last week, the DC government agency that oversees the issuance of licenses, DCRA, has issued my newly renewed license today. Certainly if DCRA is not taking these outrageously false accusations seriously, neither should HomeAdvisor. Representatives from HomeAdvisor have contacted me several times in the last couple of weeks to get a copy of the license renewal and I AM NOW providing the license that was issued today and is attached.

PLEASE RESTORE MY ACCOUNT IMMEDIATELY. I look forward to your prompt response.

I have an outstanding reputation servicing DC consumers as illustrated by the **54 "verified 5-star ratings"**; more than any other DC contractor on your platform alone. I have had an uninterrupted A+ rating with the BBB for almost 10 years. I have been a loyal HomeAdvisor member for over 7 years and have paid you close to $250,000 over the course of our relationship until you shadow-banned me yesterday over completely bogus, unfounded, and unsubstantiated accusations. We live in a country where we all are entitled to the presumption of innocence, the right to due process, and the right to seek from the government redress for grievances. I will have my day in Court and will defeat these baseless accusations. Please do not prejudice me by scrubbing your platform clean of any mention of my company. Please do not simply take all of the content down that I work so hard for over 7 years to establish and of which so many homeowners that went to HomeAdvisor and relied upon and are pleased with us for. The AG's Office is under intense political pressure to cover up criminal activity by their office. Their lead investigator, Timothy Shirey, broke into my attorneys private residence to serve a copy of the lawsuit in question. There's been a police report filed on the incident, declarations from witnesses that saw it happen are before the Court, and irrefutable video support of this allegation exists and will be released publicly in the near term. My point in all of this is this:

1. Do not be judge, jury, and executioner of Precision Contracting Solutions by shadow-banning all of my content from your website. Let the Courts do their job and render judgement through trial, evidence, witnesses, and a jury of my piers.

2. We are counter-suing the AG's Office on multiple causes of action that will be filed with the Court in the coming weeks.

3. The AG's complaint fails to even list any names of consumers allegedly harmed in their bogus complaint.

4. Standup for your loyal members. If they take notice of this injustice your levying upon me, IT WILL backfire on HomeAdvisor both politically and legally when this matter is put before the Court on an emergency basis.

5. Don't cower to a malicious, rogue AG's Office that plays loose and fast with the rules and the law and is purely driven by a political agenda; you have NO allegiance to their out-of-control and criminal conduct.

Please restore my content. Its the fair and right thing to do. Whoever receives this email, please forward this to all of the leadership at HomeAdvisor. Corrine at HomeAdvisor won't even give me her last name or even her HomeAdvisor email address, much less the email addresses of people in the leadership structure. My new license is attached.

Finally, I have been in contact with my legal team who will immediately go to the Court to file for a Temporary Restraining Order and long-term injunctive relief if my content is not restored in 24 hours. Furthermore, we will instantly file litigation against HomeAdvisor and individual HomeAdvisor Board Members, including Angie Hicks - who is no stranger to litigation with my father, Stephen Sieber. The lawsuit will seek damages for defamation and tortious interference with business relations and issue a press release through PR Newswire and other media outlets about the knee-jerk reaction of HomeAdvisor without any findings of fact, conclusions of law, or dispositive judgement from the Court. You are also interrupting the 1st amendment rights of those well-intentioned DC residents who posted honest reviews of their experiences with the quality, value, and performance of Precision. Six of those 5-star rating homeowners so far have already agreed to sign on to the lawsuit expressing their outrage with HomeAdvisor.

You have 24 hours to do the right thing here or legal action will ensue. Newly renewed License attached.

Respectfully

--
Derrick Sieber
Owner
Precision Contracting Solutions, LP
202-302-1990

2

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

PRECISION CONTRACTING
SOLUTIONS, LP, et al.

      v.                                      Case No. _____

ANGI HOMESERVICES, INC., et al.

**DECLARATION OF EDWARD W. LYLE**

I, Edward W. Lyle, declare as follows:

1.        I am counsel for Plaintiffs Precision Contracting Solutions, LP and

Carolyn Torsell in the above-referenced matter.

2.        Attached to this Declaration are the following five exhibits:

Exhibit No. 1 - A Memorandum Opinion dated February 26, 2019 in <u>Seibert v.</u>

<u>Precision Contracting Solutions, LP</u> (D.D.C., February 26, 2019 (Collyer, J.).

Exhibit No. 2 - Home Advisor Terms and Conditions (for consumers), as

currently appearing on the internet at *www.homeadvisor.com.*

Exhibit No. 3 - Home Advisor Terms and Conditions (for Service Providers),

as currently appearing on the internet at *https://pro.homeadvisor.com/terms/terms-conditions.*

Exhibit No. 4 - Angie's List Terms of Use (for consumers), as currently appearing

on the internet at *www.angieslist.com.*

Exhibit No. 5 - Angie's List Service Provider's User Agreement, as currently

appearing on the internet at *Agreementhttps://vault.pactsafe.io/s/a84ad12b-7245-4a12-9fc5*

*2011a3bf4d62/legal.html#contract-hkgqxfs6e.*

*Precision Contracting Solutions, LP, et al. v*
 *ANGI Homeservices, Inc., et al.*
Declaration of Edward W. Lyle
Page Two

3.      I hereby certify that the documents contained in all exhibits listed in Paragraph 2

immediately above are true and correct copies of such documents as I have taken them from their

designated addresses on the internet.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed at Washington D.C. this ⁄7__ day of September 2019.

Edward W. Lyle

# EXHIBIT 1

# EIBERT v. PRECISION CONTRACTING SOLUTIONS, LP

Email | Print | Comments (0)
Civil Action No. 18-818 (RMC).

- View Case
- Cited Cases

MICHAEL SEIBERT, Plaintiff, v. PRECISION CONTRACTING SOLUTIONS, LP, et al., Defendants.

United States District Court, District of Columbia.

February 26, 2019.

**Editors Note**
Applicable Law: 28 U.S.C. § 1332
Cause: 28 U.S.C. § 1332 Diversity - Contract Dispute
Nature of Suit: 190 Contract: Other
Source: PACER

*Attorney(s) appearing for the Case*

MICHAEL SEIBERT, Plaintiff, represented by Timothy B. Hyland , HYLAND LAW PLLC.

PRECISION CONTRACTING SOLUTIONS, LP & DERRICK SIEBER, Defendants, represented by Edward West Lyle , LAW OFFICE OF EDWARD W. LYLE.

## MEMORANDUM OPINION

**ROSEMARY M. COLLYER,** *District Judge.*

Michael Seibert seeks a stay of arbitration demanded by Precision Contracting Solutions, LP and its sole owner and partner, Derrick Sieber, arising out of a construction contract dispute. Defendants both oppose the stay and move to dismiss for lack of subject-matter jurisdiction. Defendant Precision Contracting Solutions, LP also moves to dismiss for lack of personal jurisdiction due to insufficient service. Under the Federal Arbitration Act, the Court's authority is distinctly limited. Here, however, Mr. Seibert alleges that the arbitration clause in the

construction contract contains illegal and unconscionable terms that render it unenforceable. In such a case, the saving clause of the Federal Arbitration Act "allows courts to refuse to enforce arbitration agreements." *Epic Sys. Corp. v. Lewis*, 138 S.Ct. 1612, 1622 (2018). Because the Court finds that service was made and the arbitration clause is unconscionable and unenforceable, it will enter a stay of the arbitration and any award and will deny Defendants' motions to dismiss.

## I. FACTS

Michael Seibert and Precision Contracting Solutions, LP (PCS), signed a contract on December 8, 2017, by which PCS agreed to make certain upgrades to Mr. Seibert's residential property in Washington, D.C. Compl. [Dkt. 1] ¶ 6; *see also* Ex. 1, Compl., Precision Construction Contract (Contract) [Dkt. 1-1]. Mr. Seibert paid for most of the work but refused to make the last payment because the work was allegedly shoddy, incomplete, and performed without the necessary permits. See Compl. ¶¶ 11-15. PCS initiated arbitration to collect the unpaid balance of the Contract under the following clause:

Binding Arbitration: The parties to this contract agree that any and all disputes that cannot be settled in good faith by the parties shall be resolved through binding arbitration that is initiated under the Construction Industry Arbitration Rules of the American Arbitration Association (AAA) within 30 days of such dispute. No legal action may be initiated before the AAA or in any other arbitral or judicial forum against any director, officer, employee or agent of, or anyone else associated with, one of the principals to this contract in connection with any dispute related to this contract. The party's [sic] sole recourse under this contract shall be against each other before the AAA. If the parties do not file a claim with the AAA within the 30-day period stated herein, then all claims are barred from being brought by the parties in any and all legal forums. It is further agreed that the cost of binding arbitration shall be shared equally by PCS and the Client. It shall be clearly understood that any disputes that may arise are confidential with no public comment permitted in any form by either party relating to the dispute. The results of any Arbitration proceeding shall also be confidential with no public comment by either party permitted in any form relating to any award. The parties agree that any breach of this provision shall constitute a willful breach of contract.

Contract at 3. The Contract was signed by Derrick S. Sieber, "Owner, Precision Contracting Solutions," and Mr. Seibert. *See id.* at 4.

Mr. Seibert sued PCS, Derrick Sieber, and Stephen Sieber[1] on April 10, 2018, seeking a declaratory judgment that the arbitration clause is unenforceable and raising claims of fraud in the inducement, reformation, breach of contract, and unlawful trade practices. See Compl. ¶¶ 17-43. Mr. Seibert moved to stay the arbitration initiated by PCS on the same day. Mot. to Stay Arbitration [Dkt. 2]; Mem. of P. & A. in Supp. of Mot. to Stay Arbitration (Stay Mem.) [Dkt. 2-1]. Defendants oppose. Opp'n of Defs. to Pl.'s Mot. to Stay [Dkt. 34].

Multiple procedural motions have been filed. The Clerk of Court entered default against PCS after Mr. Seibert filed a motion alleging that PCS had been served and failed timely to answer or otherwise respond. *See* Mot. for Entry of Default as to PCS [Dkt. 8]; Clerk's Entry of Default as

to PCS [Dkt. 9]. PCS moves to vacate the Clerk's entry of default and argues it had not been properly served. Mot. to Vacate Clerk's Entry of Default [Dkt. 11].[2] That motion is fully briefed.

Additionally, both Defendants separately moved to dismiss for lack of subject-matter jurisdiction. Mot. of Def. Derrick S. Sieber to Dismiss or Stay this Proceeding for Lack of Subject-Matter Jurisdiction (D. Sieber MTD) [Dkt. 14]; Mot. of Def. PCS to Dismiss this Proceeding for Lack of Subject-Matter Jurisdiction (PCS MTD) [Dkt. 24].[3] Both motions are ripe for review.

## II. LEGAL STANDARDS

### A. Federal Arbitration Act

The Federal Arbitration Act (FAA), 9 U.S.C. § 1 et seq., states the direction of Congress that "federal courts [are] to enforce arbitration agreements according to their terms. . . ." Epic Sys., 138 S. Ct. at 1619. Section 2 of the FAA makes arbitration agreements "valid, irrevocable, and enforceable." 9 U.S.C. § 2. Section 2 also provides a "saving clause [that] allows courts to refuse to enforce arbitration agreements 'upon such grounds as exist at law or in equity for the revocation of any contract.'" Epic Sys., 138 S. Ct. at 1622 (quoting 9 U.S.C. § 2). The saving clause "permits agreements to arbitrate to be invalidated by generally applicable contract defenses, such as fraud, duress, or unconscionability." Id. (quoting AT&T Mobility LLC v. Concepcion, 563 U.S. 333, 339 (2011)).

The saving clause of Section 2 of the FAA has been given a limited reading by the Supreme Court.

[I]f the claim is fraud in the inducement of the arbitration clause itself—an issue which goes to the 'making' of the agreement to arbitrate—the federal court may proceed to adjudicate it. But the statutory language does not permit the federal court to consider claims of fraud in the inducement of the contract generally. . . . We hold, therefore, that in passing upon [an FAA] § 3 application for a stay [of litigation] while the parties arbitrate, a federal court may consider only issues relating to the making and performance of the agreement to arbitrate.

Prima Paint Corp. v. Flood & Conklin Mfg. Co., 388 U.S. 395, 403-04 (1967); see also Kindred Nursing Ctrs. Ltd. P'ship v. Clark, 137 S.Ct. 1421, 1426 (2017) ("A court may invalidate an arbitration agreement based on 'generally applicable contract defenses' like fraud or unconscionability, but not on legal rules that 'apply only to arbitration or that derive their meaning from the fact that an agreement to arbitrate is at issue.'") (quoting Concepcion, 563 U.S. at 339).

Because they direct the Court's analysis, the relevant sections of the FAA are quoted in full below:

§ 2: A written provision in . . . a contract evidencing a transaction involving commerce to settle by arbitration a controversy thereafter arising out of such contract or transaction . . . shall be valid, irrevocable, and enforceable, save upon such grounds as exist at law or in equity for the

revocation of any contract. § 3: If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had. . . . § 4: A party aggrieved by the alleged failure, neglect, or refusal of another to arbitrate under a written agreement for arbitration may petition . . . for an order directing that such arbitration proceed in the manner provided for in such agreement. . . . The court shall hear the parties, and upon being satisfied that the making of the agreement for arbitration or the failure to comply therewith is not in issue, the court shall make an order directing the parties to proceed to arbitration. . . . If the making of the arbitration agreement or the failure, neglect, or refusal to perform the same be in issue, the court shall proceed summarily to the trial thereof. If no jury trial be demanded by the party alleged to be in default, . . . the court shall hear and determine such issue. § 9:. . . If no court is specified in the agreement of the parties [to confirm an award], then such application may be made to the United States court in and for the district within which such award was made. . . . § 16 (a) An appeal may be taken from — (1) An order — (A) refusing a stay of any action under section 3 of this title, (B) denying a petition under section 4 of this title to order arbitration to proceed, (C) denying an application under section 206 of this title to compel arbitration, (D) confirming or denying confirmation of an award or partial award, or (E) modifying, correcting, or vacating an award; . . . (b) Except as otherwise provided. . ., an appeal may not be taken from an interlocutory order — (1) granting a stay of any action under section 3 of this title; (2) directing arbitration to proceed under section 4 of this title; (3) compelling arbitration under section 206 of this title; or (4) refusing to enjoin an arbitration that is subject to this title.

9 U.S.C. §§ 2, 3, 4, 9, 16.

The FAA creates a strong presumption in favor of enforcing arbitration agreements and "any doubts concerning the scope of arbitrable issues should be resolved in favor of arbitration." *Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 24-25 (1983). However, parties cannot be forced into arbitration to which they have not agreed. See AT&T Techs., Inc. v. Commc'ns Workers of Am., 475 U.S. 643, 648-49 (1986). Courts have the authority to decide whether the parties are bound by a given arbitration clause. *See Howsam v. Dean Witter Reynolds, Inc.*, 537 U.S. 79, 84 (2002) (holding that, absent the parties' clear agreement otherwise, "a gateway dispute about whether the parties are bound by a given arbitration clause raises a question of arbitrability for a court to decide") (internal quotation omitted).

**B. Motion to Stay Arbitration**

A motion to compel arbitration pursuant to § 4 of the FAA is evaluated through the summary judgment standard of Federal Rule of Civil Procedure 56, "as if it were a request for 'summary disposition of the issue of whether or not there had been a meeting of the minds on the agreement to arbitrate.'" *Aliron Int'l, Inc. v. Cherokee Nation Indus., Inc.*, 531 F.3d 863, 865 (D.C. Cir. 2008) (citations omitted). Although motions to stay arbitration proceedings are not specifically addressed in § 4, the analysis is essentially the same as a motion to compel because the argument that "no agreement to arbitrate was entered . . . effectively raises the issue whether there was a

meeting of the minds on the agreement to arbitrate." *Booker v. Robert Half Int'l, Inc.,* 315 F.Supp.2d 94, 99 (D.D.C. 2004), aff'd, 413 F.3d 77 (D.C. Cir. 2005); *see also Bensadoun v. Jobe-Riat,* 316 F.3d 171, 175 (2d Cir. 2003) ("[T]he summary judgment standard is appropriate in cases where the District Court is required to determine arbitrability, regardless of whether the relief sought is an order to compel arbitration or to prevent arbitration.").

Summary judgment shall be granted "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). A fact is "material" if it is capable of affecting the substantive outcome of the litigation. *See Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 248 (1986). A dispute is "genuine" if there is sufficient admissible evidence such that a reasonable jury could return a verdict for the non-moving party. *See Scott v. Harris,* 550 U.S. 372, 380 (2007). The moving party bears the initial burden of showing the absence of a disputed material fact. *See Celotex Corp. v. Catrett,* 477 U.S. 317, 323 (1986). In determining whether there is a genuine issue of material fact which would preclude summary judgment, "[t]he evidence is to be viewed in the light most favorable to the nonmoving party and the court must draw all reasonable inferences in favor of the nonmoving party." *Talavera v. Shah,* 638 F.3d 303, 308 (D.C. Cir. 2011) (citing Anderson, 477 U.S. at 255). "The mere existence of a scintilla of evidence in support of the plaintiff's position will be insufficient" to avoid summary judgment. Anderson, 477 U.S. at 252.

### C. Motion to Dismiss — Personal Jurisdiction/Inadequate Service

Pursuant to Federal Rule of Civil Procedure 12(b)(5), "[i]f the plaintiff does not properly effect service on a defendant, then the defendant may move to dismiss the complaint. . . . Upon such a motion, the plaintiff carries the burden of establishing that he has properly effected service." *Hilska v. Jones,* 217 F.R.D. 16, 20 (D.D.C. 2003). Personal service of process (or waiver of service) is a prerequisite to the Court's exercise of personal jurisdiction over a defendant. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 350 (1999). The requirement is meant to ensure that defendants receive adequate notice of proceedings against them. *See Dusenbery v. United States,* 534 U.S. 161, 167 (2002). To satisfy the constitutional requirements, notice must be "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Mullane v. Cent. Hanover Bank & Trust Co.,* 339 U.S. 306, 314 (1950). Actual receipt of notice is constitutionally sufficient, though not required. *See United Student Aid Funds, Inc. v. Espinosa,* 559 U.S. 260, 272 (2010). In addition, service of process must satisfy the requirements imposed by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4.

### D. Motion to Dismiss — Subject Matter Jurisdiction

Pursuant to Federal Rule of Civil Procedure 12(b)(1), a defendant may move to dismiss a complaint, or any portion thereof, for lack of subject-matter jurisdiction. Fed. R. Civ. P. 12(b)(1). The party claiming subject-matter jurisdiction bears the burden of demonstrating that such jurisdiction exists. *See Khadr v. United States,* 529 F.3d 1112, 1115 (D.C. Cir. 2008). When reviewing a motion to dismiss for lack of jurisdiction under Rule 12(b)(1), a court must "assume the truth of all material factual allegations in the complaint and `construe the complaint liberally, granting plaintiff the benefit of all inferences that can be derived from the facts alleged.'" *Am.*

*Nat'l Ins. Co. v. FDIC,* 642 F.3d 1137, 1139 (D.C. Cir. 2011) (quoting *Thomas v. Principi,* 394 F.3d 970, 972 (D.C. Cir. 2005)). Nevertheless, "the court need not accept factual inferences drawn by plaintiffs if those inferences are not supported by facts alleged in the complaint, nor must the Court accept plaintiffs' legal conclusions." *Speelman v. United States,* 461 F.Supp.2d 71, 73 (D.D.C. 2006).

## III. ANALYSIS

### A. Jurisdiction and Motion to Vacate Default

The Court has subject-matter jurisdiction over this matter under 28 U.S.C. § 1332, as the claim arises between citizens of different states and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1). Mr. Seibert is a citizen of the District of Columbia, and Derrick Sieber, PCS's sole partner, is a citizen of Maryland as is, therefore, PCS. *See Carden v. Arkoma Assocs.,* 494 U.S. 185, 195-96 (1990) (finding a limited partnership is a citizen of the state or states of which its partners are citizens). Venue is proper in the District of Columbia because a substantial part of the events at issue occurred in the District because the home under renovation is located in the District. *See* 28 U.S.C. § 1391(b)(2).

PCS challenges this Court's personal jurisdiction over the partnership, arguing that improper service resulted in no personal jurisdiction. Mr. Seibert responds that service was completed by sending a copy of the summons and complaint via certified mail to Edward Lyle, PCS's registered agent, at his home, the registered office for PCS.

PCS is a partnership and must be served as defined in Federal Rule of Civil Procedure 4(h):

Unless federal law provides otherwise or the defendant's waiver has been filed, a domestic or foreign corporation, or a partnership or other unincorporated association that is subject to suit under a common name, must be served: (1) in a judicial district of the United States: (A) in the manner prescribed by Rule 4(e)(1) for serving an individual; or (B) by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and—if the agent is one authorized by statute and the statute so requires—by also mailing a copy of each to the defendant.

Fed. R. Civ. P. 4(h). Federal Rule of Civil Procedure 4(e)(1) provides that an individual may be served "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Fed. R. Civ. P. 4(e)(1). The District of Columbia Superior Court Rule of Civil Procedure for serving a partnership substantially embodies the Federal Rule of Civil Procedure:

Unless applicable law provides otherwise or the defendant's acknowledgment has been filed, a domestic or foreign corporation, or a partnership or other unincorporated association that is subject to suit under a common name, must be served: (1) in the United States: (A) in the manner prescribed by Rule 4(e)(1) for serving an individual; or (B) by delivering a copy of the summons, complaint, Initial Order, any addendum to that order, and any other order directed by the court to

the parties at the time of filing to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and if the agent is one authorized by statute and the statute so requires by also mailing a copy of each to the defendant.

D.C. R. R.C.P. Rule 4(h). District of Columbia Rule 4(c)(4) permits service on any defendant described in Rule 4(h), which includes a partnership like PCS, via registered or certified mail:

Any defendant described in Rule 4(e), (f), (h), (i), (j)(1), or (j)(3) may be served by mailing a copy of the summons, complaint, Initial Order, any addendum to that order, and any other order directed by the court to the parties at the time of filing to the person to be served by registered or certified mail, return receipt requested. . . .

D.C. R. R.C.P. Rule 4(c)(4). Rule 4 also details how service via registered or certified mail may be proved:

If service is made by registered or certified mail under Rule 4(c)(4), the return must be accompanied by the signed receipt attached to an affidavit which must specifically state: (i) the caption and number of the case; (ii) the name and address of the person who posted the registered or certified letter; (iii) the fact that the letter contained the summons, complaint, Initial Order, any addendum to that order, and any other order directed by the court to the parties at the time of filing; and (iv) if the return receipt does not purport to be signed by the party named in the summons, then specific facts from which the court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process set out in Rule 4(e). . . .

D.C. R. R.C.P. Rule 4(l)(1)(B). However, "[f]ailure to prove service does not affect the validity of service. The court may permit proof of service to be amended." D.C. R. R.C.P. Rule 4(l)(3).

Mr. Seibert filed an Affidavit of Service on May 14, 2018, stating under oath that a copy of the summons and complaint had been sent via certified mail on April 27, 2018 and that United States Postal Service records show that the "item was delivered to an individual at the address at 4:53 pm on May 2, 2018." Aff. of Service — PCS [Dkt. 5]. Additionally, counsel for Mr. Seibert received a voicemail from Stephen Sieber on May 3, 2018, which stated that Stephen Sieber accepted service of the summons delivered to Mr. Lyle's address. *See* Opp'n to Vacate at 2-3. Stephen Sieber is an adult living at the residence of Mr. Lyle and has also put himself forward to Mr. Seibert's counsel in the pending arbitration as Mr. Lyle's "co-counsel" for PCS. *Id.*

PCS submitted a declaration from Stephen Sieber in which he states that he believed the copy of the Complaint and summons delivered to PCS at Mr. Lyle's residence was intended for him personally and that when he accepted service via voicemail, he was accepting as an individual. Second Decl. of Stephen Sieber [Dkt. 17-1] ¶ 2. Mr. Sieber further declares that he put the documents aside and did not share them with Mr. Lyle until after default was entered against PCS. *Id.* ¶ 3. Mr. Sieber also denies having any employment or counsel relationship with PCS, *Id.* ¶ 5, which directly contradicts his statement in an email to counsel for Mr. Seibert. *See* Opp'n to Vacate at 2; *see also* Ex. 1, Opp'n to Vacate, Email from Stevie Marco (Stephen Sieber) to Timothy Hyland (S. Sieber Email) [Dkt. 15-1]. The Court accepts statements in briefs submitted for PCS by its counsel Edward Lyle because an officer of the Court is required to address the

Court with candor and the Court assumes that Mr. Lyle is abiding by that professional obligation. Mr. Sieber's statements about the delivery of the Complaint and summons—addressed to PCS but which he thought were intended for him personally—were made under penalty of perjury in his declaration. Nonetheless, it is evident from the information before the Court that at some point Mr. Sieber prevaricated. He either failed to speak the truth when he left a voicemail for Mr. Seibert's counsel accepting service and when he claimed in a written email that he was co-counsel for PCS, or he has prevaricated in his declaration to this Court, or both. Having no way to determine which statement is a falsehood, the Court finds that service on PCS was proper and attributes Mr. Sieber's confusion about the documents to PCS as good cause for its failure to appear timely. Therefore, the Court has personal jurisdiction over PCS. The Court will grant PCS's motion to vacate default and deny its motion to dismiss for lack of personal jurisdiction.[4]

## B. Motion to Stay

Mr. Seibert moves to stay the arbitration, arguing that the Contract was procured by fraud because PCS concealed the true identity of Stephen Sieber, who presented himself as Stevie Marco, the PCS professional designer. Because Mr. Seibert was unable to discover Stevie Marco's true identity, he was unaware that he was contracting with Stephen Sieber who "has been adjudicated to have committed fraud and dishonesty in the past," and with whom Mr. Seibert would never have agreed to contract. *See* Stay Mem. at 3. Mr. Seibert also argues that by concealing Stephen Sieber's identity, PCS violated District of Columbia Municipal Regulation, 16 DCMR § 808, which governs the mandatory contents of home improvement contracts and requires parties to include the names and license number of "salespersons who participated in negotiating the contract." 16 DCMR § 808.4.[5] However, under the FAA, the Court can only be concerned now with challenges specific to the enforceability of the arbitration clause. As Prima Paint makes clear, general complaints about the terms of the underlying contract do not obviate a written agreement to arbitrate. *See* Prima Paint, 388 U.S. at 403-04.

In addition to his general complaints, Mr. Seibert specifically challenges the arbitration provision itself. He contends: (1) that the 30-day limitations period to seek arbitration is "unreasonable, unenforceable, unconscionable, and void as against public policy" because its "practical effect" would bar Mr. Seibert from proceeding, "thereby destroying mutuality of obligation," Stay Mem. at 6-7; (2) that the bar against bringing actions against PCS partners directly "has the effect of barring any action by Mr. Seibert, and thereby again destroys mutuality of contract," *Id.* at 7; and (3) that the confidentiality mandate in the PCS arbitration clause is void and unenforceable under the Federal Trade Commission Act (FTCA), 15 U.S.C. § 45b. *Id.* at 7-8.[6]

The confidentiality mandate in the contract states:

It shall be clearly understood that any disputes that may arise are confidential with no public comment permitted in any form by either party relating to the dispute. The results of any Arbitration proceeding shall also be confidential with no public comment by either party permitted in any form relating to any award. The parties agree that any breach of this provision shall constitute a willful breach of contract.

Contract at 3. Arbitration agreements construed under the FAA "shall be valid, irrevocable, and enforceable, save upon such grounds as exist at law or in equity for the revocation of any contract." 9 U.S.C. § 2. Mr. Seibert argues that the confidentiality mandate in the PCS arbitration clause violates public policy as expressed in § 45b(b), which explicitly protects consumers' rights to communicate their opinions on work or services provided under a form contract and that the confidentiality mandate is, therefore, unenforceable. Stay Mem. at 7-8.[7]

Section 45b, upon which Mr. Seibert relies, is a section of the law that established the Federal Trade Commission and prevents unfair methods of competition. Section 45b explicitly protects consumer reviews related to the provision of goods and services when the consumer agrees to a form contract. *See* 15 U.S.C. § 45b(a)(2) (defining "covered communication"). The law defines a form contract as one with "standardized terms" that is "used by a person in the course of selling" his services and "imposed on an individual without meaningful opportunity for such individual to negotiate the standardized terms." *Id.* § 45b(a)(3)(A).[8] Congress has directed that "a provision of a form contract is void from the inception of such contract if such provision (A) prohibits or restricts the ability of an individual who is a party to the form contract to engage in a covered communication [or, as relevant] (B) imposes a penalty or fee against an individual who is a party to the form contract for engaging in a covered communication. . . ." *Id.* § 45b(b)(1). It is "unlawful for a person to offer a form contract containing a provision described as void in subsection (b)." *Id.* § 45b(c).

While § 45b is subject to enforcement by the Federal Trade Commission or the States, no private right of action is suggested. *See id.* § 45b(d) (enforcement by the Commission) and 45b(e) (enforcement by the States). Nonetheless, § 45b speaks clearly to the public policy of the United States. The Court also finds that there is no conflict between § 45b and the FAA since the broad confidentiality condition in the contract under review is neither "fundamental" to arbitration, Concepcion, 563 U.S. at 339, nor consistent with the public nature of federal court dockets, except in limited instances which do not apply, should an award need confirmation. See LCvR 5.1(h)(1) ("Absent statutory authority, no case or document may be sealed without an order from the Court."); LCvR 5.4(f) (requiring parties to exclude personal identifiers such as Social Security numbers, names of minor children, dates of birth, and financial account numbers from filings with the Court).

It appears that PCS and Derrick Sieber mean every word of the confidentiality provision and it is no small part of the arbitration clause in the contract. Mr. Seibert cites *Toland v. Derrick Sieber, et al.,* D.C. Superior Court, Case No. 16-6458, a suit in which Lamar Toland sought confirmation of an arbitration award against Derrick and Stephen Sieber. PCS responded with a counterclaim against Mr. Toland, the Law Firm of Bar-Adon & Vogel which was representing Mr. Toland, and the Law Firm's individual attorneys in a motion to vacate the arbitration award for "intentionally violating the confidentially [sic] provision in the contract." Opp'n to D. Sieber MTD at 13; *see also* Ex. C, Opp'n to D. Sieber MTD, D. Sieber Toland Counterclaim [Dkt. 16-3] at 37. Because the FAA permits a clause to be voided for any reason in law or in equity, and the relevant facts surrounding the arbitration clause and confidentiality agreement are not in dispute, the Court finds that violation of § 45b provides an equitable and public policy reason to void the arbitration clause in the contract between Mr. Seibert and PCS.

The arbitration clause further bars any legal action against "any director, officer, partner, employee or agent of, or anyone else associated with, one of the principals to this contract." Contract at 3. Mr. Seibert argues that "[t]his sentence purports to, in effect, change PCS to a corporation, and to insulate its partner from liability, even for fraud." Opp'n to D. Sieber MTD at 14. Contrary to the expansive protection of the arbitration clause, Derrick Sieber is a necessary party to any claim against the partnership, such as an effort to confirm an arbitration award. *See Country Club Assocs. Ltd. P'ship v. FDIC*, 918 F.Supp. 429, 438-39 (D.D.C. 1996) ("The settled rule in the District of Columbia is that a partnership is not a jural entity capable of suing or being sued. Therefore, individual partners have been held to be proper and perhaps necessary plaintiffs in any lawsuit brought by a partnership."). Mr. Seibert emphasizes that the arbitration clause attempts to make it impossible for him to bring a valid claim against PCS, including for fraud, because Derrick Sieber would be required by law to be a party to any lawsuit against PCS, but the contract with PCS prohibits suing Mr. Sieber. *See Mero v. City Segway Tours of Washington DC, LLC*, 962 F.Supp.2d 92, 97 (D.D.C. 2013) (noting that a prospective waiver of tort liability is unenforceable in D.C. unless clearly and unambiguously stated and only to the extent conduct is not grossly negligent, reckless, or intentional). As with the confidentiality provision, Defendants state that this portion of the arbitration clause is indispensable. *See* Pl.'s Suppl. Info, Aug. 1, 2018 email from Defendants' counsel to AAA [Dkt. 28-1] (stating that "the disputes provision of Mr. Seibert's contract with PCS prohibits any attempt to join in the arbitration any individual associated with either of the parties therein. . . . PCS would not have entered into that contract with Mr. Seibert if that disputes provision and its protections for individual personnel had not been included in the contract"). This provision in the arbitration clause is also undisputed and weighs in favor of its unconscionability.

## C. Motion to Dismiss

Defendants insist that since the contract contains an arbitration provision, the Court is required to dismiss Mr. Seibert's Complaint for lack of subject-matter jurisdiction. However, the arbitration provision in the contract does not divest the Court of subject-matter jurisdiction to determine whether the parties must submit their claims to arbitration. *See Nelson v. Insignia/ESG, Inc.*, 215 F.Supp.2d 143, 146 (D.D.C. 2002). As the above discussion of the FAA, FTCA § 45b, and Mr. Seibert's arguments demonstrates, while arbitration is generally preferred, courts may review the validity of an arbitration agreement. *Epic Sys.*, 138 S. Ct. at 1622 (noting the saving clause "permits agreements to arbitrate to be invalidated by generally applicable contract defenses, such as fraud, duress, or unconscionability") (citation omitted).

Derrick Sieber advanced numerous additional arguments, which PCS adopted in full. *See* PCS MTD at 4 ("Defendant PCS now adopts all arguments that Derrick Sieber has made in [his] filings and makes them part of this Motion."). Mr. Seibert's additional arguments are that: (1) the parties intended to arbitrate "any and all disputes" and a valid arbitration has been initiated, D. Sieber MTD at 5-6; (2) there is no basis to revoke or reform the contract, *Id.* at 6-7; (3) once arbitration is underway, questions of arbitrability belong to the arbitrator, D. Sieber Reply at 3-4 (citing *Howsam*, 537 U.S. at 84); (4) the confidentiality provision in the contract would not "prevent [Mr. Seibert] from seeking . . . relief in either this Court or the D.C. Superior Court through a motion to proceed under seal. . .," *Id.* at 6; (5) a "special arbitrator" could be authorized to join Derrick Sieber to the arbitration if needed, *id.* at 6-8; (6) the merits arbitrator could

declare the confidentiality provision unenforceable, *id.* at 8; (7) the merits arbitrator could declare the 30-day period for making claims unenforceable, *id.* at 8-9; and (8) the merits arbitrator could order appropriate relief if allegations of fraud, threats, or intimidation were found convincing. *Id.* at 9.

The Court is unpersuaded. It finds, as counsel for Defendants and Defendants' past conduct have made clear, that the confidentiality provision in the arbitration clause was critical to the Contract's acceptance by PCS. However, as enforced by Defendants, such a confidentiality provision interferes with a client's right to challenge its obligation to arbitrate, as here, or to get any arbitral award enforced.[2] Since both of these rights are part and parcel of the FAA §§ 4 and 9, availing oneself of these rights in court does not and cannot interfere with the policy goals of the statute. The attempted protection of "any director, officer, employee or agent of, or anyone else associated with, one of the principals to this contract" interferes with the same client rights under the FAA because Derrick Sieber is a necessary party to actions under §§ 4 or 9.

Further, Defendants have misread *Howsam v. Dan Witter Reynolds, Inc.* What the Supreme Court held was that "a gateway dispute about whether the parties are bound by a given arbitration clause raises a 'question of arbitrability' for a court to decide." 537 U.S. at 84 (citing *First Options of Chicago, Inc. v. Kaplan,* 514 U.S. 938, 943-46 (1995)). Thus, "[t]he question whether the parties have submitted a particular dispute to arbitration, i.e., the 'question of arbitrability,' is 'an issue for judicial determination unless the parties clearly and unmistakably provide otherwise.'" *Id.* at 83 (quoting AT&T Techs., 475 U.S. at 649). Howsam distinguished "'procedural' questions which grow out of the dispute" which are presumptively for an arbitrator to decide. *Id.* at 84. Inasmuch as Mr. Seibert seeks to benefit from the express provisions of the FAA, his Complaint arises under federal law and asks the most fundamental of questions, that is, is the arbitration clause in the PCS contract enforceable as a matter of law?

## IV. CONCLUSION

The Court concludes, for the reasons stated, that this particular arbitration clause is unconscionable and in violation of federal law. It cannot be enforced. The Court will grant Mr. Seibert's Motion to Stay [Dkt. 2] and order a stay of the arbitration and any award. The Court will also grant PCS's Motion to Vacate Clerk's Entry of Default [Dkt. 11] and deny Defendants' Motions to Dismiss [Dkts. 14 and 24]. A memorializing Order accompanies this Memorandum Opinion.

### FootNotes

1. Stephen Sieber is no longer a defendant as the parties voluntarily dismissed him on May 23, 2018. *See* Notice of Voluntary Dismissal [Dkt. 7].
2. *See also* Mem. in Opp'n to Mot. of PCS to Vacate the Pending Default Notice (Opp'n to Vacate) [Dkt. 15]; Reply of Def. PCS in Supp. of its Mot. to Vacate [Dkt. 17].
3. *See also* Mem. in Opp'n to Mot. of Derrick S. Sieber to Dismiss or Stay (Opp'n to D. Sieber MTD) [Dkt. 16]; Reply of Def. Derrick S. Sieber in Supp. of his Mot. to Dismiss or Stay (D. Sieber Reply) [Dkt. 18]; Mem. in Opp'n to Mot. of PCS to Dismiss or Stay [Dkt. 29].

4. The Court also notes that Mr. Seibert filed an Amended Affidavit of Service as to PCS on May 31, 2018 and a Second Amended Affidavit of Service as to PCS on July 9, 2018. *See* Amended Affidavit of Service [Dkt. 13]; Second Amended Affidavit of Service [Dkt. 22]. The First Amended Affidavit explained Stephen Sieber's acceptance of service and the Second Amended Affidavit indicated that Mr. Seibert sent a second copy of the summons and complaint via certified mail to Mr. Lyle, PCS's registered agent, at the address of record and the delivery was refused.

5. Mr. Seibert also complains that PCS "failed to obtain required permits to perform the work and intentionally misrepresented this fact." Stay Mem. at 6.

6. Because it resolves these motions on other grounds, the Court does not address the 30-day limitation on bringing claims against the contractor.

7. Mr. Seibert further claims that PCS aggressively threatens to employ the confidentiality provisions against unhappy consumers. Stay Mem. at 7-8; *see also* S. Sieber Email at 2 (warning that "PCS's statement of claims in the AAA matter calls for Mr. Seibert [sic] to pay not only for the extra work he ordered, but also $200,000 in damages caused by the public filing of the Federal lawsuit. . . . As the damage increases we will amend our claim upwards accordingly.") (emphasis in original); *see also* Opp'n to D. Sieber MTD at 13 (referencing litigation in D.C. Superior Court, *see infra*, in which Derrick Sieber counterclaimed under the confidentiality provision when a client attempted to sue to enforce an arbitration award).

8. There is no contention that the clause for binding arbitration in the construction contract at issue here was not form language (as is obvious from its appearance) and presented to Mr. Seibert without individual negotiation.

9. Defendants suggest access to the courts for enforcement of an award can be obtained by filing under seal. But the federal courts are public places. Sealed cases are highly unusual in the federal courts and nothing about a run-of-the-mill arbitration award enforcement would easily receive such treatment.

# EXHIBIT 2

# HomeAdvisor Terms and Conditions

This Website and the services of HomeAdvisor (the "Services") are offered to you, conditioned on your acceptance without modification, of the following terms, conditions, and notices contained in this agreement (the "Terms and Conditions"). Your use of this Website or submission of service requests via telephone constitutes your agreement to all such terms, conditions, and notices in effect at such time. These Terms and Conditions apply to any Services or properties such as websites or apps owned and operated by HomeAdvisor (including but not limited to HomeAdvisor.com, the DesignMine website and app, ProFinder app, HomeSavvy app, Home911 app, etc) and collectively referred to herein as "HomeAdvisor," on which a link to these Terms & Conditions appears. If you have any questions regarding these Terms & Conditions, you may contact us at www.HomeAdvisor.com. We may amend these Terms & Conditions at any time by posting a revised version of these Terms and Conditions. These Terms & Conditions were last updated on **August 8, 2019**.

**IMPORTANT: PLEASE REVIEW THIS AGREEMENT CAREFULLY. IN PARTICULAR, PLEASE REVIEW THE MUTUAL ARBITRATION PROVISION IN SECTION 19.**

1. **INTRODUCTION TO HOMEADVISOR**
   Upon registration, you may choose your own password or HomeAdvisor will assign you a password to access the Services through the HomeAdvisor website or apps.

2. **THE STANDARD SERVICES (FIXED PRICE SERVICES ARE SET FORTH IN SECTION 12)**
   At HomeAdvisor we are committed to making your total HomeAdvisor experience a positive one. There are several ways you can find service professionals through HomeAdvisor (collectively, "Service Professionals"). Profinder is our service where you request a referral for a specific task, and we refer you to up to four Service Professionals. Also you may select or search for individual Service Professionals from our Live Directory (a.k.a. Pro Reviews), a directory of Service Professional members along with their ratings and reviews.

   1. **ProFinder.** Upon entering your information and the request for which you would like a Service Professional, we will attempt to match you with up to four Service Professionals in your area, who may be interested in fulfilling your service need. However, we do not guarantee that we will be able to match your service needs with a Service Professional or that there are Service Professionals in your area that are either capable or willing to complete your service needs.
   2. **LiveDirectory (a.k.a. ProReviews).** You can view a directory of Service Professionals in your selected zip code who provide services in the project categories that you select. These listings include ratings and reviews of those Service Professionals from their customers, when available.
   3. **Instant Connect.** With Instant Connect, you can request that HomeAdvisor connect you with a Service Professional by phone immediately. If you request,

HomeAdvisor will search for a Service Professional and connect you with them by phone.

4. **Instant Booking.** You can choose to schedule appointments with certain of our Service Professionals right on the HomeAdvisor website. Please be aware that HomeAdvisor does not guarantee that the Service Professionals will be on time for, or show up for, any such booked appointments, as the Service Professionals are not the employees, contractors or agents of HomeAdvisor. HomeAdvisor is solely providing the platform to facilitate scheduling of appointments between you and the Service Professionals.

5. **No Guarantees or Endorsements.** Although we take certain steps to examine the credentials of the Service Professionals listed on our website or whom you may book using our Services, we make no guarantees, warranties or representations regarding the skills or undertakings of such Service Professional or the quality of the job that he or she may perform for you if you elect to retain their services. **HomeAdvisor does not endorse or recommend the services of any particular Service Professional.** Except as set forth below in Paragraph 11 and Paragraph 12, we do not independently verify their representations about their services, nor validate any reviews. It is entirely up to you to evaluate the Service Professional and the Service Professional's qualifications, and to enter into a direct contract or otherwise reach agreement with a Service Professional. We do not guarantee or warrant any Service Professional's performance on the job or the outcome or quality of the services performed. The Service Professionals are not employees or agents of HomeAdvisor, nor is HomeAdvisor an agent of the Service Professionals.

6. **No Contracting via the HomeAdvisor Website.** HomeAdvisor may inform you of certain offers or discounts provided by a Service Professional. Such offers or discounts are made solely by the Service Professional, and HomeAdvisor does not guarantee or warrant the pricing or discounts that a Service Professional may offer you. Any quotes provided by Service Professionals via the HomeAdvisor or apps, or which you find on the HomeAdvisor or apps, are not contractually binding offers, are for informational purposes only, and cannot be accepted on or via HomeAdvisor. No contractual arrangement is created based upon the quotes provided to you from Service Professionals (or your scheduling of an appointment with a Service Professional) via HomeAdvisor. To contract with a Service Professional, you must work directly with the Service Professional. HomeAdvisor does not perform, and is not responsible for, any of the Services requested by you in your service request. Your rights under contracts you enter into with Service Professionals are governed by the terms of such contracts and by applicable federal, state, provincial and local laws. HomeAdvisor is not a party to such agreements. All payments and applicable taxes must be made to the Service Professional in accordance with the agreements.

7. **Release from Damages or Claims.** Should you have a dispute with respect to any services provided by a Service Professional or the fees charged by any Service Professional, you must address such dispute with the Service Professional directly (although you may copy HomeAdvisor on the fee disputes). YOU HEREBY AGREE TO RELEASE HomeAdvisor (AND OUR OFFICERS,

DIRECTORS, SHAREHOLDERS, AFFILIATES, EMPLOYEES AND AGENTS) FROM ANY DAMAGES OR CLAIMS (INCLUDING CONSEQUENTIAL AND INCIDENTAL DAMAGES) OF EVERY KIND OR NATURE, SUSPECTED AND UNSUSPECTED, KNOWN AND UNKNOWN, AND DISCLOSED OR UNDISCLOSED, ARISING OUT OF OR IN ANY WAY CONNECTED WITH SUCH DISPUTES AND YOUR DEALINGS WITH SERVICE PROFESSIONALS.

3. **YOUR USE OF THE HOMEADVISOR SERVICES AND PROHIBITED USES**
You acknowledge and agree that your use of HomeAdvisor is for your personal use and not for advertising or commercial purposes. You agree not to copy/collect HomeAdvisor content via robots, spiders, scripts, scrapers, crawlers, or any automated or manual equivalent (e.g., by hand). You may not use HomeAdvisor to recreate or compete with HomeAdvisor, to solicit or harass Service Professionals, or for any other purpose not contemplated herein. You acknowledge that a violation of the foregoing could result in significant damages, and you agree that you are liable to HomeAdvisor for any such damages, and will indemnify HomeAdvisor in the event of any claims against HomeAdvisor based on or arising from your violation of the foregoing. We reserve the right to revoke your access to any HomeAdvisor Services, products or properties at any time. All information about Service Professionals is confidential and for your personal use only. If it is determined or suspected by HomeAdvisor in its sole discretion that you are misusing or attempting to misuse or circumvent the HomeAdvisor services or system, or are using or attempting to use them for any inappropriate or non-personal purposes, including but not limited to activities such as hacking, scraping content, infiltrating, fraud, advertising, jamming or spamming, HomeAdvisor reserves the right, in its sole discretion, to immediately terminate your access without notice and to initiate without notice appropriate legal actions or proceedings to seek appropriate remedies and/or damages, including but not limited to lost revenue, repairs, legal fees, costs and expenses, and to seek injunctions or other equitable remedies.

4. **PAYMENTS**
We may allow you to pay for goods or services provided by Service Professionals, through the HomeAdvisor website, apps, or services. Should you have any dispute with the goods or services provided by the Service Professional(s) you select, as set forth in in Section 2, #7, you must contact the Service Professional and resolve such dispute with the Service Professional. However, if the dispute is regarding the amount of money that you paid for the services by the Service Professional (including that you were not charged the amount you agreed to in your agreement with the Service Professional) please advise us immediately. If we have not heard from you with documented proof of any issues provided within ten (10) days after the payment has been made for the Service Professional services, the purchase of the services is final and you will not be entitled to a refund, except as may expressly be limited by Federal, state or local law.

5. **INFORMATION YOU PROVIDE TO US/TCPA CONSENT**
**Upon using HomeAdvisor, you will be prompted to disclose certain information about yourself** and your service requirements, and you will be able to store information, such as home services records, on our website or apps. Some of this information will be

sent to Service Professionals, including Home Depot, who will need this information to respond to your request. By providing this information to us, or by submitting a service request, you are requesting, and you expressly consent to being contacted by us and by our Service Professionals, including Home Depot, via phone, fax, email, mail, text (SMS) messaging, push notifications, or other reasonable means, at any of your contact numbers or addresses, even if you are listed on any federal, state, provincial or other applicable "Do Not Call" list, in order that we may provide the Services set forth on our site, to service your account, to reasonably address matters pertaining to your account, including but not limited to notifying you of, or confirming, appointments that you have scheduled, or for other purposes reasonably related to your service request and our business, including marketing related emails. You also authorize HomeAdvisor to send you an automated prerecorded call confirming your service request, along with calls from up to four service professionals that can help you with your request to the land-line or mobile phone number you provided, and you understand that either HomeAdvisor or the Service Professionals may use automated phone technology (including autodialed and prerecorded messages) to provide you with operational communications concerning your account or use of the Services, updates concerning new and existing features on the HomeAdvisor website, communications concerning promotions run by us, and news concerning HomeAdvisor and industry developments, and that your consent is not required to purchase products or services. For complete details on our use of your information, please see our privacy statement. You agree that by completing a service request, you are entering into a business relationship with HomeAdvisor and/or a Service Professional and thus agree to be contacted by HomeAdvisor and/or a Service Professional. You promise that all information you provide (including but not limited to your contact information, and any Ratings and Reviews of Service Professionals that you provide) will be accurate, current and truthful to the best of your knowledge. If you provide any information that is untrue, not current or incomplete, or HomeAdvisor has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, HomeAdvisor has the right to refuse any current or future use of the HomeAdvisor Services (or any portion thereof) by you. You are responsible for any use of the HomeAdvisor Services by persons to whom you intentionally or negligently allow access to your password. You acknowledge that you are not required to consent to receive promotional messages as a condition of using the Services. If a contact number you have provided to us is no longer your number, you agree to notify us promptly that you can no longer be reached at that number. You represent that you have received, and are authorized to convey to us, the consent of any authorized users on your account to be contacted by us as described in this Section. You agree that all consents provided in this Section will survive cancellation of your account. You may opt-out of receiving promotional or marketing texts or calls from HomeAdvisor at any time. You may opt-out of receiving all text (SMS) messages from HomeAdvisor (including informational or transactional messages) by replying with the word "STOP" to a text message from us; however you acknowledge that opting out of receiving all texts may impact your use of the Services. You also acknowledge that HomeAdvisor or its third party service providers may record customer service calls after notice to you and with your consent, in order to assist you when you contact our customer support services. You agree to HomeAdvisor's use of a service provider to mask your telephone number when you call or exchange text

(SMS) messages with a Service Professional using a telephone number provided by HomeAdvisor. During this process, HomeAdvisor and its service provider will receive in real time and store call data, including the date and time of the call or text (SMS) message, the parties' phone numbers, and the content of the text (SMS) messages. You agree to the masking process described above and to HomeAdvisor's use and disclosure of this call data for its legitimate business purposes.

TO KNOWINGLY INPUT FALSE INFORMATION, INCLUDING BUT NOT LIMITED TO NAME, PHONE NUMBER, ADDRESS OR E-MAIL ADDRESS IS A VERY SERIOUS AND FRAUDULENT MATTER THAT COULD RESULT IN SIGNIFICANT COSTS AND DAMAGES INCLUDING INVASION OF PRIVACY RIGHTS, TO HomeAdvisor AND THE SERVICE PROFESSIONALS, AND TO CONSUMERS, AS WELL AS THE LOSS OF TIME, EFFORT AND EXPENSE RESPONDING TO AND PURSUING SUCH FALSE INFORMATION AND REQUEST, AND FURTHER, COULD RESULT IN REGULATORY FINES AND PENALTIES. ACCORDINGLY, IF YOU KNOWINGLY INPUT FALSE INFORMATION IN A SERVICE REQUEST, INCLUDING BUT NOT LIMITED TO SOME ONE ELSE'S NAME, E-MAIL ADDRESS, PHYSICAL ADDRESS OR PHONE NUMBER OR A RANDOM OR MADE UP NAME, ADDRESS, E-MAIL OR PHONE NUMBER YOU AGREE TO FULLY INDEMNIFY AND BE LIABLE TO HomeAdvisor AND EACH SERVICE PROVIDER WHO ACCEPTS SUCH SERVICE REQUESTS, FOR THE GREATER OF: (1) A MINIMUM AMOUNT OF $11,000 TO EACH OF HomeAdvisor AND EACH OF THE AFFECTED SERVICE PROFESSIONALS AND FOR EACH OF THE ACTUAL PERSON(S) AFFECTED BY ANY OF THE IMPROPER, INCORRECT OR FRAUDULENT INFORMATION YOU ENTER (FOR EXAMPLE THE ACTUAL OWNER OF THE E-MAIL ADDRESS OR PHONE NUMBER, ETC.), PER IMPROPER SUBMISSION, PLUS ANY ATTORNEYS FEES COSTS AND EXPENSE RELATING THERETO, IF APPLICABLE, OR (2) THE ACTUAL DAMAGES, DIRECT, PUNITIVE AND CONSEQUENTIAL, AND ANY REGULATORY OR JUDICIAL FINES OR PENALTIES THAT MAY ARISE FROM SUCH INTENTIONAL, MISLEADING, HARMFUL AND FRAUDULENT ACTIVITY, PLUS REASONABLE LEGAL FEES, COST AND EXPENSES RELATING THERETO, WHICH EVER IS GREATER.

6. **PLATFORM MESSAGING**
   By submitting a service request, you agree that HomeAdvisor and the Service Professionals may send you informational text (SMS) messages as part of the normal business practice of HomeAdvisor. These text (SMS) messages shall not be used for marketing purposes. You may choose to opt-out of receiving text (SMS) messages from HomeAdvisor at any time by texting the word STOP to 62508 from the mobile device that is receiving the messages. You acknowledge that by opting out of receiving text (SMS) messages from HomeAdvisor and the Service Professionals, your use of HomeAdvisor Services may be impacted. HomeAdvisor and its affiliates may view, store, access and disclose messages exchanged between you and consumers transmitted via HomeAdvisor's messaging platform.

7. **DISPUTE RESOLUTION ASSISTANCE**
While we cannot guarantee the work performed by a listed Service Professional, and while we have no obligation to you with regard to your relationship with a Service Professional, the HomeAdvisor resolution process has been developed to try and assist you in resolving any disputes that may arise in the course of a home improvement repair or maintenance project with a Service Professional who you learned about through the HomeAdvisor Services. Without modifying our statements under this Agreement, we may, upon your request, provide limited assistance in resolving disputes between you and a Service Professional. You must participate and use good faith efforts to resolve problems through the HomeAdvisor resolution process. Such limited assistance in no way nullifies the release and indemnification described in these Terms & Conditions. You agree not to refuse to pay a Service Professional without a good faith basis for doing so. You agree that HomeAdvisor is not responsible for the accessibility or unavailability of any Service Professional or for your interactions and dealings with a Service Professional.

8. **CALL RECORDING**
You acknowledge and agree that HomeAdvisor may monitor and/or record any telephone calls between you and HomeAdvisor.

9. **USER GENERATED CONTENT**
You agree that all of the content and information posted by you or your agents or designees on HomeAdvisor, including but not limited to:

   o Photographs or Images,
   o Comments, Questions and/or Answers,
   o Any other content
   (known collectively as "Content") is the sole and exclusive property of HomeAdvisor, and that you have no right to reproduce, post, publish, or otherwise use such information other than for your personal use relating to your service request.

   4. **Our Right to Use Your Content.** You acknowledge and agree that any Content you post or provide may be viewed by the general public and will not be treated as private, proprietary or confidential. You authorize us and our affiliates, licensees and sub-licensees, without compensation to you or others, to copy, adapt, create derivative works of, reproduce, incorporate, distribute, publicly display or otherwise use or exploit such Content throughout the world in any format or media (whether now known or hereafter created) for the duration of any copyright or other rights in such Content, and such permission shall be perpetual and may not be revoked for any reason. Further, to the extent permitted under applicable law, you waive and release and covenant not to assert any moral rights that you may have in any Content posted or provided by you.
   5. **Grant of License.** You hereby grant HomeAdvisor and its users a perpetual, non-exclusive, royalty-free, transferable, assignable, sub-licensable, worldwide license to use, store, display, reproduce, modify, create derivative works, perform, distribute, print, publish, disseminate and place advertising near and adjacent to

your Content in any format or media (whether now know or hereafter created) on the HomeAdvisor and apps in any manner that we deem appropriate or necessary, including, if submitted, your name, voice and likeness throughout the world, and such permission shall be perpetual and cannot be revoked for any reason.

6. **Representation of Ownership and Right to Use Content.** By posting or providing any Content to HomeAdvisor, you represent and warrant to HomeAdvisor that you own or have all necessary rights to use the Content, and grant to HomeAdvisor the rights granted below. The forgoing representation includes, but is not limited to a representation and warranty that you own or have the necessary rights (including any necessary releases) to grant all rights granted below in relation to any persons, places or intellectual property pictured in any photographic Content that you provide. In addition, if you post or otherwise provide any Content that is protected by copyright, you represent that you have obtained any necessary permissions or releases from the applicable copyright owner.

7. **Content Guidelines.** HomeAdvisor reserves the right, but not the obligation, to edit or abridge, or to refuse to post, or to remove any content that you or any other users post on any HomeAdvisor owned or operated websites or apps if HomeAdvisor determines (in its sole discretion) that such content contains or features any of the following:

    1. Offensive, harmful and/or abusive language, including without limitation: expletives, profanities, obscenities, harassment, vulgarities, sexually explicit language and hate speech (e.g., racist/discriminatory speech.)
    2. References to illegal activity.
    3. Language that violates the standards of good taste or the standards of this Site.
    4. Statements that are or appear to be false.
    5. Comments that disparage HomeAdvisor.
    6. With respect to Ratings and Reviews of service professionals, all of the above and in addition the following:

        1. Reviews that do not address the goods and services of the business or reviews with no qualitative value (e.g., "work has not started yet").
        2. Comments concerning a different Service Professional.
        3. Information not related to work requested in the service request.
        4. If a dispute arises between a consumer and professional, the rating submitted may be held in pending status until resolution is reached. You represent and warrant that any Rating and Review provided by you is accurate and truthful, and that your will only provide a Rating and Review for a service professional that has performed services for you pursuant to your applicable service request.

8. **Ratings Explanation.** Where Angie's List Service Professionals are displayed, the star rating is calculated based on a conversion of their Angie's List letter grade as follows:

| Angie's List Grade | HomeAdvisor Star Rating |
|---|---|
| A | 5 |
| B | 4 |
| C | 3 |
| D | 2 |
| F | 1 |

10. **SERVICE PROFESSIONAL PRE SCREENING PROCEDURES AND DISCLAIMERS (DOES NOT APPLY TO FIXED PRICE SERVICES. PLEASE SEE SECTION 12 FOR SCREENING FOR FIXED PRICE SERVICES)**
Unless otherwise noted on the screening tab of a Service Professional's profile page, HomeAdvisor.com uses the following criteria as part of its registration enrollment process ("registration") for new Service Professional businesses, with the exception of Corporate Accounts (as described below) and service professionals providing services in Canada (neither of which are screened) applying for membership in our network. We perform the below screening at the time of the Service Professional business' enrollment, and every two years thereafter:

0. **Licensing** - We confirm that a prospective new SP business has any applicable required state-level trade licensing for the services for which we match them to consumers. Certain states may require state-level licensing for projects above specified dollar amounts. We recommend you confirm these licensing requirements with the business and the applicable state and local licensing authorities. In some states, licensing may be required by the county or local authority in which the work is being performed. We recommend you confirm these licensing requirements before proceeding with your project. Larger projects often require the use of sub-contractors for specific types of work (for example, a kitchen remodel may require an electrician or plumber). We recommend you verify that all the sub-contractors doing work on your project carry the appropriate licensing. Given the unique nature of California licensing, HomeAdvisor relies on representations of service professionals that are using a California General building contracting license to cover home improvement tasks that such service professionals are performing more than one task as defined and required by California licensing rules. We always recommend that you ask the business to provide you with a copy of their license.

1. **State Business Filings** - For service professionals that are corporations or limited liability companies, we confirm that the business is registered in the state in which it is located.

2. **Criminal Records Search** - We use third party data sources to conduct a criminal search, in the state in which the owner/principal of the company is located, for any relevant criminal convictions associated with the owner/principal of the business, within the three years prior to such service professional's application for membership in the HomeAdvisor network and every two years thereafter. HomeAdvisor's third-party vendor uses a national criminal database ("NCD") to screen our service professionals. The comprehensiveness of the NCD varies by state. Please be aware that the reporting in the NCD is particularly limited in the

following states: AL, CO, DE, GA, ID, KS, LA, ME, MA, MI, MS, MT, NE, NV, NH, NM, SD, UT, VA, VT, and WY.

3. **Sex Offender Search** - We check the websites that consolidate state sex offender information in the state in which the owner/principal of the company is located to confirm that there is not a match based solely on the name of the owner/principal of the company. We do not run sex offender searches in any other states. Please note that only a fingerprint match can guarantee an accurate match for a sex offender search. We recommend that you check the applicable state sex offender websites for any individuals that will be performing work in your home.

4. **Identity Verification (Social Security Number)** - HomeAdvisor verifies the social security number of the business owner/principal to confirm their identity. (This applies primarily to small businesses.)

5. **Legal Search for Civil Judgments** - We use third party data sources to check, within the 12 months prior to the service professional's application for membership in the HomeAdvisor network, for significant state-level civil legal judgments or liens entered against the owner/principal by business customers and for bankruptcy filings by or against the owner/principal, in the state in which the owner/principal of the company is located.

**WE PERFORM THE ABOVE SCREENING BASED UPON INFORMATION PROVIDED TO US BY THE SERVICE PROFESSIONAL (E.G. NAME OF OWNER, BIRTHDATE, SOCIAL SECURITY NUMBER)**

NOTE: HOMEADVISOR PERFORMS SCREENING SOLELY AT THE TIME THE SERVICE PROFESSIONAL APPLIES FOR MEMBERSHIP IN THE HOMEADVISOR NETWORK, AND EVERY TWO YEARS THEREAFTER, AND THEREFORE A SERVICE PROFESSIONAL'S INFORMATION MAY CHANGE OR EXPIRE OVER TIME, AND BETWEEN SCREENINGS. THUS, HOMEADVISOR CANNOT AND DOES NOT WARRANT OR REPRESENT THAT PROFILE AND SCREENING INFORMATION IS UP TO DATE. HOMEADVISOR IS UNDER NO OBLIGATION TO UPDATE A SERVICE PROFESSIONAL'S SCREENING INFORMATION. WE RECOMMEND THAT BEFORE WORKING WITH A SERVICE PROFESSIONAL YOU VERIFY THAT INFORMATION PRESENTED IN THE SERVICE PROFESSIONAL'S PROFILE IS STILL ACCURATE, CURRENT AND ACCEPTABLE TO YOU.

**Corporate Accounts:** Some Service Professionals are employees, franchisees, dealers, or independent contractors ("Corporate SP's") of larger national or corporate accounts ("Corporate Accounts"). In such event, you may be matched with the Corporate Account entity or with one of their Corporate SP's. **The above screening criteria is not applicable to Corporate Accounts, and therefore, HomeAdvisor does not screen the Corporate Accounts or Corporate SP's.**

Service Professionals Profiles: HomeAdvisor allows Service Professionals to post profiles about themselves and their business on the HomeAdvisor or apps. HomeAdvisor does not review or verify the information or representations set

forth in those profiles, except as expressly set forth above, as they are self-reported by the Service Professional. HomeAdvisor therefore makes no representations or warranties regarding any information posted by a Service Professional, and assumes no liability for such information.

The above procedures may change from time to time at the sole discretion of HomeAdvisor. HomeAdvisor believes that it uses commercially reasonable methods to check these matters but does not make any representations or warranties that members continue to meet the above screening criteria after the date of their enrollment in the HomeAdvisor network. When it comes to screening, every system has its flaws. That is because no background system in the U.S. is one hundred percent accurate. HomeAdvisor does not represent or warrant that the information received from state, provincial or other government agencies or from third party sources is accurate, error free, or that it is up to date or updated at the time that HomeAdvisor checks such information. Most agencies have periodic update cycles or schedules and this information is not updated on a real-time basis by such agencies and third party sources.

**DISCLAIMER: HOMEADVISOR EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED RELATING TO THE SCREENING PROCESS, CRITERIA, PROCEDURES, OR INFORMATION OBTAINED OR PRESENTED IN THE SCREENING PROCESS OR DISCLOSURES INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE, OR THAT THE SCREENING OR VERIFICATION PROCEDURES OR STANDARDS ARE SUFFICIENT OR THAT THE INFORMATION RECEIVED IN THESE SCREENING OR VERIFICATION PROCEDURES IS ACCURATE, TIMELY OR ERROR FREE.**

11. **AFFILIATE SERVICE PROFESSIONAL PRE-SCREENING.** While we will not match you with a service professional from our affiliates, we may display to you service professionals from our affiliates, including but not limited to Angie's List. **These service professionals have NOT been screened by HomeAdvisor using the screening set forth in Section 10.** Rather, these service professionals have been screened as follows:

HomeAdvisor will only display Angie's List Service professionals that

   0. Have an Overall "A" or "B: rating from member reviews;

   1. Have passed all background checks established by Angie's List (as described below);

   2. Attest that they possess all applicable state and local licensing, registration, or other trade requirements to provide service for the Project or the project described in the Lead; and

   3. Are in good business standing with Angie's List

Angie's List has criminal background checks performed annually on the principal/owner or relevant manager of all "A"- and "B"-rated companies that are Certified Service Providers, that offer ecommerce offers, that receive leads through the Projects Submissions platform, or that are granted the Super Service Award. The background check currently is performed by American Business Services ("ABS"), a third-party screening company. Upon processing the background check, ABS will provide Angie's List with a simple "pass" or "fail" designation. A failed background check is one that finds one or more of the following: (1) any violent or theft conviction at a felony level in the last 7 years; (2) any sexual felony conviction or on a sexual offender registry at any time (no time limit); or (3) any pending felony charges involving any of types (1) or (2).

ABS will provide Angie's List with only a pass or fail designation. Angie's List and its members will never see any content from background check results. Since we can only perform these background checks annually, we ask anyone with knowledge of legal, ethical or financial concerns regarding a company contact us by either logging in and selecting Send A Message using our contact form. Angie's List will investigate any information we receive regarding a company's background.

**While we always strive to provide the most current information, we also recommend that you perform your own research on the companies you hire.**

## 12. FIXED PRICE SERVICES

0. **HomeAdvisor (through its affiliate, Handy, Inc.), provides certain services labeled "Fixed Price Services." Through Fixed-Price Services, you will pay for your home service upfront and book the time and date of your service through our secure online portal. HOMEADVISOR, THROUGH THE HOMEADVISOR PLATFORM, OFFERS INFORMATION AND A METHOD TO OBTAIN PROFESSIONAL SERVICES AND/OR MERCHANDISE, BUT DOES NOT AND DOES NOT INTEND TO PROVIDE SUCH PROFESSIONAL SERVICES OR MERCHANDISE ITSELF OR ACT IN ANY WAY AS A RETAILER OR MANUFACTURER, OR AS A CLEANING, HANDYMAN, OR OTHER HOME-RELATED OR MOVING-RELATED SERVICE PROVIDER, AND EXPRESSLY DISCLAIMS ANY RESPONSIBILITY OR LIABILITY FOR ANY PROFESSIONAL SERVICES AND/OR MERCHANDISE PROVIDED TO THE REQUESTER, INCLUDING, BUT NOT LIMITED TO, A WARRANTY OR CONDITION OF GOOD AND WORKMANLIKE SERVICES, WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE OR COMPLIANCE WITH ANY LAW, REGULATION, OR CODE. HOMEADVISOR IS NOT AFFILIATED WITH, ENDORSED OR SPONSORED BY ANY THIRD PARTY MERCHANDISE PROVIDER OR RETAILER.**

1. **SCREENING FOR FIXED PRICED SERVICES (NOTE: SCREENING FOR STANDARD SERVICES CAN BE FOUND IN SECTION 10).**
   For Fixed Price Services, we use a multi-step process to screen potential cleaning and handyman service professionals. The process is designed to filter qualified potential cleaning and handyman service professionals with appropriate backgrounds in compliance with applicable law. The potential cleaning and handyman service professional must provide detailed personal information. These service professionals must provide their full name, address, date of birth, social security number, and a valid form of identification and validate their applicable home services experience. We verify these potential service professional's identities. For Fixed Price Services, we utilize Jumio, an identification verification company, to match the photographs and confirm the integrity of the identification documents. These service professionals then submit to a background check. For Fixed Price Services, we currently use a third-party background check provider, Checkr, Inc., to conduct the background checks.

   Checkr's Background Check Process

   Checkr, a third-party background check provider accredited by the National Association of Professional Background Screeners, conducts a record search which looks back at least seven years or longer in other jurisdictions when permitted by applicable law and available records. Checkr specifically conducts the following checks and searches:

   IDENTITY VERIFICATION Social Security Number (SSN) verification is the most efficient way to verify these potential service professional's identities. If an identity cannot be verified, the Checkr system alerts these potential service professionals to request additional documentation.

   ADDRESS HISTORY Checkr's Identity Check includes a trace of all known domestic addresses over the past seven years. Based on this information, Checkr searches relevant court jurisdictions for the same time period.

   Criminal Records Check

   COUNTY CRIMINAL RECORDS CHECK Checkr performs direct searches of county court records. Results include felony and misdemeanor criminal cases as well as, charges, disposition, dates and sentencing information.

   NATIONAL CRIMINAL RECORDS CHECK This check scours over 30 million records and is run concurrent with the county criminal records check.

   GLOBAL WATCHLIST CHECK This check searches known domestic and international terrorist watchlists as well as the records of the Office of Inspector General (OIG), Excluded Parties List (EPL) and additional domestic and international agency lists.

SEX OFFENDER REGISTRY CHECK Checkr searches registries for every state. In certain states, the information publicly available does not include all registered sex offenders and may not include all out-of-state sex offenders, depending on variations in state law.

Review & Activation

For Fixed Price Services, we review the background checks in compliance with applicable law before determining whether such applicant should be activated to use the platform.

2. **Fixed Price Services Recommendations Explanation.** All recommended Fixed Price Professionals have received a "star" rating of at least four stars. These Fixed Price Professionals are recommended by other consumers, not by HomeAdvisor, and the number of reviews represents the number of reviews for all Fixed Price Services rather than for a particular category of Fixed Price Services or a particular Fixed Price Professional.

3. **Fixed Price Payments**

   1. **Payments.** Users of the HomeAdvisor Platform for Fixed Price Services purchased and paid for on the HomeAdvisor website, contract for Professional Services directly with other Users. HomeAdvisor is not a party to any contracts for Professional Services. The HomeAdvisor Platform facilitates these contracts by supplying a medium through which individuals seeking to obtain services ("Requesters") can connect with individuals seeking to provide services ("Professionals"), schedule certain services requested by the Requesters, which are to be completed by the Professionals, are hereinafter referred to as "Professional Services", and make payments for Professional Services ("Payments"). Requesters are obligated to pay in advance for the Professional Services they order through the HomeAdvisor Platform. Prior to the scheduled Professional Service, we will charge the Requester's credit card according to the amount the Requester has agreed to on the HomeAdvisor Platform with respect to all Professional Services, the Requester has ordered, and for all purchases and payments for reimbursement costs, fees or expenses associated with a Professional Service as well as the Trust and Support Fee (as defined in Section 12.e. below), and the Requester hereby authorizes us to charge the credit card on file in the Requester's HomeAdvisor Platform account for such amounts. We will use third party services to process credit card information. By accepting this Agreement, you are giving HomeAdvisor (or a third-party payment processor on HomeAdvisor's behalf) permission to charge your on-file credit card, debit card, or other approved methods of payment for fees that you owe HomeAdvisor. Depending on the transaction you selected or services

requested, HomeAdvisor may charge you on a one-time or recurring basis. All information that you provide in connection with a purchase or transaction or other monetary transaction interaction with the Professional Services must be accurate, complete, and current. You agree to pay all charges incurred by users of your credit card, debit card, or other payment method used in connection with a purchase or transaction or other monetary transaction interaction with HomeAdvisor at the prices in effect when such charges are incurred. We retain the right, in our sole discretion, to place a hold on the Requester's credit card for an ordered or completed Professional Service transaction. Seventy-two (72) hours after a Professional Service is completed, if there is no complaint by the Requester, we will mark the Professional Service as closed. If the Requester has agreed with the Professional to extend or reduce the hours in or to reschedule a requested Professional Service, the Requester bears the responsibility for notifying HomeAdvisor. Requesters must notify HomeAdvisor by changing the date or hours of the requested Professional Service through the HomeAdvisor Platform. All Payments by Requesters must be made through the HomeAdvisor Platform. Any Payments paid or Professional Services scheduled outside of the HomeAdvisor Platform are not subject to our HomeAdvisor Happiness Guarantee in Section 12.d. below. Except for the HomeAdvisor Happiness Guarantee in Section 12.d., no refunds or credits will be provided once the Requester's credit card has been charged, except that at our sole discretion, refunds or credits may be granted in extenuating circumstances, as a result of specific promotions, or to correct any errors we have made. While we will use commercially reasonable efforts to ensure the security of all credit card and all other personal information, we expressly disclaim any liability for any damage that may result should any information be released to any third parties, and you agree to hold us harmless for any damages that may result therefrom. Requesters will be liable for all transaction taxes on the Professional Service(s) provided (other than taxes based on HomeAdvisor's income). If we determine that your actions or performance may result in returns, chargebacks, claims, disputes, violations of our terms or policies, or other risks to HomeAdvisor or third parties, then HomeAdvisor may withhold any payments to you for as long as we determine any related risks to HomeAdvisor or third parties persist. For any amounts that we determine you owe us, we may (a) offset any amounts that are payable by you to us (in reimbursement or otherwise) against any payments we may make to you or amounts we may owe you; (b) invoice you for amounts due to us, in which case you will pay the invoiced amounts upon receipt; (c) reverse any credits to your bank account; or (d) collect payment or reimbursement from you by any other lawful means. If we determine that your account has been used to engage in deceptive, fraudulent, or illegal activity, or to repeatedly violate this Agreement, then we may in our sole discretion permanently withhold any payments to you.

2. **Job Rate.** The rate per hour for a Professional Service ("Job Rate") depends on factors, such as location and how frequently a Recurrent Service is ordered, and payment terms may increase. Therefore, the same Professional Service may cost more in a different location or if the Professional Service is ordered less frequently. However, you will be notified prior to any such payment increase with sufficient notice to enable you to cancel the Recurrent Service as set forth herein.

3. **Recurrent Service.** When requesting a Professional Service, Requesters may have the option of choosing that the Professional Service be repeated on a regular basis ("Recurrent Service"). For example, a Requester may choose that a cleaning be performed every two weeks. When a Requester chooses a Recurrent Service, the HomeAdvisor platform will automatically schedule that Recurrent Service to occur on future dates indefinitely at the frequency requested by Requester. Requester's credit card will be charged the same non-promotional amount, as originally disclosed to Requester at the time of signing up for Recurrent Service for the Recurrent Service as the Professional Service appointments occur and for any applicable cancellation fees. HomeAdvisor cannot guarantee that the same Professional will be available for each Recurrent Service appointment or that Recurrent Service appointments will not be canceled. Requesters may cancel the Recurrent Service at any time by visiting the HomeAdvisor Contact Center at https://www.homeadvisor.com/contact/https://www.homeadvisor.com/contact/ or by mailing a notice of cancellation to HomeAdvisor, Inc. Attn.: Legal, PO Box #1122, New York, NY 10159. Requesters must cancel more than twenty-four hours prior to the Professional Service in order to avoid being charged any cancellation fees and/or for the next Professional Service. After signing up for a Recurrent Service, you will be provided an email acknowledgment which includes information on how to cancel.

4. **HomeAdvisor Happiness Guarantee (APPLIES ONLY TO FIXED PRICE SERVICES); Claims**

    1. The HomeAdvisor Happiness Guarantee provides certain limited additional protections for Professional Services. Pursuant to the HomeAdvisor Happiness Guarantee and subject to the below terms and conditions and limitations, HomeAdvisor will compensate Requesters: (a) subject to the exclusions below, up to USD $5,000 per occurrence for losses arising from property damage as a direct result of negligence of a Professional during performance of a Professional Service or (b),, provided, however, for losses arising from damage to floors and items containing granite, marble or any other stone work as a direct result of negligence of a Professional during performance of a Professional Service the amount shall be limited to up to USD $1,000; or (b) subject to the exclusions below, up to USD $5,000, in the aggregate, for losses arising from theft of a Requester's property by a Professional during performance of a Professional Service. The Service Requester is eligible for the

HomeAdvisor Happiness Guarantee provided that the Requester reports the issue within seventy-two (72) hours of the Professional Service appointment to our Requester service by visiting the Handy Contact Center at https://www.homeadvisor.com/contact/. If the Service Requester does not report the issue within seventy-two (72) hours of the Professional Service appointment, the claim is ineligible for the HomeAdvisor Happiness Guarantee. For Recurring Services, each Professional Service is treated as a separate occurrence.

2. If you carry insurance that would cover you in the event of a claim, such as renter's insurance, homeowner's insurance, automobile insurance or an umbrella policy ("Personal Insurance"), You agree that your Personal Insurance is primary and the HomeAdvisor Happiness Guarantee is secondary. The HomeAdvisor Happiness Guarantee will only compensate for losses to the extent not otherwise covered by your Personal Insurance and only as permitted herein

3. A Requester will be covered under the HomeAdvisor Happiness Guarantee for a Professional Service, subject to the exclusions in subsection (iv) below, provided:
   - The Professional Service is agreed to between a Requester and a Professional using the HomeAdvisor Platform, performed by the Professional hired by the Requester and paid for in full through the HomeAdvisor Platform;
   - The Requester has not violated this Agreement;
   - The Requester has reported the claim within 72 hours of the Professional Service; and
   - The Requester's HomeAdvisor account is in good standing with no outstanding balances owed to HomeAdvisor.
   - The Requester has identified fragile and other breakable items and communicated the location and identity of those items to the Professional prior to the start of the Professional Service; andThe Requestor has accounted for and secured all valuables prior to the start of a Professional Service.

4. What is excluded from the HomeAdvisor Happiness Guarantee? The "HomeAdvisor Happiness Guarantee" does not cover the following:
   - losses arising out of acts of nature, including, but not limited to, pollution, earthquakes and weather related events such as hurricanes and tornadoes;
   - losses arising out of interruption of business, loss of market, loss of income and/or loss of use;
   - losses for property damage and theft exceeding the original value and/or replacement value for such property, less any standard depreciation;
   - losses arising from the acts or omissions of a Requester or third party;
   - losses arising from the negligence or misconduct of a third party;
   - losses arising from a manufacturer's or a product's defects;

- losses from pre-existing damages or conditions of the item or property;
- losses arising from items supplied by the Requester or due to Requester recommendations (e.g., if a manufacturer recommends affixing furniture to a wall and a Requester declines to have furniture affixed, etc);
- losses arising from flooding and/or water damage including mold, fungi or bacteria;
- losses arising from products containing hazardous or harmful materials, acts of terrorism, product liability, or pollution;
- losses of cash, third party gift cards, and securities;
- losses as a result of an intentional wrongful act by a Professional;
- losses arising from normal wear and tear;
- losses for items that retain their functionality; (e.g., minor cosmetic damage, ordinary wear and tear, a t.v. that has a scratch on the bezel);
- losses for fine arts, which includes but is not limited to paintings, etchings, printed photos, pictures, tapestries, rare or art glass, art glass windows, valuable rugs, statuary, sculptures, antique furniture, antique jewelry, bric-a-brac, porcelains, antique automobiles, coins, stamps, other collectibles, collections, furs, jewelry, precious stones, precious metals, and similar property of rarity, historical value;
- losses for damage beyond the specific damaged area (e.g., should flooring sustain damage, any loss is limited to the replacement cost of the square footage that was damaged after deducting for obsolescence and physical depreciation);
- loss of use damages, including without limitation, loss of use such as property, furniture and the costs of any storage, movement and insurance of furniture in connection with loss of use;
- losses excluded pursuant to Section 2 and Section 20 of the Agreement;
- losses based on sentimental and/or undocumented intangible value;
- losses or damages associated with the unauthorized acquisition of, access to, destruction of, and/or loss of electronic data, including but not limited to films, records, manuscripts, drawings or photographs, data, information, audio or video recordings, files, facts, programs or other materials stored as or on, created or used on, or transmitted to or from, computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices, cloud storage, or any other media which are used with electronically-controlled equipment;
- losses related to repairs outside of the area where the Professional Services were performed;

- losses of pets, personal liability or damage to shared or common areas;
- losses arising from shipping costs and/or shipping of replacement items and/or taxes incurred in purchasing the original and/or replacement items;
- losses of theft without a valid police report, if requested by HomeAdvisor; and losses with insufficient documentation; and
- losses occurring after, or unrelated to, the performance of a Professional Service;
- losses involving products or services, or uses of either, that are prohibited by law;
- losses due to unforeseeable or latent defects in the premises;
- losses related to services not explicitly booked through the HomeAdvisor Platform; and
- losses reported by third parties.

5. How do I submit a Claim? First report of a claim must be made within 72 hours from when the Professional Service occurs. After the first report, you will be asked to complete the full claim form within 7 days of receipt. If you do not complete the claim form in its entirety within 7 days of receipt, your claim will no longer be eligible for the HomeAdvisor Happiness Guarantee. We urge you to read through these terms and conditions prior to submitting a claim. All claims will be reviewed on a case-by-case basis. During HomeAdvisor's claims assessment process, you may be required to provide written detailed: (1) proof of ownership of damaged/missing item; (2) proof of value of damaged/missing item; and (3) proof of damage or loss. If such information is requested, you will have 30 days from the date of the request to send HomeAdvisor the requested information. If you fail to provide the requested information within the 30 day time period and/or fail to contact HomeAdvisor to arrange for an extension of time, Your claim will be considered closed and no longer eligible for the HomeAdvisor Happiness Guarantee. You also agree to: (A) protect and preserve any damaged property that is the basis of a claim from further damage; (B) assist and allow HomeAdvisor or its insurers access to inspect and make copies, photographs and recordings of anything relating to the claim; (C) accept repairs and/or remediation by a Professional; (D) accept a replacement only if repairs are proven not to be an option; (E) submit requested materials by the dates outlined by the HomeAdvisor resolutions team; and (F) accept a replacement item subject to the standard depreciation of that item. If any part of Your claim is approved, then as a condition to any payment to You under the HomeAdvisor Happiness Guarantee, You will be required to execute and deliver to HomeAdvisor the release agreement within 14 days of receipt of the release agreement from HomeAdvisor, and assign to HomeAdvisor or its insurer any rights and remedies you may have to recover amounts paid to you with respect to an approved claim from any party that is financially responsible for the approve claims and any rights in any property that is

recovered. The release agreement shall be rescinded and considered null and void if not signed and returned to HomeAdvisor within 14 days of Your receipt and the claim shall no longer be eligible for the Handy Happiness Guarantee.

5. **HomeAdvisor Trust and Support Fee.** HomeAdvisor may assess an additional "Trust and Support Fee" to support the Fixed Price services, including costs related to background checks, insurance, customer support, and related services provided to you by the HomeAdvisor Fixed Price services The Trust and Support Fee will be applied to each appointment of a Professional Service requested through the Fixed Price services (e.g., if you requested a Recurring Service, a Trust and Support Fee may be assessed on each Recurrent Service appointment). The amount of the Trust and Support Fee may vary but shall be retained by HomeAdvisor in its entirety.

6. **Cleaning Plan with a Minimum Commitment.**
    1. Minimum Commitment Plan Term: If you have selected a Professional Services cleaning plan with a minimum commitment, your minimum commitment plan term commences on the date of your first appointment.
    2. Minimum Commitment Plan Cancellation Fee: If you have selected a Professional Services cleaning plan with a minimum commitment, you will be subject to and charged a cancellation fee up to USD $150 in the US should you elect to terminate the Professional Services cleaning plan prior to the expiration of your minimum commitment period.
    3. Rescheduling Cleaning Plan appointments during the Minimum Commitment Period: If you have selected a Professional Services cleaning plan with a minimum commitment, you can reschedule any cleaning plan appointment for free at least 24 hours in advance of the scheduled start time, provided such rescheduled appointment will occur within the minimum commitment period. If you reschedule between 2-24 hours before a scheduled Professional Service appointment, you will be charged a USD $15 fee. If you reschedule during the 2 hours before a scheduled Professional Service appointment, you will be charged the full Professional Service amount. If you skip any cleaning plan appointment within the minimum commitment period or reschedule any cleaning plan appointment within the minimum commitment period to outside of the minimum commitment period, your credit card will be charged for the amount of the appointment and in addition, your account will be credited the amount you are charged. Such merchandise credit will be available for your use during the minimum commitment period only as a merchandise credit to use to book one-off replacement cleaning appointments or handyman appointments, and after the minimum commitment period ends, you may apply such merchandise credits to cleaning appointments and handyman appointments. No monetary refunds will be provided for cleaning plan appointments that are skipped within the minimum commitment period or any cleaning plan appointment within the minimum commitment period that is rescheduled to outside of the minimum commitment period. In addition to the foregoing, if you skip any cleaning

plan appointment between 2-24 hours before a scheduled appointment, you will also be charged an additional USD $15 cancellation fee and if you skip any cleaning plan appointment during the 2 hours before a scheduled appointment, you will be charged the full amount of the appointment, and will not be eligible for any credit.

4. Expiration of Cleaning Plan with Minimum Commitment. Once your minimum commitment period is complete, your selected plan will remain active and the HomeAdvisor Platform will automatically schedule Professional Service appointments to occur on future dates indefinitely at the frequency requested by you and will charge your credit card based on your selected time and frequency. You may cancel your plan in accordance with the cancellation policy set forth in Section 3.g. below.

7. **Cancellation Policy for Service Cancellation by Requester of Cleaning Plans without a Minimum Commitment, Cleaning Plans after completion of the Minimum Commitment period and One-Time Professional Service appointments.** HomeAdvisor's cancellation policy for specific Professional Services is as follows: Requesters may cancel their scheduled Professional Service appointments through the HomeAdvisor Platform at any time, subject to the following conditions: (i) if a Requester cancels more than 24 hours before a scheduled Professional Service appointment, there is no cancellation fee; (ii) if a Requester cancels between 2-24 hours before a scheduled Professional Service appointment, the Requester will be charged a $15 cancellation fee; and (iii) if the Requester cancels during the 2 hours before a scheduled Professional Service appointment, the Requester will be charged the full Professional Service amount. This cancellation policy applies both for one-time Professional Service bookings and for recurring Professional Service appointments. A Professional Service appointment may be canceled through the HomeAdvisor Contact Center at https://www.homeadvisor.com/contact/ or by mailing a notice of cancellation to HomeAdvisor, Inc. Attn.: Legal, PO Box #1122, New York, NY 10159.

8. **HomeAdvisor Select.**
   1. Membership: HomeAdvisor may from time to time offer Requesters the opportunity to purchase one-time cleaning Professional Services provided the Requester first agrees to purchase an annual or monthly HomeAdvisor Platform Select Membership ("HomeAdvisor Select").
   2. Billing and Renewal: When you first sign up and purchase HomeAdvisor Select, you will be billed immediately for your initial HomeAdvisor Select subscription period. By enrolling in HomeAdvisor Select, in addition to any Professional Services you purchase through HomeAdvisor Select, you authorize HomeAdvisor to charge you for your initial HomeAdvisor Select subscription period and a recurring annual or monthly membership at the then current rate, which may change from time to time. Your HomeAdvisor Select will automatically renew and prior to the start of the next subscription period, you will be charged the applicable HomeAdvisor Select fee to your provided payment method on a recurring basis until canceled as set forth herein.
   UNLESS YOU NOTIFY US BEFORE A CHARGE THAT YOU WANT

TO CANCEL OR DO NOT WANT YOUR HOMEADVISOR SELECT TO AUTO RENEW, YOU UNDERSTAND THAT YOUR HOMEADVISOR SELECT WILL AUTOMATICALLY CONTINUE AND YOU AUTHORIZE HOMEADVISOR (WITHOUT NOTICE TO YOU UNLESS REQUIRED BY APPLICABLE LAW) TO COLLECT THE THEN APPLICABLE MEMBERSHIP FEE AND ANY TAXES, USING ANY ELIGIBLE PAYMENT METHOD WE HAVE ON RECORD FOR YOU.

3. Cancellation Fees: The cancellation and rescheduling of any cleaning Professional Service while you are enrolled in HomeAdvisor Select is subject to the cancellation policy, including the payment of any cancellation fees, as further described in Section 3.g. above.

4. Declination of Payment: If an eligible payment method HomeAdvisor has on file for you is declined for payment, you must provide us with a new eligible payment method promptly or your HomeAdvisor Select will be canceled. If you provide us with a new eligible payment method and are successfully charged, your HomeAdvisor Select period will be based on the original enrollment or renewal date and not the date of the successful charge.

5. Cancellation of HomeAdvisor Select: You will not be charged a HomeAdvisor Select fee for the subsequent period if you cancel your HomeAdvisor Select at least three days before your next HomeAdvisor Select renewal date. You may cancel your HomeAdvisor Select by visiting the Handy Contact Center at https://www.homeadvisor.com/contact/https://www.homeadvisor.com/con tact/ or by mailing a notice of cancellation to HomeAdvisor, Inc. Attn.: Legal, PO Box #1122, New York, NY 10159. Following cancellation of your HomeAdvisor Select you will continue to have access to your HomeAdvisor Select through the end of your current paid HomeAdvisor Select period. Should you cancel your HomeAdvisor Select, HomeAdvisor reserves the right to cancel any Professional Service appointments scheduled outside the current paid HomeAdvisor Select period.

6. HomeAdvisor Select Refunds: The HomeAdvisor Select fees are nonrefundable except as only permitted pursuant to this subsection (vi). Subject to the following sentence, if you cancel your purchase of HomeAdvisor Select within three days of (1) signing up for HomeAdvisor Select or (2) converting from a free HomeAdvisor Select trial to a paid HomeAdvisor Select, we will refund your HomeAdvisor Select fee. Notwithstanding the preceding sentence, you are not eligible for any refund of the HomeAdvisor Select fee (a) if you purchased HomeAdvisor Select prior to the expiration of the minimum commitment period of a Professional Services cleaning plan with a minimum commitment or (b) if you have used your HomeAdvisor Select membership to purchase any Professional Services.

7. Membership Plans/Promotional Trial Memberships: HomeAdvisor sometimes offers certain Requesters various trial or other promotional

memberships, which are subject to these Terms except as otherwise stated in the promotional offers.

9. **Policy for Service Cancellation by Professional.** When a Professional cancels a scheduled Professional Service appointment, HomeAdvisor generally notifies the Requester and makes the Requester's Professional Service request available for another Professional to select. However, HomeAdvisor cannot guarantee that a canceled Professional Service appointment will be selected by another Professional and rescheduled or that the Professional Service request will be completed. For Recurrent Service Requesters, if a Professional Service appointment is canceled by a Professional, Requester will not be charged for that Professional Service appointment. Professionals who cancel a scheduled Professional Service appointment may incur fees as provided in the Service Agreement.

10. **Special Promotions; Gift Cards and Vouchers.**

   1. Changes to Promotions. We may from time to time provide certain promotional opportunities to Requesters. All promotions will be run at our sole discretion, and can be activated, modified or removed at any time by us without advance notification.

   2. Promotional Credit. Promotional credit is only eligible for the specific services designated by HomeAdvisor. Promotional credit is valid for a limited time only and expires on the date indicated when you receive the applicable promotional credit. Failure to use promotional credit before such expiration date will result in the forfeiture of promotional credit. HomeAdvisor reserves the right to cancel promotional credit at any time. No refunds will be granted for any expired or canceled promotional credit. HomeAdvisor promotional credit has no intrinsic value, is not redeemable for cash, has no cash value, and serves merely as a means to recognize and provide an incentive to use the HomeAdvisor Platform. Promotional credits may not be purchased for cash and HomeAdvisor does not sell promotional credit. Promotional credit is nonrefundable. Promotional credits will not be applied against any sales, use, gross receipts or similar transaction based taxes that may be applicable to you, and/or fees or charges for use of any ineligible services. Your HomeAdvisor account will be billed for all fees and charges for use of any ineligible services. Each promotional credit can only be used once and your HomeAdvisor account will be billed for all fees and charges for use of any eligible service in excess of the amount of available promotional credit. Promotional credit you receive is personal to you. You may not sell, license, rent, or otherwise transfer promotional credit. Promotional credit may be applied only to your account, and may not be applied to any other account.

   3. Referral Credits. In the event that you are given a code through which you may refer a friend to HomeAdvisor in exchange for a referral credit, you shall not use any online marketing or advertising to promote such code or to artificially increase the amount of credits awarded. By way of example, you may not post, or cause, request or permit a third party to post any such code on a coupon website, nor use any paid search marketing, online

advertising, forum posting, newsgroup posting or bulk email to disseminate such code. You may only share such code with your personal friends and acquaintances for legitimate referral purposes, as determined by us in our sole discretion. HomeAdvisor referral credits are redeemable only for Professional Services. HomeAdvisor referral credits have no cash value and are not redeemable for cash unless otherwise required by law. Without limiting our other rights and remedies, we may terminate such code and/or your account for any breach of this Section. For questions or additional information, contact us at https://www.homeadvisor.com/contact/.

4. Vouchers. HomeAdvisor vouchers or promotional codes for special offers or discounts ("Vouchers") may be available and can be used to pay in part or in full for Professional Services. You agree that you will only use one Voucher per person and will use Vouchers in accordance with the Voucher terms and conditions. You agree that you will comply with all Voucher terms and conditions. Use of Vouchers is further subject to the below terms and conditions regarding Gift Cards.

5. Gift Cards. HomeAdvisor Gift Cards ("Gift Cards") are redeemable only for Professional Services. Gift Cards have no cash value and are not redeemable for cash unless otherwise required by law. Gift Cards must be presented at the time of purchase and any available balance will be applied to your purchase. Gift Cards do not expire and there are no inactivity, dormancy or service fees associated with Gift Cards. You agree that you will comply with all Gift Card terms and conditions. Gift Cards are not replaceable if lost or stolen, and cannot be combined with any other Gift Cards, Vouchers, gift certificates, or other coupons. Gift Cards cannot be used for previous purchases, credits, or the purchase of Gift Cards, and cannot be used to make a payment towards third party items the balance on a credit card. We reserve the right to limit quantities of Gift Cards purchased by any person or entity and to cancel a Gift Card if we believe that the Gift Card was obtained through fraudulent or unauthorized means. Specifically, you may not purchase or obtain more than $10,000 in Gift Card value in any one day regardless of location, whether on a single Gift Card or multiple Gift Cards. Moreover, you may not purchase or obtain any one Gift Card with a value of more than $2,000 in any one day. No credit card, credit line, overdraft protection, or deposit account is associated with your Gift Card. Unused Gift Card balances are not transferable, and you may not sell a Gift Card or otherwise barter for its exchange although you may give a Gift Card to someone else as a gift. A Gift Card is void if copied, altered, transferred, purchased or sold. Purchases of Gift Cards are final and not refundable. All sales are final. We reserve the right to correct the balance of a Gift Card if we believe that a billing error has occurred, and we disclaim all liability for any such billing errors. Gift Cards and their use are subject to this Agreement (including the Privacy Policy) and use of a Gift Card constitutes acceptance thereof. Applicable terms and conditions are subject to change

without notice. If the laws pertaining to a Gift Card require additional or different terms and conditions, then such terms and conditions shall apply. For questions or additional information, contact us at https://www.homeadvisor.com/contact/. In the event you do not use your *Gift Card for a certain period of time, we may be required to turn over the* remaining Gift Card balance to a state under such state's unclaimed or abandoned property law. Although your Gift Card does not expire, if we *are obligated to turn over the remaining balance of your Gift Card under a* state's unclaimed property law, by operation of law we will be released from any further liability or obligation with respect to your Gift Card and *you may be required to contact the state's unclaimed property* administrator to attempt to recover your unused Gift Card balance. To protect your right to continue to use your remaining Gift Card balance, we will make reasonable efforts to exempt your Gift Card from state unclaimed property laws.

13. **RATINGS & REVIEWS ARE NOT ENDORSED BY HOMEADVISOR.COM**
All Ratings and Reviews of a Service Professional displayed to you reflect the opinions of other consumers, and do not reflect or represent the opinions or representations of HomeAdvisor. HomeAdvisor disclaims any and all representations or warranties with regard to the Ratings and Reviews. **HomeAdvisor does not assume responsibility or liability** for any Review or for any claims, damages, or losses resulting from any use of the Site or the materials contained therein.

14. **ARTICLES AND OTHER CONTENT**
HomeAdvisor provides certain content relating to home improvement, repair, maintenance ("Articles"), on the HomeAdvisor or apps, and via mobile applications owned and operated by HomeAdvisor. Such Articles are provided "As-Is", without any warranties or representations, and you assume all liability and responsibility for your use of such Articles. You understand and agree that the Articles do not provide advice, and that such Articles are no substitute for the advice of a professional.

15. **LINKS TO THIRD PARTY SITES**
The links in the HomeAdvisor or apps will let you leave HomeAdvisor's Web site. The linked sites are not under the control of HomeAdvisor and HomeAdvisor is not responsible for the contents or functionality of any linked site or any link contained in a linked site, or any changes or updates to such sites. Your use of such third party linked sites is governed by the terms and conditions, and privacy policies, of such linked sites. HomeAdvisor is not responsible for webcasting or any other form of transmission received from any linked site. HomeAdvisor is providing these links to you only as a convenience, and the inclusion of any link does not imply endorsement by HomeAdvisor of the site.

16. **THIRD PARTY COPYRIGHTS AND OTHER RIGHTS**
HomeAdvisor respects the intellectual property rights of others. If you believe that your copyright has been infringed, please send us a notice as set forth in out Copyright and DMCA Policy, which is incorporated into these Terms and Conditions. For other

intellectual property claims, please send us a notice at
dmcacopyrightnotice@homeadvisor.com.

17. **NOTICE SPECIFIC TO DOCUMENTS AND INFORMATION AVAILABLE ON THIS WEBSITE.**

Permission to use documents (such as press releases, datasheets, content, informational items and FAQs) from the HomeAdvisor server ("Server") is granted, provided that (1) the below copyright notice appears in all copies and that both the copyright notice and this permission notice appear, (2) use of such documents from the Web site is for your informational and non-commercial or personal use only and will not be copied or posted on any network computer or broadcast in any media, and (3) no modifications of any Documents are made. Educational institutions (specifically K-12, universities and state community colleges) may download and reproduce the Documents for distribution in the classroom. Distribution outside the classroom requires express written permission of HomeAdvisor. Use for any other purpose is expressly prohibited by law, and may result in severe civil and criminal penalties. Violators will be prosecuted to the maximum extent possible. Documents specified above do not include the design or layout of the HomeAdvisor or apps or any other HomeAdvisor owned, operated, licensed or controlled site. Elements of the HomeAdvisor or apps are protected by trade dress, trademark, unfair competition, and other laws and may not be copied or imitated in whole or in part. No logo, graphic, sound or image from any HomeAdvisor web Site may be copied or retransmitted unless expressly permitted by HomeAdvisor. You may not use any deep-link, page-scrape, spider, robot, crawl, index, Internet agent or other automatic device, program, algorithm or technology which does the same things, to use, access, copy, acquire information, generate impressions, input information, store information, search, generate searches or monitor any portion of this website. HOMEADVISOR AND/OR ITS RESPECTIVE SUPPLIERS MAKE NO REPRESENTATIONS OR WARRANTIES ABOUT THE SUITABILITY OF THE INFORMATION CONTAINED IN THE DOCUMENTS AND RELATED GRAPHICS PUBLISHED ON THIS SERVER FOR ANY PURPOSE. ALL SUCH DOCUMENTS AND RELATED GRAPHICS ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND. HOMEADVISOR AND/OR ITS RESPECTIVE SUPPLIERS HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH REGARD TO THIS INFORMATION, INCLUDING ALL IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT. THE DOCUMENTS AND RELATED GRAPHICS PUBLISHED ON THE HOMEADVISOR WEB SITE COULD INCLUDE TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS. CHANGES ARE PERIODICALLY ADDED TO THE INFORMATION HEREIN. HOMEADVISOR AND/OR ITS RESPECTIVE SUPPLIERS MAY MAKE IMPROVEMENTS AND/OR CHANGES IN THE PRODUCT(S) AND/OR THE PROGRAM(S) DESCRIBED HEREIN AT ANY TIME.

18. **INDEMNIFICATION**

YOU AGREE TO INDEMNIFY HOMEADVISOR, AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, CO-BRANDERS, AND ANY PARTNERS AND HOLD THEM EACH HARMLESS FROM ANY AND ALL CLAIMS OR DEMANDS, INCLUDING ATTORNEY'S FEES, MADE BY ANY THIRD PARTY DUE TO OR ARISING FROM YOUR USE OF THE

HOMEADVISOR SERVICES IN CONNECTION WITH THE HOMEADVISOR WEB SITE, WITH REGARD TO ANY DISPUTE BETWEEN YOU AND A SERVICE PROFESSIONAL, OR YOUR VIOLATION OF THESE TERMS AND CONDITIONS, OR ARISING FROM YOUR VIOLATION OF ANY RIGHTS OF A THIRD PARTY.

## 19. AGREEMENT TO ARBITRATE ALL DISPUTES AND GOVERNING LAW

0. The exclusive means of resolving any dispute between you and HomeAdvisor or any claim or controversy arising out of or relating to use of this Website and/or HomeAdvisor's services (including any alleged breach of these Terms and Conditions) shall be BINDING ARBITRATION administered by the American Arbitration Association, EXCEPT AS EXPRESSLY PROVIDED BY APPLICABLE FEDERAL OR STATE LAW. You may not under any circumstances commence, participate in or maintain against HomeAdvisor any class action, class arbitration, or other representative action or proceeding.

# *NOTICE OF RIGHTS*

1. By using the Website and/or HomeAdvisor's services in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and HomeAdvisor. YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

2. Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against HomeAdvisor may be commenced only in the federal or state courts located in Denver County, Colorado. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

3. These Terms and Conditions, and any dispute between you and HomeAdvisor, shall be governed by the laws of the state of Colorado without regard to principles of conflicts of law, provided that this arbitration agreement shall be governed by the Federal Arbitration Act.

## 20. GENERAL PROVISIONS

You acknowledge and agree that the HomeAdvisor Services are provided to you on an

"AS IS" basis without any warranty whatsoever, and your sole and exclusive remedy, and HomeAdvisor's sole obligation to you or any third party for any claim arising out of your use of the HomeAdvisor Services or the HomeAdvisor or apps, is that you are free to discontinue your use of the HomeAdvisor Services or the HomeAdvisor or apps at any time. EXCEPT AS EXPRESSLY SET FORTH HEREIN, HomeAdvisor EXPRESSLY DISCLAIMS ANY IMPLIED WARRANTIES OF ANY KIND, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND YOU AGREE THAT HomeAdvisor SHALL HAVE NO LIABILITY FOR DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL (INCLUDING LOST PROFIT), EXEMPLARY OR PUNITIVE DAMAGES (EVEN IF HomeAdvisor HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES) ARISING OUT OF THIS AGREEMENT OR ANY CONSEQUENCES WHICH FLOW FROM IT. SOME STATES AND PROVINCES DO NOT ALLOW LIMITATIONS ON OR EXCLUSION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES. IN SUCH STATES AND PROVINCES, THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU. The Terms and Conditions will inure to the benefit of HomeAdvisor's successors, assigns and licensees. If any provision of these Terms and Conditions shall be deemed unlawful, void or unenforceable, for any reason, by any court of competent jurisdiction that provision shall be modified in order to make it enforceable, while maintaining the spirit of the provision. Alternatively, if modification is not possible, such provision shall be stricken and shall not affect the validity and enforceability of the remaining terms. The failure of HomeAdvisor to exercise or enforce any right or provision of the Terms and Conditions shall not constitute a waiver of such right or provision. You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of the Services or the Terms and Conditions must be filed within one (1) year after such claim or cause of action arose or be forever barred. The section titles in the Terms and Conditions are for convenience only and have no legal or contractual effect. These Terms and Conditions are governed by the laws of the State of Colorado as such laws are applied to agreements entered into and to be performed entirely in the State of Colorado and between Colorado residents. You agree to submit to jurisdiction in Colorado and that any claim arising out of or related to these Terms and Conditions will be brought solely in a court in Denver County, Colorado. These Terms and Conditions constitute the entire agreement between you and HomeAdvisor and supersede all oral and written negotiations or representations of the parties with respect to the subject matter hereof. These Terms and Conditions may not be modified or amended other than by an agreement signed by both parties.

© 1999-2019 HomeAdvisor, Inc. All rights reserved.

< Back

# EXHIBIT 3

# HomeAdvisor Terms and Conditions

Welcome to HomeAdvisor! This Agreement ("Agreement") governs your relationship with HomeAdvisor, Inc. In this Agreement, we will refer to you, the member Service Professional, and all of your d/b/a's, affiliates, agents, employees, representatives and subcontractors as "you," "SP," "Service Professional" or "member" and to HomeAdvisor, Inc. and its employees and agents as "we" or "us" or "HomeAdvisor." Other Service Professionals who have joined HomeAdvisor's network are referred to in this Agreement as "Service Professionals," "SPs," or "members." Unless otherwise stated, all terms and conditions set forth in this Agreement that apply generally to Service Professionals also apply to and bind you. References herein to the HomeAdvisor "Website" include any and all websites now, or hereafter, owned or operated by HomeAdvisor. These Terms & Conditions were last updated on October 1st, 2018. **Updated material terms are bolded and underlined.**

**IMPORTANT NOTICE: THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION AND CLASS ACTION WAIVER. IT AFFECTS YOUR LEGAL RIGHTS AS DETAILED IN THE ARBITRATION AND CLASS ACTION WAIVER SECTION BELOW. PLEASE READ CAREFULLY.**

1. **What We Agree.**

    1. With Respect to Lead Purchasing Members.

        1. HomeAdvisor receives requests from homeowners, consumers, property managers, individuals and other persons ("customers") expressing interest in certain services relating to home improvement, repair, maintenance and other types of tasks and projects ("service requests"). These service requests from customers may be submitted directly or indirectly to HomeAdvisor by customers via the HomeAdvisor Website, telephone calls, third party websites or other means. In turn, HomeAdvisor may send you a communication about a customer's service request that contains information about what service has been requested and the customer's contact information (a "Lead"). We may also send your contact information to the customer. The information we provide about you will be based on the information you submit during the Company Profile Interview (which you may amend from time to time) and Customer Ratings & Reviews, and may be amended by HomeAdvisor from time to time. Leads may also be sent to other member service professionals based on the category of the service request.

        2. We limit the number of Service Professionals that are matched to a customer. We do not guarantee to provide you any specific number of Leads, nor do we make guarantees, representations or warranties regarding a customer's level of interest, their desire to have work completed, their ability to pay you, the accuracy of the information provided by the customers, or that any customers will hire you to perform services, nor do

we guarantee that you will successfully contact each customer. We are not involved in, nor do we have any responsibility for your contracts with customers, their creditworthiness, or any payments to you or any disputes they may have with you or you may have with them. HomeAdvisor is free to contract with other Service Professionals as this is not an exclusive contract.

3.  We provide customers with the ability to rate their experience working with you via Customer Ratings & Reviews. You will also have the ability to solicit and collect ratings and reviews from any of your customers, which may or may not be displayed in LiveDirectory (defined below), in HomeAdvisor's sole discretion.

4.  For Service Professionals using HomeAdvisor's Exact Match Services (not available in Canada), HomeAdvisor shall endeavor to generate click-throughs to the SP's listing and online profile page and calls to the Exact Match Numbers (defined below), based upon the profile information supplied by SP. HomeAdvisor shall provide for the hosting of the SP online profile page (which may appear in the HomeAdvisor LiveDirectory (defined below) and elsewhere on the Internet, however, SP is solely responsible for all content provided by SP that appears on SP's online profile page. HomeAdvisor shall provide the telephone numbers unique to SP's online profile page ("Exact Match Numbers"). In addition, customers will be able to complete a service request on the SP online profile page. A submission of a service request by a customer on SP's online profile page, or via a telephone call to SP's Exact Match Number shall constitute an "Exact Match Lead." In addition, a lead will be deemed to be an Exact Match Lead anytime a customer is presented with your information and indicates that they desire to be connected with you (whether by clicking on "Request a Quote", indicating to a HomeAdvisor representative that they would like to be connected to you, or otherwise indicating that they desire to contact you).

5.  If your HomeAdvisor rating drops to two (2) stars or below, you will no longer be permitted to purchase leads from HomeAdvisor until you raise your rating above two (2) stars (although your directory listing will remain active). You will have the ability to improve your rating by acquiring additional positive reviews to lift the rating. However, you will not be able to use references from non-HomeAdvisor consumers to increase your rating, you must obtain additional consumer reviews submitted through the HomeAdvisor platform. Once your rating is greater than two stars, you will regain your eligibility to purchase leads.

2.  With Respect to Subscription Members:

You may purchase a subscription to receive services including: Placement in HomeAdvisor's directory product which is displayed on the HomeAdvisor

Website ("LiveDirectory") and Customer Ratings and Reviews solicitation. **You may be displayed among service professionals who are members of HomeAdvisor affiliate companies, including Angie's List, some of whom may have been subject to different screening criteria than the screening you are required to undergo.**

In the event you purchase a subscription and elect to appear in the LiveDirectory, your business listing may appear on the Pro Reviews section of the HomeAdvisor Website, in response to requests from customers for contractors in the project categories that you have indicated to us that you perform, in geographic locations where you have told us your perform services. HomeAdvisor does not make any representations or warranties regarding how often your listing and/or profile (including any ratings or reviews) will appear or be viewed, or where or on what page of the Pro Reviews tab your listing will appear, or your conversion rate for impressions or views of your profile page. You will also have the ability to solicit and collect ratings and reviews from any of your customers, which may or may not be displayed in LiveDirectory, in HomeAdvisor's sole discretion. In addition, the telephone number displayed with your listing shall be your actual telephone number that you provide to HomeAdvisor (unless your listing is appearing as an Exact Match listing).

3. Professional Website. You may purchase a Professional Website and hosting (see *HomeAdvisor Website License & Services Agreement*).

2. **What You Agree.**

You agree to all terms and conditions of this Agreement and represent, on behalf of you, your company (including any predecessor entities of your company), employees, subcontractors, and any individuals performing work on your behalf, at the time you become a HomeAdvisor SP, and thereafter while this Agreement remains in effect, as follows:

1. Membership in the HomeAdvisor network is available only to individuals who are at least 18 years old and can form legally binding contracts under applicable law. By applying to join HomeAdvisor, you represent and warrant that you are eligible.

2. You are qualified and capable of performing the services, trade, or tasks you selected on the Service Professional Enrollment Form or during your Company Profile Interview, and any subsequent amendments you make to your Customer Profile.

3. You are, and at all times will be, properly and fully licensed*, bonded and insured (at levels in accordance with applicable industry standards) under all applicable laws and trade regulations (and upon request will produce documentation to verify this), and further, that you have not been turned down for insurance coverage related to your provision of services. You will notify us promptly of any

such changes to your licensing, bonding or insured status.
\*If you or your company is operating under a license with special restrictions you agree and represent that you will at all times operate within the guidelines as specified by such restrictions.

4.  You will comply with the HomeAdvisor membership requirements as specified from time to time. If these requirements are amended, you will be advised and must comply with any changes immediately upon notification if no action is required on your part or within thirty (30) days if affirmative action is required of you.

5.  You hereby represent that you, any predecessor entities of your company, any other majority shareholders, partners or members, and your company, are free from any (i) bankruptcies, civil legal judgments within the last 3 years, and (ii) felony criminal convictions. If at any time during your membership with HomeAdvisor you, any predecessor entities of your company, any other majority shareholders, partners or members or your company, should file for bankruptcy or be involved in bankruptcy proceedings, have a civil legal judgment entered against such party or a felony conviction entered against such party, you will promptly notify HomeAdvisor. You further represent that you have not been sanctioned or penalized by any governmental authorities in connection with your provision of services to any of your customers, and that you have not been denied membership to (or had your membership revoked from) any professional industry associations. You authorize HomeAdvisor to verify that all of the above representations are truthful and accurate at any time while this Agreement remains in effect.

6.  You agree to abide by and to follow the terms of the HomeAdvisor Resolution Process, as amended from time to time and appearing on our Website. You will cooperate with us if we attempt to facilitate the resolution of any customer complaints between you and your customers; however we are not liable to you or any customer if such matters cannot be resolved. We reserve the right to charge you for any amounts paid to a customer by HomeAdvisor in connection with a dispute between you and a customer, or based upon your performance of or failure to perform services for a customer, and you agree to reimburse us for any such payments and for any costs, expenses or attorneys' fees incurred by HomeAdvisor in connection with the dispute. You agree that we shall have the right to disclose any information we have regarding you and your company to any authorities requesting information from us regarding any work or services you have performed.

7.  If you provide any quotes to customers via the HomeAdvisor Website, such quotes are provided for informational purposes only. A customer cannot contract with you via the HomeAdvisor Website. In the event a customer selects you on our Website in response to a quote you provide (or schedules and appointment), such selection (or appointment) is merely an indication of the customer's interest in contacting or being contacted by you.

8. If you provide written comments or testimonials about our service or activities, you agree that we shall have sole ownership of any and all intellectual property rights in such comments or testimonials, and that we may post and publish your comments or portions thereof at our sole discretion on our Website or in marketing materials including your name and company or agency, and that you shall not be entitled to any payments associated with our use of the foregoing. You hereby authorize us to use your name, company name, and franchise name, as applicable, and any of the trademarks, service marks, trade names and logos, content including photographs, in the form or format that you supply to us or that you upload to our Website, for use and posting on our Website and for use in marketing materials to be presented to customers or prospective SPs in online postings, via emails or otherwise to help promote you or your services, and that you shall not be entitled to any payments associated with our use of the foregoing. HomeAdvisor reserves the right, in its sole discretion, to review, reject and remove any content that you upload to the HomeAdvisor Website or your company profile. You further represent that you have all necessary rights to display any of the logos, service marks, trademarks, and any other content that you upload to our Website, and you represent that your uploading for display of any such content, and the use by HomeAdvisor of such content as contemplated by this Agreement, shall not violate any third party's intellectual property rights. If there are any limitations or restrictions pertaining to the use or presentation of such logos, trade or service marks, it shall be your responsibility to provide us in writing with any such restrictions or limitations of use. If expressly authorized by us in writing in advance, you may be authorized during the term of this Agreement to use certain marks of HomeAdvisor as necessary to promote your business. You are expressly prohibited from registering any trademarks or domain names of HomeAdvisor.

9. By posting or providing any content on the HomeAdvisor Website, including but not limited to photographs ("Content"), you represent and warrant to HomeAdvisor that you own or have all necessary rights to use the Content, and grant to HomeAdvisor the rights granted below. The forgoing representation includes, but is not limited to a representation and warranty that you have own or have the necessary rights (including any necessary releases) to grant all rights granted below in relation to any persons, places or intellectual property pictured in any photographic Content that you provide. In addition, if you post or otherwise provide any Content that is protected by copyright, you represent that you have obtained any necessary permissions or releases from the applicable copyright owner. You hereby grant HomeAdvisor and its users a perpetual, irrevocable, non-exclusive, royalty-free, transferable, assignable, sub-licensable, worldwide license to use, store, display, reproduce, modify, edit, abridge, crop, create derivative works, perform, distribute, and place advertising near and adjacent to your Content on the HomeAdvisor Website, and on any other websites owned or operated by HomeAdvisor. Nothing in this Agreement shall restrict other legal rights HomeAdvisor may have to the Content, for example under other licenses. HomeAdvisor reserves the right to remove or modify Content for any reason, including Content that HomeAdvisor believes violates this Agreement or

our policies. You further authorize us and our affiliates, licensees, sublicensees, and users, without compensation to you or others, to reproduce, print, publish and disseminate in any format or media (whether now know or hereafter created) the Content, including, if submitted, your name, voice and likeness throughout the world, and such permission shall be perpetual and cannot be revoked for any reason. In the event your HomeAdvisor account is terminated, or if you remove any Content from your HomeAdvisor account, HomeAdvisor and its users may retain your Content and may continue to use any of your Content (pursuant to the license granted above). You acknowledge and agree that any Content you post or provide may be viewed by the general public and will not be treated as private, proprietary or confidential. Further, to the extent permitted under applicable law, you waive and release and covenant not to assert any moral rights that you may have in any Content posted or provided by you.

10. You acknowledge and agree that all of the content and information posted on the HomeAdvisor Website, including but not limited to Service Professional profiles, screening information, and Customer Ratings & Reviews for all HomeAdvisor Service Professional members (excluding any logos or trademarked materials, or other intellectual property of Service Professionals provided by Service Professionals), is the sole and exclusive property of HomeAdvisor. You acknowledge and agree that you have no right to reproduce, post, publish, display or otherwise use any Customer Ratings & Reviews (including those relating to you and your business), or any other content posted on the HomeAdvisor Website, other than content provided directly by you. You represent and warrant that all of the information you provide to HomeAdvisor, including any and all information you include on your profile page, is true and accurate. You acknowledge that a violation of any of the foregoing could result in significant damages, and you agree that you are liable to HomeAdvisor for any such damages, and will indemnify HomeAdvisor in the event of any third party claims against HomeAdvisor based on or arising from your violation of the foregoing. You acknowledge and agree that HomeAdvisor has the right, in its sole discretion, to contact customers about services you provide to gain their feedback and rating of you, and to display such Customer Ratings and Reviews on our Website. HomeAdvisor is not responsible or liable to you for any comments, ratings or communications of any kind from customers that we choose to post on our Website.

11. **You acknowledge and agree that in certain areas of the HomeAdvisor Website or its affiliates' sites, including the Angie's List Website, the "star" rating that you have received from customers may be converted to a "letter" rating, in HomeAdvisor's sole discretion. If you are an Angie's List service professional, HomeAdvisor may convert your "letter" rating into a "star" rating for display on the HomeAdvisor site, in HomeAdvisor's sole discretion.**

12. You will not engage in any illegal acts or acts of wrongdoing, dishonesty or unethical business practices with HomeAdvisor, any customer or other third party, including, but not limited to, disclosing any user personal information to any third

party. You will at all times be in full compliance with all applicable Federal, State, Provincial, local and other laws and regulations that apply to your activities. YOU ACKNOWLEDGE AND AGREE THAT TO KNOWINGLY SHARE, DISTRIBUTE, TRANSFER, OR SELL A HOMEADVISOR SERVICE REQUEST, OR LEAD (OR THE INFORMATION CONTAINED THEREIN) OTHER THAN AS EXPRESSLY SET FORTH IN THIS AGREEMENT, IS A VERY SERIOUS BREACH OF CONTRACT AND FRAUDULENT MATTER THAT COULD RESULT IN INVASION OF PRIVACY RIGHTS OR OTHERS, SIGNIFICANT COSTS AND DAMAGES TO OTHERS AND TO HOMEADVISOR AND OTHER SERVICE PROFESSIONAL MEMBERS. RESPONDING TO SUCH A VIOLATION WOULD ALSO RESULT IN THE LOSS OF TIME AND EFFORT ON THE PART OF HOMEADVISOR. THERE ALSO MAY BE REGULATORY FINES AND PENALTIES IMPOSED FOR CONTACTING CONSUMERS AND BUSINESSES IN A MANNER NOT IN ACCORDANCE WITH THE APPLICABLE LAWS AND REGULATIONS INCLUDING BUT NOT LIMITED TO FEDERAL STATE AND PROVINCIAL DO-NOT-CALL REGULATIONS AND FEDERAL STATE AND PROVINCIAL ANTI-SPAM REGULATIONS. ACCORDINGLY, IF YOU KNOWINGLY SHARE, DISTRIBUTE, TRANSFER, OR SELL A SERVICE REQUEST, OR LEAD (OR THE INFORMATION CONTAINED THEREIN) OTHER THAN AS EXPRESSLY SET FORTH IN THIS AGREEMENT, YOU AGREE TO FULLY INDEMNIFY AND BE LIABLE TO HOMEADVISOR, AS SET FORTH IN SECTION IV BELOW, FOR ALL THE DAMAGES, WHETHER DIRECT OR INDIRECT, PUNITIVE AND CONSEQUENTIAL, AND ANY REGULATORY OR JUDICIAL FINES OR PENALTIES OR ATTORNEYS' FEES THAT MAY ARISE FROM SUCH ACTIVITIES.

13. You agree to allow only employees of your company or independent contractors performing services directly on behalf of your business to contact or provide any service to customers you learn of via a Lead. To the extent you use any such subcontractors, you shall be responsible and liable for all acts and omissions of such subcontractors and for ensuring that such subcontractors comply with all the provisions of Section II of this Agreement. You agree not to sell, trade, gift, assign, or otherwise transfer any Service Requests, or Leads provided by HomeAdvisor to any other party, including any other HomeAdvisor Service Professionals.

14. In addition to all of the other terms and conditions herein, SPs using HomeAdvisor's Exact Match services (not available in Canada) also agree to the following: (i) SP hereby represents and warrants that the information provided by SP in the SP profile on the SP's online profile page is, and shall at all times be, maintained in an accurate, up-to-date and professional manner, and in compliance with all applicable laws and regulations; (ii) SP hereby agrees that it hereby has automatically pre-accepted any Exact Match Leads provided to it by HomeAdvisor; (iii) SP hereby agrees to pay for any and all Exact Match Leads, in accordance with the then current HomeAdvisor fee schedule; (iv) HomeAdvisor may provide SP's phone number to any individual calling the Exact Match

Numbers; (v) SP acknowledges and agrees that not all consumers calling the SP's Exact Match Number or visiting the SP's online profile page will be directed to SP for reasons including, but not limited to the Exact Match consumer's request not matching the SP's profile, SP's account being on hold or no longer being a *member of the HomeAdvisor network*, or the SP not having any available spend target. In such event, HomeAdvisor may direct consumers from the SP's online profile page to the HomeAdvisor Website; (vi) SP hereby authorizes HomeAdvisor to take any and all actions necessary to generate click-throughs to SP's online profile page and telephone calls to Exact Match Numbers, including contracting with search engines, Internet directories, and other online and offline advertising sources and making the representations herein on behalf of SP to such third parties, and (vii) SP authorizes HomeAdvisor to use, copy, reproduce, and sublicense SP's contact information, SP's profile, and any content on the SP's online profile page in furtherance of the foregoing. You further acknowledge, that in the event you are using HomeAdvisor's Exact Match services, and you are also a LiveDirectory subscription member, you may appear in the LiveDirectory at different times as an Exact Match listing, or a LiveDirectory subscription member listing, but will only be charged Lead Fees when you receive a service request generated from your listing appearing as an Exact Match listing.

15. In the event you participate in any promotion whereby HomeAdvisor promotes an offer or discount related to your services, whether on the HomeAdvisor Website, via direct mail, or otherwise, you agree to abide by the terms of such offer or discount.

16. **By enrolling in the HomeAdvisor network or otherwise becoming a member of HomeAdvisor, and/or by inquiring about membership in the HomeAdvisor network or other HomeAdvisor products or services, you are requesting, and you expressly consent to being contacted by us and by our agents and representatives via phone, fax, email, mail or other reasonable means, at any of your contact numbers or addresses, even if you are listed on any federal, state, provincial or other applicable "Do Not Call" list, and even if you have previously opted-out from receiving marketing emails from HomeAdvisor, in order that we may provide the services set forth on our site, to service your account, to reasonably address matters pertaining to your account or for other purposes reasonably related to our business, including *marketing related emails. You agree to sign up for at least two methods of* lead notification (for example SMS and email), and acknowledge that if you do not sign up for at least two methods of lead notification, HomeAdvisor is not responsible for any delayed or undelivered leads.**

17. **HomeAdvisor's mobile applications may implement location features that, if you consent, result in automatic collection of your geolocation information, in which case our mobile application may use such information to allow HomeAdvisor and customers to view and track your location. We may also use this location information for our internal business purposes, and for providing and enhancing our products and services and advertising. IF YOU**

**WANT TO STOP THE AUTOMATIC COLLECTION OF YOUR
LOCATION INFORMATION, YOU MAY DO SO BY USING THE
PRIVACY SETTINGS ON YOUR DEVICE, OR BY UNINSTALLING
OUR MOBILE APPLICATION. CERTAIN FEATURES, SUCH AS SAME
DAY SERVICE, WILL NOT BE AVAILABLE IF YOU OPT OUT OF
LOCATION COLLECTION.**

3. **Fees.**

    1.  You agree to be bound by the then applicable pricing plan provisions (all fees are stated and payable in US dollars) for any and all Leads presented to you (as further described in Attachment A for lead purchasing service professionals), or for any inclusion in our LiveDirectory service or any other subscription offering. You will pay HomeAdvisor applicable non-refundable fees which may include: (i) an Enrollment/Screening Fee; (ii) Lead Fees, as set forth in the Lead Fee Schedule, for customer Leads accepted by you; (iii) HomeAdvisor Seal of Approval License Fees at the then current standard Seal of Approval license fee rates, (iv) Membership Fees; (v) Administrative Fees; (vi) Website development and hosting fees, if you have elected to have HomeAdvisor develop and host your company Website; (vii) Subscription Fees and (viii) any other applicable fees such as Custom URL Fees or e-mail account fees as applicable. HomeAdvisor reserves the right to charge your credit card for any fees immediately upon receipt of your credit card information by you or your representatives.

        1.  Lead Fees. You agree that you will pay HomeAdvisor on a per Lead basis for all Leads. You agree that payment for Lead Fees will be made by HomeAdvisor initiating an ACH transfer or processing your credit card (for Canadian SP's, credit card only) each week for the previous week's activity. You may view a statement of your monthly lead activity on your HomeAdvisor account, at pro.HomeAdvisor.com. We may, in our sole discretion and in accordance with our then-existing Lead credit policies, issue you a credit ("Credit") for any Lead Fees that you dispute (by contacting HomeAdvisor via our Website, the HomeAdvisor Pro app, or by telephone), provided, however, that any and all requests for Credits must be received by HomeAdvisor within 30 days of the date that the Lead Fee charge was incurred. Credits that are issued to a Service Professional's account will be issued as store credits, which will be applied toward future charges to your account. Credits will expire, if not used, eighteen months after the date the Credit was issued. All Lead Fees constitute advertising fees paid by you to HomeAdvisor and are in no way, referral commissions based upon your successful completion of services.

        2.  Subscription Fees; License Fees; Other Recurring Fees.

            For purchases of a subscription membership (monthly, quarterly, or annually), you shall pay such fees on a monthly, quarterly or annual basis, as applicable. You agree that payments will be made by HomeAdvisor

initiating an ACH transfer or processing your credit card, in advance, on a monthly, quarterly or annual basis, as applicable.

1. **AUTOMATIC RENEWAL OF SUBSCRIPTION; After your initial subscription period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period (each a "Renewal Term"), at the renewal price communicated to you at the time your purchased your initial subscription ("Renewal Price"), unless HomeAdvisor provides you with at least thirty (30) advance notice of a change in your Renewal Price. You agree that your account will be subject to this automatic renewal feature. If you want to change or terminate your subscription, you may do so solely by contacting HomeAdvisor Customer Care at (877) 947-3676. If you cancel your subscription, you may use your subscription until the end of your then-current subscription term; your subscription will not be renewed after your then-current term expires, and you won't be eligible for any refund of any portion of the subscription fee paid for the then-current subscription period. By subscribing, you authorize HomeAdvisor to charge your provided payment method now and again at the beginning of any Renewal Term. You also authorize HomeAdvisor to charge you for any sales or similar taxes that may be imposed on your subscription payments. Upon the renewal of your subscription, if HomeAdvisor does not receive payment from your payment method or payment method provider, (i) you agree to pay all amounts due on your account upon demand, and/or (ii) you agree that HomeAdvisor may either terminate or suspend your subscription and continue to attempt to charge your payment method until payment is received.**

2. Free Trials and Other Promotions. Any free trial or other promotion that provides a subscription to the HomeAdvisor services automatically renews in the same manner as set forth above under the section titled "Automatic Renewal", provided, however, that the Renewal Price for any Renewal Terms will be higher than during the free trial or promotion initial term. You must cancel your subscription before the end of the trial period in order to avoid being charged the Renewal Price.

3. Discounts. When you purchase multiple product, you may be eligible for certain discounts, as set forth on the then-current pricing plan, provided, however, that cancellation of a product/service for which you have received a discount, may result in the discount being rescinded retroactively for the remaining products/services, and an immediate additional payment to be

charged to your method of payment. Purchases of prepaid lead bundles are nonrefundable, even after cancellation of membership.

3. You acknowledge that it is your responsibility to ensure that the communication methods that you have selected in your HomeAdvisor profile, and all contact and billing information, are kept up-to-date and accurate. HomeAdvisor is not responsible, or liable, for undelivered customer notifications. You agree to promptly notify HomeAdvisor if your payment method is canceled (including if you lose your card or it is stolen), or if you become aware of a potential breach of security (such as an unauthorized disclosure or use of your payment method). In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for you credit or debit card as provided by your credit or debit card issuer.

4. You acknowledge that you will not receive a detailed account statement unless you provide HomeAdvisor with a valid email address or fax number. Your account balance is also available by calling (877) 947-3676 or via the Account tab of the Pro.HomeAdvisor.com Website. HomeAdvisor will process your balance due at the end of your billing period via your selected payment method. Past due balances will be subject to a late charge equal to the lesser of 1.5% per month or the maximum amount allowed by applicable law. In addition, any returned payments will incur a $20 fee per transaction.

5. Any disputes about charges to your account must be submitted to HomeAdvisor in writing within 30 days of the date such charges are incurred. You agree to waive all disputes not made within the 30 day period, and all such charges will be final and not subject to challenge.

6. Past due accounts may be turned over to a third-party collection agency and reported to a credit rating agency and we may bill you for, and you agree to pay for any and all collection and related litigation fees.

7. No fee is due or payable to the extent such fee is in violation of any applicable law.

8. HomeAdvisor is not obligated to refund to you any amounts of prepaid Lead Fees or other prepaid fees such as subscription fees, except solely in the event you rescind or terminate your subscription within the seventy two (72) hour period following your agreement to purchase a subscription.

9. You authorize HomeAdvisor to charge you for any sales or similar taxes that may be imposed on your subscription payments, lead fees, or any other fees charged by HomeAdvisor.

4. **HomeAdvisor Seal of Approval.**

<u>License.</u> While this Agreement remains in effect, and while you remain in full compliance with all terms set forth herein, HomeAdvisor hereby grants you a non-exclusive, non-transferrable, non-sublicenseable, license to use and display the HomeAdvisor Seal of Approval in connection with marketing your business. You agree that any use or display of the HomeAdvisor Seal of Approval must comply with all standards and guidelines of HomeAdvisor adopted from time to time with respect to the proper use and display of the HomeAdvisor Seal of Approval.

1. <u>Restrictions.</u> You may only use the HomeAdvisor Seal of Approval in the event you pass HomeAdvisor's pre-screening criteria initially and annually thereafter, which shall be determined in HomeAdvisor's sole discretion. HomeAdvisor may also re-screen your business at any time in its sole discretion, and may terminate this Agreement in HomeAdvisor's sole discretion. Further, you agree that you will use and display the HomeAdvisor Seal of Approval solely in connection with the tasks for which HomeAdvisor pre-screens you. For example, if you are pre-screened as a plumber, you may not use the HomeAdvisor Seal of Approval to advertise your business for any services other than plumbing services. Further, you may only use the HomeAdvisor Seal of Approval in the state or states for which you have been pre-screened by HomeAdvisor. You may only use the HomeAdvisor Seal of Approval for its intended use, and you may not misrepresent HomeAdvisor, HomeAdvisor's products or Services, your affiliation with HomeAdvisor, or the HomeAdvisor Seal of Approval. If at any time any of your screening status should change (i.e. state-level license terminated; fall out of good standing in your state of incorporation), you must immediately report such change to HomeAdvisor, and if such change causes your business to fail HomeAdvisor's screening criteria, in HomeAdvisor's sole discretion, then your license to use the HomeAdvisor Seal of Approval is immediately suspended, and if not remedied to HomeAdvisor's satisfaction within thirty days of notification, this Agreement shall automatically terminate. You also hereby agree to be re-screened by HomeAdvisor annually, and at any other time as desired by HomeAdvisor, and failure to allow such rescreening, or failing the re-screening, in HomeAdvisor's sole discretion, shall result in the immediate and automatic termination of this Agreement. The license granted hereunder is solely for the use of the HomeAdvisor Seal of Approval, and you do not have any right to use the HomeAdvisor name or logo separately or apart from the HomeAdvisor Seal of Approval.

2. <u>Accessing the HomeAdvisor Seal of Approval.</u> You agree that you shall access the HomeAdvisor Seal of Approval solely via the following methods: (a) via a code snippet provided to you by HomeAdvisor for use online on your website, or (b) any other method generally offered by HomeAdvisor. You may not make any changes or modifications to the HomeAdvisor Seal of Approval (including the code snippet), and shall only use the HomeAdvisor Seal of Approval in the exact form and format in which it is provided to you by HomeAdvisor.

3. **Review Magic.** If you purchase a Professional Website, you will have the ability, via our "Review Magic" functionality, to select certain of your HomeAdvisor

consumer Ratings & Reviews from your HomeAdvisor profile page, to be displayed on your Professional Website. HomeAdvisor authorizes you to use the Review Magic functionality, and display such Ratings & Reviews on your Professional Website solely while you remain an active member, in good standing, of the HomeAdvisor network. If at any time your membership in the HomeAdvisor network is terminated, by either you or HomeAdvisor, you shall no longer be authorized to display such Ratings & Reviews on your Professional Website, and you agree to remove all such Ratings & Reviews immediately.

5. **Programs Where You May Receive Leads Over and Above Your Spend Target**

   1. **Instant Booking. Unless you expressly opt-out,** HomeAdvisor may send you booked leads under HomeAdvisor's Instant Booking program ("Instant Booking"), which allows consumers to book appointments with you, on a calendar set up for you on the HomeAdvisor Website ("Booked Appointments"). You may choose to sync your own online calendar with the HomeAdvisor Instant Booking calendar so that these bookings will show up in real-time on your own calendar. We will notify you and attempt to confirm these bookings with you, so if you choose not to sync with the HomeAdvisor calendar, we recommend that you log in to your HomeAdvisor account and update the HomeAdvisor calendar to block out dates and times when you are not available or do not wish to book appointments. As part of Instant Booking, you agree to the following: (i) you shall update, maintain, and keep current your schedule in the HomeAdvisor Online Calendar (or any other calendar with which HomeAdvisor has integrated), (ii) you will confirm every Booked Appointment, provided, however, that you shall be charged for all Booked Appointments, regardless of whether you confirm them or not, (iii) you shall honor every Booked Appointment, show up on time for all such appointments, and honor any quotes or estimates you provide to consumers, (iv) you shall pay a premium lead fee for Booked Appointments (v) you understand and agree that Booked Appointments are not guaranteed jobs, but merely consumer leads, and that you are obligated to pay the applicable lead fees regardless of whether the consumer hires you, or even shows up for, or cancels, the booked appointment, (vi) lead fees for Booked Appointments are in addition to, and do not count toward, your spend targets for Leads, and therefore, if you have reached your spend target, you would still be charged for any Booked Appointments received thereafter. HomeAdvisor reserves the right to terminate your participation in Instant Booking at any time, for any reason or no reason.

   2. **Instant Connect.** HomeAdvisor may offer you the opportunity to participate in HomeAdvisor's Instant Connect program ("Instant Connect"), which allows consumers to request to be connected to you directly via telephone. If you participate in Instant Connect, you agree to the following: (i) you shall pay a premium lead fee for Instant Connect leads, (ii) you understand and agree that Instant Connect leads are not guaranteed jobs, but merely consumer leads, and that you are obligated to pay the applicable lead fees regardless of whether the consumer hires you, (iii) lead fees for Instant Connect are in addition to, and do not count toward, your spend targets for Leads, and therefore, if you have reached

your spend target, you would still be charged for any Instant Connect leads received thereafter. HomeAdvisor reserves the right to terminate your participation in Instant Connect at any time, for any reason or no reason.

3. **Job Opportunities Program. HomeAdvisor may offer you the opportunity to participate in HomeAdvisor's Job Opportunities Program, which allows you to view and select additional job opportunities (consumer leads) submitted by consumers that may be outside of your selected zip codes. If you accept a Job Opportunities lead, you agree to the following: (i) you shall pay a premium lead fee for Job Opportunities leads, (ii) you understand and agree that Job Opportunities leads are not guaranteed jobs, but merely consumer leads, and that you are obligated to pay the applicable lead fees regardless of whether the consumer hires you, (iii) lead fees for Job Opportunities are in addition to, and do not count toward, your spend targets for Leads, and therefore, if you have reached your spend target, you would still be charged for any Job Opportunities leads you have accepted thereafter, (iv) you must have the latest version of the HomeAdvisor mobile application to receive Job Opportunities leads, (v) even if you have turned your leads off, if you select a Job Opportunities lead, you will be charged for that lead, and (vi) you understand that Job Opportunities leads are not exclusive to you and may also be sent to other service professionals. Elite 360 members and/or members enrolled in HomeAdvisor under a corporate membership account are not eligible to participate in the Job Opportunities program.**

4. **Miscellaneous. If you pause or turn off your leads, when you turn them back on, a new monthly spend target cycle will be created, such that it is possible your monthly spend target could be exceeded in less than one calendar month. Additionally, your exact spend target may be exceeded in the normal course of events by a Lead or two because our matching algorithm will send a Lead up until the precise point your spend target is exceeded (i.e. if your spend target is $500, and you are currently at $480, you may still receive at Lead valued at $40, at which point you would not receive any more leads as you would have exceeded $500).**

6. **mHelpDesk.**

**Unless you opt out during enrollment in the HomeAdvisor network, your annual Membership Fee paid to HomeAdvisor will include a one-month subscription with mHelpDesk, a field solutions software. After the first month of your subscription with mHelpDesk, unless you cancel, you will automatically be subscribed on a month-to-month basis thereafter, and charged a monthly subscription fee for your continuing mHelpDesk subscription. For more information on mHelpDesk, please see the User Agreement located at www.mhelpdesk.com/user-agreement. You may opt out of an initial or continuing subscription with mHelpDesk by making a**

**request to a HomeAdvisor Sales or Customer Care representative at the time of
your enrollment with HomeAdvisor, or by contacting mHelpDesk in accordance
with the mHelpDesk User Agreement.**

7. **Indemnification; Limitation of Liability; Disclaimer of Warranties.**

   1. Indemnification. You shall fully protect, indemnify and defend HomeAdvisor and all of its agents, officers, directors, shareholders, suppliers, partners, employees and each of their successors and assigns ("Indemnified Parties") and hold each of them harmless from and against any and all claims, demands, liens, damages, causes of action, liabilities of any and every nature whatsoever, including but not limited to personal injury, intellectual property infringement, fraud, deceptive advertising, violation of any state, provincial or federal laws or regulations, property damage, attorneys' fees and court costs, arising in any manner, directly or indirectly, out of or in connection with or in the course of or incidental to (i) any of your work for or dealings with any customers, (ii) your advertising, or (iii) your services, representations, or obligations (including but not limited to your obligation to maintain the confidentiality of user personal information) set forth in this Agreement, including any extra work you perform for a customer for which HomeAdvisor has not matched you, and in connection with your use of the HomeAdvisor Seal of Approval, REGARDLESS OF CAUSE OR OF ANY FAULT OR NEGLIGENCE OF HOMEADVISOR OR THE INDEMNIFIED PARTIES AND WITHOUT REGARD TO CAUSE OR TO ANY CONCURRENT OR CONTRIBUTING FAULT, STRING LIABILITY OR NEGLIGENCE, WHETHER SOLE, JOINT OR CONCURRENT, ACTIVE OR PASSIVE BY HOMEADVISOR OR THE INDEMNIFIED PARTIES.

      1. Limitation of Liability. IN NO EVENT ARE WE LIABLE TO YOU FOR ANY CONSEQUENTIAL, INDIRECT, INCIDENTAL, PUNITIVE OR SPECIAL DAMAGES, LOST REVENUE, LOST PROFITS OR LOSS OF GOODWILL. IN NO EVENT WILL THE TOTAL AGGREGATE LIABILITY OF HomeAdvisor TO YOU EXCEED THE AMOUNT OF FEES ACTUALLY PAID BY YOU TO HomeAdvisor DURING THE PRECEEDING 12 MONTHS, REGARDLESS OF THE BASIS OR FORM OF CLAIM

      2. Disclaimer of Warranties. YOU ACKNOWLEDGE AND AGREE THAT THE HOMEADVISOR SERVICES AND HOMEADVISOR SEAL OF APPROVAL ARE PROVIDED TO YOU ON AN "AS IS" BASIS, AND HOMEADVISOR DISCLAIMS ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT, TO THE MAXIMUM EXTENT PERMITTED BY LAW

8. **AGREEMENT TO ARBITRATE ALL DISPUTES AND GOVERNING LAW.**

1. **The exclusive means of resolving any dispute between you and HomeAdvisor or any claim or controversy arising out of or relating to or that have arisen based on use of this Website and/or HomeAdvisor's services (including any alleged breach of these Terms and Conditions) shall be BINDING ARBITRATION administered by the American Arbitration Association, EXCEPT AS EXPRESSLY PROVIDED BY APPLICABLE FEDERAL OR STATE LAW. You may not under any circumstances commence, participate in or maintain against HomeAdvisor any class action, class arbitration, or other representative action or proceeding.**

## *NOTICE OF RIGHTS*

2. **By using the Website and/or HomeAdvisor's services in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and HomeAdvisor. YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons.**

   1. **Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against HomeAdvisor may be commenced only in the federal or state courts located in Denver County, Colorado. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.**

   2. **These Terms and Conditions, and any dispute between you and HomeAdvisor, shall be governed by the laws of the state of Colorado without regard to principles of conflicts of law, provided that this arbitration agreement shall be governed by the Federal Arbitration Act.**

9. **Other Terms.**

   1. This Agreement, and the HomeAdvisor Fee Schedule, including Lead prices, may be changed from time to time. By continuing to use any HomeAdvisor services you are agreeing to be bound by any such non-material changes. Material changes to this Agreement or to the HomeAdvisor Fee Schedule will be posted on the HomeAdvisor Website at pro.homeadvisor.com/terms/terms-conditions/ and periodically communicated to you by email, text, the HomeAdvisor Pro app or

other reasonable means. By continuing to use any HomeAdvisor services after receiving any such notice of changes from HomeAdvisor, you are agreeing to all such changes.

1. You may terminate this Agreement upon our receipt of your notice during normal business hours (such termination to be effective upon the close of business on the day properly delivered and received), but you shall be obligated to pay for any Leads or services delivered to you prior to us receiving your termination during normal business hours.

2. HomeAdvisor, in its sole discretion, reserves the right to suspend your rights under this Agreement or terminate this Agreement and your membership in the HomeAdvisor network immediately at any time for any reason or no reason at all.

3. If this Agreement is terminated or expires, your agreements and obligations under this Agreement shall continue; and any Leads provided to you during the term of this Agreement and relationships you enter into or create from those Leads will continue to be governed by this Agreement including but not limited to with respect to any disputes that may arise or claims that may be made against us and any indemnification of us by you for such claims. Further, in the event this Agreement is terminated or expires, (i) all licenses granted to you under this Agreement shall immediately terminate, and you shall have no further right to access, use or display the any HomeAdvisor content, including but not limited to the HomeAdvisor Seal of Approval in any manner, and (ii) you agree to destroy any materials containing the HomeAdvisor Seal of Approval. Upon any termination of this Agreement, you will no longer have access to your HomeAdvisor account.

4. If it is determined or suspected by HomeAdvisor in its sole discretion that you are misusing or attempting to misuse or circumvent the HomeAdvisor services or system or any customer data, or are using or attempting to use it for any inappropriate, illegal, harmful, or anti-competitive, purposes, including but not limited to activities such as hacking, infiltrating, fraud, advertising, jamming or spamming, or any activities inconsistent with the services proposed to be offered by HomeAdvisor, in addition to our right to immediately terminate this Agreement, HomeAdvisor reserves the right, in its sole discretion, to instigate, without notice, appropriate legal actions or proceedings to seek appropriate remedies and/or damages, including but not limited to lost revenue, repairs, legal fees, costs and expenses, and to seek injunctions or other equitable remedies.

5. In the event of termination of this Agreement, you shall not be entitled to any refund of any fees paid to us, including any prepayments.

6. You will be liable for any attorneys' fees and costs if we have to take any

legal action (including the retention of a lawyer) to enforce this Agreement. The laws of the State of Colorado (excluding the laws and principles with respect to conflicts of law) govern this Agreement. You hereby consent and agree that the state or federal courts in Denver Colorado are the exclusive forum for litigation of any claim by you arising under this Agreement or your use of the HomeAdvisor Website and/or Services, and you submit to sole and exclusive jurisdiction in the state of Colorado, and hereby irrevocably waive and relinquish any right to bring, or cause to be brought, any such action, or to have any such action brought, in any judicial or administrative forum outside of such forum.

7.  You understand and agree that you are an independent contractor of HomeAdvisor, and are not a HomeAdvisor employee, joint venturer, partner, or agent. You acknowledge that you set or confirm your own prices, provide your own equipment, and determine your own work schedule. HomeAdvisor does not control, and has no right to control, the services you provide (including how you provide such services) if you are engaged by a consumer, except as specifically noted herein.

8.  If any provision of this Agreement is held by any court or other authority of competent jurisdiction to be invalid, illegal or in conflict with any applicable state or federal law or regulation, such law or regulation shall control, to the extent of such conflict, without affecting the remainder of this Agreement.

9.  Wireless data usage is subject to the fees and terms of your wireless subscriber agreement or data service plan with your provider, and you may incur charges from your telephone service provider for text messages, phone calls, email communications and data transferred.

10. **HomeAdvisor and its affiliates may view, store, access and disclose messages exchanged between you and consumers transmitted via HomeAdvisor's messaging platform.**

11. HomeAdvisor has the right to use all information related to You in accordance with its Privacy Policy, which can be found at https://pro.homeadvisor.com/home/Privacy-Policy/.

12. You agree not to copy/collect HomeAdvisor content via robots, spiders, scripts, scrapers, crawlers, or any automated or manual equivalent (e.g., by hand).

## Handyman and Maid Service Programs.

1.  Handyman/Maid Service Fees. Upon your approval into the Handyman Program or the Maid Service Program, your method of payment will be charged a subscription fee ("Subscription Fee") per month in advance. This Subscription Fee is subject to change in

HomeAdvisor's sole discretion with advance notice to you. You will also receive unlimited Handyman Leads or Maid Service Leads at no cost to you.

2. <u>Per Lead Fees for Non-Handyman/Maid Service Leads.</u> If you choose to expand your tasks beyond those included in the Handyman category or the Maid Service category, as applicable, you will be responsible for paying the then-current Lead Fee for each Lead you receive in those additional categories, in addition to your monthly Handyman or Maid Service Subscription Fee.

3. <u>Term.</u> HomeAdvisor may terminate the Handyman Program and/or the Maid Service Program at any time in its sole discretion. If HomeAdvisor terminates the Handyman Program or the Maid Service Program in the middle of a month, you will receive a pro-rated refund of your Subscription Fee. You may cancel your subscription at any time, but HomeAdvisor is not obligated to refund to you any Subscription Fees, except solely in the event you rescind or terminate your subscription within the seventy-two (72) hour period following your agreement to purchase a subscription.

4. Job Opportunities Leads (as set forth in section VI.c.) are not included in the unlimited leads provided under the Handyman Program or the Maid Service Program. Job Opportunities Leads will be charged at the rates presented at the time you elect to purchase such leads.

<h3 style="text-align:center">Appliances Program.</h3>

1. <u>Appliances Program Fees.</u> Upon your approval into the Appliances Program, your method of payment will be charged a subscription fee ("Appliances Subscription Fee") per month in advance. This Appliances Subscription Fee is subject to change in HomeAdvisor's sole discretion with advance notice to you. This Appliances Subscription Fee covers your placement in HomeAdvisor's directory product which is displayed on the HomeAdvisor website ("LiveDirectory"). Additionally, you will receive unlimited Appliances Leads at no cost to you for the first three (3) months from the date of your enrollment in the Appliances Program. After this three (3) month period, you may (i) continue to pay only the Appliances Subscription Fee and remain listed in the LiveDirectory, but you will not receive any additional Appliances Leads, or you may (ii) choose to additionally opt-in to receiving Appliances Leads at the then-current Lead Fees. Receipt of Appliances Leads will be subject to all applicable provisions of this Agreement with respect to Lead-purchasing members.

2. <u>Lead Fees for Non-Appliance Category Leads.</u> If you choose to expand your tasks beyond those included in the Appliances Category, you will be responsible for paying the then-current Lead Fee for each Lead you receive in those additional categories, in addition to your monthly Appliances Subscription Fee.

3. <u>Term.</u> HomeAdvisor may terminate the Appliances Program at any time in its sole discretion. If HomeAdvisor terminates the Appliances Program in the middle of a month, you will receive a pro-rated refund of your Appliances Subscription Fee. You may cancel your subscription at any time, but HomeAdvisor is not obligated to refund to you any

Appliances Subscription Fees, except in the event you rescind or terminate your subscription within the seventy-two (72) hour period following your agreement to purchase a subscription.

## Gig Economy Program.

1. <u>Gig Economy Fees and Payments.</u> HomeAdvisor will set prices for jobs in its sole discretion, and if you accept and complete a job, you will receive a pre-assigned take-home amount per job. This take-home amount will be displayed prior to your accepting a job. In order to participate in the Gig Economy Program, you are required to sign up for Easy Pay, and agree to the Easy Pay terms and conditions, as all payments from consumers will be processed and distributed to you via Easy Pay.

2. <u>Your Obligations.</u>

    1. You authorize HomeAdvisor to send you SMS messages, which may include marketing messages. You also authorize HomeAdvisor to send you marketing emails from time to time.

    2. You are required to download and use the HomeAdvisor Pro mobile application in order to participate in the Gig Economy Program.

    3. You agree to honor the price that you accepted for the job during all business hours and as required by applicable law.

    4. You are responsible for scheduling the work according to your availability;

    5. You agree to use your best efforts to provide the best quality services or goods subject to the job;

    6. You agree to pay any and all state sales, use, or other tax due or imposed by any governmental authority with respect to the job.

3. <u>Representations and Warranties.</u> You represent and warrant that you have all requisite power and authority to enter into this Agreement and to sell the goods or provide the services which are the subject of the job; where applicable, you are legally and properly licensed to and possesses all requisite licenses and permits to complete the job in the geographic areas in which the job is located, and you are registered for sales, use, and other tax collection purposes in all states which you provide goods and services. You represent and warrant that you will not charge or attempt to charge a consumer a price other than the price HomeAdvisor has set for the job you have accepted, or refuse to complete a job in an effort to obtain a higher price.

4. <u>Term.</u> HomeAdvisor may terminate the Gig Economy Program at any time in its sole discretion.

5. <u>Miscellaneous.</u> HomeAdvisor is in no case liable to you for payment for a job you have

accepted, all liability with respect to payment lies with the consumer.

HomeAdvisor Pro Mobile App
Download Free
By using HomeAdvisor, you agree to our Terms & Conditions | Privacy Policy

## HomeAdvisor Pro

- Home
- Lead Center
- Opportunities
- Reviews
- My Profile
- Articles & Tools
- Account

## Find a Sub-Contractor

- My Projects
- ProFinder
- Pro Reviews
- True Cost Guide
- Emergency Repairs
- DesignMine

## About HomeAdvisor

- Contact Us/Customer Care
- National Accounts
- Live Help
- FAQs

# EXHIBIT 4

# Angie's

# Legal Center

- Privacy Policy
- Service Provider's User Agreement
- Terms of Use
- Projects Submission Customer Agreement
- Advertising and Deals Agreement
- Angie's List Mobile Alerts Terms and Conditions

## Terms of Use

**Effective April 24, 2017**

Download

Angie's List Terms of Use
Last Updated: April 24, 2017
Angie's List, Inc. ("Angie's List") helps consumers research, hire, rate, and review a variety of service contractors and health related professionals (collectively, "Service Providers"). The following *Terms of Use* outline your obligations when using the Angie's List websites, mobile applications, and services.
ACCEPTANCE OF TERMS
The Angie's List Internet site available at www.angieslist.com, the Angie's List mobile application, all related sites and mobile applications, and the various content, features, and services offered on and in connection with these sites and applications, including the Angie's List magazine (collectively, the "Sites and Services") are owned and operated by Angie's List and can only be accessed and used by you under the Terms of Use described below ("Terms of Use").
PLEASE READ THESE TERMS OF USE CAREFULLY. BY ACCESSING, DOWNLOADING, OR USING ANY OF THE SITES AND SERVICES, YOU AGREE TO BECOME BOUND BY THESE TERMS AND CONDITIONS. IF YOU DO NOT AGREE TO ALL THE TERMS AND CONDITIONS, THEN YOU MAY NOT ACCESS AND USE THE SITES AND SERVICES.
MODIFICATIONS OF TERMS OF USE
Angie's List may, in its sole discretion, modify these Terms of Use at any time effective upon posting the modified Terms of Use on and in connection with the Sites and Services, with or

without additional notice to you. You are responsible for regularly reviewing information posted on the Sites and Services to obtain timely notice of such changes. If you do not agree to the amended terms, you agree to immediately stop using the Sites and Services and to provide Angie's List notice to remove you from any distribution lists or other communication list that are available to you through your use of the Sites and Services. YOUR CONTINUED USE OF THE SITE AND SERVICES AFTER SUCH POSTING (OR OTHER NOTIFICATION, IF ANY) MEANS YOU ACCEPT AND AGREE TO BE BOUND BY THE MODIFIED TERMS OF USE.

USE OF THE SITE AND SERVICES

Subject to full compliance with these Terms of Use, Angie's List grants authorized users a nonexclusive, nontransferable, nonsublicensable, terminable license to access and use the Sites and Services for your personal use. You agree to not access, reproduce, duplicate, copy, sell, re-sell, modify, distribute, transmit, or otherwise exploit the Sites or Services or any of their content for any purpose except for your personal use and as described in these Terms of Use, without the express written consent of Angie's List. Angie's List may modify, update, suspend or discontinue the Sites and Services, in whole or in part, at our sole discretion for any or no reason, at any time and with or without notice. Angie's List shall not be liable to any user or other third party for any such modification, update, suspension or discontinuance.

USER CONDUCT

As a condition of your access and use of the Sites and Services and your submission or access to any ratings, reviews, communications, information, data, text, photographs, audio clips, audiovisual works, or other materials on the Sites and Services (collectively, the "Content"), you agree not to use the Sites and Services for any purpose that is unlawful or prohibited by these Terms of Use, or any other purpose not reasonably intended by Angie's List. By way of example, and not as a limitation, you agree not to:

1. violate these Terms of Use, other applicable agreement with Angie's List, and any applicable local, state, national or international law, and any rules and regulations having the force of law;

2. use the Sites and Services in any manner that violates any relevant law or that infringes, misappropriates or violates any third party's rights, including, but not limited to, transmitting any Content that may infringe, misappropriate or violate a third party's rights of publicity, contractual rights, fiduciary rights or intellectual property rights;

3. use the Sites and Services or its Content for any purposes not authorized by these Terms of Use, including commercial, political, or religious purposes, including the submission or transmission of any Content that contains advertisements, promotional materials, junk mail, or any other form of solicitation;

4. reproduce, duplicate, copy, modify, sell, re-sell or exploit any Content or the Sites and Services for any commercial, educational, or any other non-personal purpose or any for any purpose unrelated to your personal purchasing decisions, without the express written consent of Angie's List, which consent may be withheld by Angie's List in our sole discretion;

5. post irrelevant Content, repeatedly post the same or similar Content or otherwise impose an unreasonable or disproportionately large load on our infrastructure, interfere or attempt to interfere with the proper working of the Sites and Services or any activities conducted on the Sites and Services;

6. harass, threaten, intimidate, impersonate, or attempt to impersonate, any other person, falsify your contact or other information, misrepresent a relationship with any person or entity, including misrepresenting a relationship with Angie's List, or otherwise attempt to mislead others as to the identity of the sender or the origin of a review or rating;

7. knowingly provide or submit false or misleading information;

8. use the Sites and Services if you are under the age of eighteen (18);

9. take any action that would undermine the review and rating process under the Sites and Services;

10. attempt to gain unauthorized access to the Sites and Services, other user accounts, or other computer systems or networks connected to the Sites and Services;

11. use the Sites and Services in any way that could interfere with the rights of Angie's List or the rights of other users of the Sites and Services;

12. attempt to gain unauthorized access to any portion or feature of the Sites and Services, or any other systems or networks connected to the Sites and Services or to any server used by Angie's List by hacking, password 'mining' or any other illegitimate or unauthorized means, including attempting to obtain password, account, or any other personal or private information from any other Sites and Services user;

13. sell, share, or otherwise transfer your account username, password, other information, or your rights or obligations under these Terms of Use;

14. transmit or submit any transmission or other materials that are encrypted or that contains viruses, Trojan horses, worms, time bombs, spiders, cancelbots or other computer programming routines that is likely or intended to damage, interfere with, disrupt, impair, disable or otherwise overburden the Sites and Services;

15. access, download, monitor, or copy any information contained on our Sites and Services through artificial means (including but not limited to use any 'deep-link', 'scraper', 'robot', 'spider' or other automatic device, program, algorithm or methodology, or any similar or equivalent automatic or manual process, or in any way reproduce or circumvent the navigational structure or presentation of the Sites and Services or any content, to obtain or attempt to obtain any Content, materials, documents or information through any means not purposely made available through the Sites and Services; or

16. probe, scan or test the vulnerability of the Sites and Services or any network connected to the Sites and Services, nor breach the security or authentication measures on or of the Sites and Services or any network connected to the Sites and Services. You may not reverse look-up, trace or seek to trace any information on any other user of the Sites and Services, or any other customer of Angie's List, including any Angie's List account not owned by you, to its source, or exploit the Sites and Services or any service or information made available or offered by or through the Sites and Services, in any way where the purpose is to reveal any information, including but not limited to personal identification or information other than your own information, except as expressly authorized by Angie's List and provided for by the Sites and Services.

ANGIE'S LIST'S SERVICES
When using, accessing, or purchasing particular services or features of the Sites and Services, you shall be subject to any posted agreements, guidelines, or rules applicable to such services or features that may be posted from time to time. All such agreements, guidelines, or rules are hereby incorporated by reference into the Terms of Use.'''''''

REGISTRATION INFORMATION

We may require that you create an account to use or access certain parts of the Sites and Services and use certain products and features. We may require that you provide login information such as a username and password to access and utilize your account. As a condition of your use of the Sites and Service, you agree to (a) provide Angie's List with true, accurate, current and complete information as prompted by the Angie's List's registration forms, when registering for or using the Sites and Services and (b) update and maintain the truthfulness, accuracy and completeness of such information. You are responsible for maintaining the confidentiality of any password or other account information not generally available to others and are fully responsible for all activities that occur under your username and password. While there are limited, legitimate reasons for creating multiple accounts, creating serial or overlapping accounts may result in account termination. Please contact us if you have questions about managing multiple accounts.

Submitting CONTENT

As a condition of submitting any Content or other materials to the Sites or Services, you agree that:

1.  you grant to Angie's List a royalty free, perpetual, irrevocable, worldwide, nonexclusive, transferable, and sublicensable license to use, reproduce, copy, adapt, modify, merge, distribute, publicly display, create derivative works from, incorporate such Content into other works;

2.  you grant to Angie's List all rights necessary to publish or refrain from publishing your name and address in connection with your Content; sublicense through multiple tiers the Content, and acknowledge that this license cannot be terminated by you once your Content is submitted to the Sites and Services;

3.  you grant to Angie's List all rights necessary to prohibit the subsequent aggregation, display, copying, duplication, reproduction, distribution, or exploitation of your Content by any other party;

4.  your name and report information may be made available to the public and to the Service Providers on which you report;

5.  you represent that you own or have secured all legal rights necessary for the Content submitted by you to be used by you, Angie's List, and others as described and otherwise contemplated in these Terms of Use;

6.  you represent and warrant that each person identified, depicted, or shown in in your Content, if any, (and if a minor, the parent or guardian of the minor) has provided consent to the use of the Content consistent with these Terms of Use;

7.  you are solely responsible for your reviews and ratings;

8.  Angie's List may, in its sole discretion, choose to remove or not to remove reviews and ratings once published;

9.  you will not submit any reviews that may be considered by Angie's List to be infringing, harassing, libelous, abusive, threatening, obscene, profane, hateful, offensive, harmful, vulgar, distasteful, defamatory, or otherwise violates any relevant law or right of any other party, or racially, ethnically or otherwise objectionable;

10. all of your reviews and ratings will either be based upon (i) your actual first-hand experiences with the Service Providers you are reviewing or (ii) as provided below, an individual and that individual's actual first-hand experience with a health care or wellness

provider whereby you have the legal authority to disclose such health information and experience of such individual;

11. all of your reviews and ratings of the Service Providers that you are rating will be accurate, honest, truthful, and complete in all respects;

12. you do not work for, own any interest in or serve on the board of directors of, any of the Service Providers for which you submit reviews and ratings; you are not in any way related (by blood, adoption or marriage, if the Service Provider is an individual) to any of the Service Providers for which you submit reviews or ratings;

13. you have not received any form of compensation to post reviews and ratings;

14. you will submit thorough and thoughtful reviews of the Service Providers you review (for example, submitting a review describing a service contractor as "He/She is great." Without additional commentary is not a thorough and thoughtful review);

15. you will not submit reviews that comment on other users or the reviews of other users;

16. you will not submit reviews with hyperlinks; or

17. the reviews and ratings that you provide do not reflect the views of Angie's List, its officers, managers, owners, employees, agents, designees or other users.

## PUBLICATION AND DISTRIBUTION OF CONTENT

Angie's List does not guarantee the accuracy, integrity, quality or appropriateness of any Content transmitted to or through the Service. You acknowledge that Angie's List simply acts as a passive conduit and an interactive computer service provider for the publication and distribution of Content and for the publication and distribution of any content posted by Service Providers in response to Content ("Service Provider Content"). You understand that all Content and Service Provider Content posted on, transmitted through or linked through the Service, are the sole responsibility of the person from whom such Content originated. You understand that Angie's List does not control, and is not responsible for Content or Service Provider Content made available through the Service, and that by using the Service, You may be exposed to Content that is inaccurate, misleading, or offensive. You agree that You must evaluate and make Your own judgment, and bear all risks associated with, the use of any Content and Service Provider Content.

You further acknowledge that Angie's List has no obligation to screen, preview, monitor or approve any Content or Service Provider Content, or Content posted or submitted by any other Angie's List member or any Service Provider. However, Angie's List reserves the right to review and delete any Content that, in its sole judgment, violates the terms and conditions of this Agreement. By using the Service, You agree that it is solely YOUR RESPONSIBILITY to evaluate Your risks to bear associated with the use, accuracy, usefulness, completeness or appropriateness of any Content that You submit, receive, access, transmit or otherwise convey through the Service. Under no circumstances will Angie's List be liable in any way for any Content or Service Provider Content, including, but not limited to, any Content or Service Provider Content that contains any errors, omissions, defamatory statements, or confidential or private information (including, but not limited to, health information) or for any loss or damage of any kind incurred as a result of the use of any Content or Service Provider Content submitted, accessed, transmitted or otherwise conveyed via the Service. You waive the right to bring or assert any claim against Angie's List relating to Content or Service Provider Content, and release Angie's List from any and all liability for or relating to any Content or Service Provider Content.

You may, however, report Content that you believe violates these Terms of Use or is otherwise unlawful by sending an email to helpdesk@angieslist.com (for copyright complaints, please see below). Please note that you may be liable for damages (including costs and attorneys' fees) for unlawful misrepresentations. If you are uncertain whether an activity is unlawful, we recommend seeking advice of an attorney.

You agree that Angie's List may establish general practices, policies and limits, which may or may not be published, concerning the use of the Sites and Services, including without limitation, the time that reviews and ratings will be retained, the maximum number of reviews and ratings that may be sent from an account, the length of reviews and ratings sent, and the maximum number of times and the maximum duration for which you may access the Sites and Services in a given period of time. You agree that Angie's List has no responsibility or liability for the deletion or failure to store any Content or other materials maintained or transmitted by or through the Sites and Services. You agree that Angie's List has the right to change these general practices and limits at any time, in its sole discretion, with or without notice.

SERVICE PROVIDERS

Angie's List does not endorse and is not responsible or liable for any Content, data, advertising, products, goods or services available or unavailable from, or through, any third party or Service Provider (which includes, but is not limited to, health care and wellness providers). You agree that should you use or rely on such Content, data, advertisement, products, goods or services, available or unavailable from, or through any third party or Service Provider (which includes, but is not limited to, health care and wellness providers), Angie's List is not responsible or liable, indirectly or directly, for any damage or loss caused or alleged to be caused by or in connection with such use or reliance. Your dealings with, or participation in promotions of any Service Provider (which includes, but is not limited to, health care and wellness providers), and any other terms, conditions, representations or warranties associated with such dealings, are between you and such Service Provider (which includes, but is not limited to, health care and wellness providers) exclusively and do not involve Angie's List. You should make whatever investigation or other resources that you deem necessary or appropriate before hiring or engaging Service Providers (which includes, but is not limited to, health care and wellness providers).

Third parties and Service Providers may link or otherwise direct Internet users to our Sites and Services for the purpose of utilizing one or more of the services we provide on behalf of others. Additionally, we may provide links or otherwise direct you to third party or Service Provider websites. Angie's List does not control or operate any such third party or Service Provider websites. Any information you provide to these third party or Service Provider websites while on these third party or Service Provider websites is subject to the respective policies of those third parties or Service Providers, and not Angie's List's policies. It is your responsibility to review such third party or Service Provider policies, including any relevant privacy policies. You agree that Angie's List will not be responsible or liable for, and does not endorse any content, advertising, goods or services provided on or through these outside websites or for your use or inability to use such websites. Angie's List does not make any representations or warranties as to the security of any information (including, without limitation, credit card and other personal information) you might be requested to give to any third party or Service Provider sites. You use these third party or Service Provider websites at your own risk.

You agree that Angie's List is not responsible for the accessibility or unavailability of any Service Provider (which includes, but is not limited to, health care and wellness providers) or for your interactions and dealings with them, waive the right to bring or assert any claim against

Angie's List relating to any interactions or dealings with any Service Provider (which includes, but is not limited to, health care and wellness providers), and release Angie's List from any and all liability for or relating to any interactions or dealings with Service Providers (which includes, but is not limited to, health care and wellness providers).

Without limiting the foregoing, your correspondence or business dealings with, consumption of products or services of, or participation in promotions of, third parties or Service Providers found on or through the use of the Sites and Services, including payment for and delivery or fulfillment of related goods or services, and any other terms, conditions, warranties, or representations associated with such dealings, are solely between you and such third party. You agree that Angie's List shall not be responsible or liable, directly or indirectly, for any loss or damage of any sort incurred as the result of any such dealings or as the result of the presence of such third parties or Service Providers on the Angie's List Sites and Services.

HEALTH RELATED PROVIDERS

The Sites and Services and its Content are for informational purposes only. The Content is not intended to be a substitute for professional medical advice, diagnosis, or treatment. Always seek the advice of your physician or other qualified health provider with any questions you may have regarding a medical condition. Never disregard professional medical advice or delay in seeking it because of something you have read on the Sites and Services.

If you think you may have a medical emergency, call your doctor or 911 immediately. Angie's List does not recommend or endorse any specific tests, physicians, products, procedures, opinions, or other information that may be mentioned on the Sites and Services. Angie's List is not a health or wellness provider and cannot recommend or refer you to any health or wellness provider. Reliance on any information provided by Angie's List, its employees and others appearing on the Sites and Services at the invitation of Angie's List, or other visitors to the Sites and Services is solely at your own risk.

The Sites and Services may contain health-related materials that are sexually explicit. If you find these materials offensive, should not use the Sites and Services. You should be aware that if you post any health-related information about yourself or anyone else on the Sites and Services, you do so at your own risk. If you post health information about services rendered to another individual, you represent that you have the legal authority to receive health information about that individual from that individual's health care providers and that you have the legal authority to further disclose such health information. If you post health-related information, you will be placing it into the public domain which may violate federal or state laws that protect the privacy of health information. You also acknowledge that the health care or wellness provider about whom you submit Content may submit Content that contain your private or confidential health information in response to Content you submit. Angie's List is not liable for any such Content. Angie's List cannot be expected to keep you health information confidential if you post it to the Sites or Services or otherwise make it available to others.

Termination of Access

Angie's List may terminate your privilege to use or access the Sites and Services immediately and without notice for any reason whatsoever. Upon such termination, you must immediately cease accessing or using the Sites and Services and agree not access or make use of, or attempt to use, the Sites and Services. Furthermore, you acknowledge that Angie's List reserves the right to take action -- technical, legal or otherwise -- to block, nullify or deny your ability to access the Sites and Services. You understand that Angie's List may exercise this right in its sole discretion,

and this right shall be in addition to and not in substitution for any other rights and remedies available to Angie's List.

All provisions of these Terms of Use which by their nature should survive termination shall survive the termination of your access to the Sites and Services, including, without limitation, provision regarding ownership, warranty disclaimers, indemnity, and limitations of liability.

NOTICE FOR CALIFORNIA USERS

Under California Civil Code Section 1789.3, California web users are entitled to the following specific consumer rights notice: The Services are provided by Angie's List, Inc., 1030 E. Washington St., Indianapolis, Indiana 46202. If You have any questions, concerns, or complaints regarding the Services, please contact Angie's List, Inc. by either sending: (i) an email to memberservices@angieslist.com; or (ii) a letter, first class certified mail, to Angie's List, 1030 East Washington, Indianapolis, Indiana 46202, Attn: Member Services.

California residents may reach the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs may be contacted in writing at 1625 N. Market Blvd., Suite S-202, Sacramento, California 95834, or by telephone at (916) 445-1254 or (800) 952-5210 or Hearing Impaired at TDD (800) 326-2297 or TDD (916) 322-1700.

TRADEMARKS AND COPYRIGHTS

Angie's List, and other Sites and Services graphics, logos, designs, page headers, button icons, scripts, and service names are the trademarks or trade dress of Angie's List in the U.S. and/or other countries. These trademarks and trade dress may not be used, including as part of trademarks and/or as part of domain names, keyword advertisements, or email addresses, or in connection with any product or service in any manner that is likely to cause confusion.

You should assume all Content and material made available on the Sites and Services is protect by copyright law. Aside from user-submitted Content, all other materials and other information on the Sites and Services, including, but not limited to, all text, graphics, logos, icons, images, audio and video clips, downloads, data compilations and software are the exclusive property of Angie's List and/or its licensors and are protected by all United States and international copyright laws.

Notices

You agree that Angie's List may communicate any notices to You under these Terms of Use, through electronic mail, regular mail or posting the notices on the Site. All notices to Angie's List will be provided by either sending: (i) an email to memberservices@angieslist.com; or (ii) a letter, first class certified mail, to Angie's List, 1030 East Washington, Indianapolis, Indiana 46202, Attn: Member Services. Such notices will be deemed delivered upon the earlier of the verification of delivery or two (2) business days after being sent.

In accordance with the Digital Millennium Copyright Act of 1998, Title 17 of the United States Code, Section 512 ("DMCA"), Angie's List will respond promptly to claims of copyright or trademark infringement that are reported to the agent that we have designated to receive notifications of claims infringement (its "Designated Agent"). Our Designated Agent is:

Angie's List, Inc.

1030 E. Washington St.

Indianapolis, IN 46202

Attn: Jill Arnold

Email: copyrightagent@angieslist.com

If You are a copyright or trademark owner (or authorized to act on behalf of the copyright or trademark owner) and believe that Your work's copyright or trademark has been infringed,

please report Your notice of infringement to us by providing our Designated Agent with a written notification of claimed infringement that includes substantially the following:

1. a physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
2. identification of the copyrighted work or trademark claimed to have been infringed, or, if multiple copyrighted works or trademarks at a single online site are covered by a single notification, a representative list of such works at that site;
3. identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material;
4. information reasonably sufficient to permit us to contact You, such as an address, telephone number, and, if available, an electronic mail address at which You may be contacted;
5. a statement that You have a good faith belief that use of the material in the manner complained of is not authorized by the copyright or trademark owner, its agent, or the law; and
6. a statement that the information in the notification is accurate, and under penalty of perjury, that You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Angie's List will investigate notices of copyright and trademark infringement and take appropriate actions under the DMCA. Inquiries that do not follow this procedure may not receive a response."'""'""'"""

DELAYS AND ACCESSIBILITY
The Sites and Services may be subject to limitations, delays, failure, and other problems inherent in the use of the Internet and electronic communications. Angie's List is not responsible for any delays, failures or other damage resulting from such problems.

USER FEEDBACK
Angie's List appreciates hearing from you, as well as our other users, and welcomes your comments regarding our Sites and Services. Please be advised, however, that our policy does not permit us to accept or consider creative ideas, suggestions, or materials other than those which we have specifically requested. Although we do value your feedback on our Sites and Services, please be specific in your comments regarding our services and do not submit creative ideas, suggestions or materials. If, despite our request, you send us creative suggestions, ideas, drawings, concepts or other information (collectively, the "Submissions"), such Submissions will be the property of Angie's List. In addition, none of the Submissions will be subject to any obligations of confidentiality and Angie's List will not be liable for any future use or disclosure of such Submissions.

Warranties and Disclaimers
You acknowledge that Angie's List has no control over, and no duty to take any action regarding: which users gain access to or use the Sites and Services; what effects the content on or in connection with the Sites and Services may have on you; how you may interpret or use the content on or in connection with the Sites and Services; or what actions you may take as a result of having been exposed to the content on or in connection with the Sites and Services. You release Angie's List from all liability for you having acquired or not acquired content or

information through the Sites and Services. The Sites and Services may contain, or direct you to sites containing, information that some people may find offensive or inappropriate. Angie's List makes no representations concerning any content contained in or accessed through the Sites and Services, and Angie's List will not be responsible or liable for the accuracy, copyright compliance, legality or decency of material contained in or accessed through the Sites and Services. Angie's List makes no guarantee or warranty, express or implied, as to the reliability, accuracy, timeliness or completeness of that information and assumes no responsibility for any errors or omissions therein.

YOU ACCESS AND USE THE SITES AND SERVICES AT YOUR OWN RISK. THE SITES AND SERVICES ARE PROVIDED ON AN 'AS IS, AS AVAILABLE' BASIS WITHOUT WARRANTY OF ANY KIND AND ANY AND ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT ARE SPECIFICALLY DISCLAIMED. NEITHER ANGIE'S LIST NOR ITS AFFILIATES, EMPLOYEES, AGENTS OR THIRD PARTY CONTENT PROVIDERS SHALL BE LIABLE FOR ANY LOSS RESULTING FROM USE OR UNAVAILABILITY OF INFORMATION OR CONTENT ON OR IN CONNECTION WITH THE SITES AND SERVICES, INCLUDING BUT NOT LIMITED TO ANY LOST PROFITS, LOSS OR DAMAGE TO DATA, OR ANY DIRECT, INDIRECT, SPECIAL, CONSEQUENTIAL, COMPENSATORY OR INCIDENTAL DAMAGES, EVEN IF THEY HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THIS DISCLAIMER IS APPLICABLE TO ANY DAMAGE OR INJURY RESULTING FROM NEGLIGENCE OR OMISSION OF ANGIE'S LIST, COMPUTER VIRUS OR OTHER SIMILAR ITEM, TELECOMMUNICATIONS ERRORS, OR UNAUTHORIZED ACCESS TO, OR USE OF USER INFORMATION THROUGH THEFT OR ANY OTHER MEANS. WE ARE NOT LIABLE FOR CRIMINAL, TORTUOUS, OR NEGLIGENT ACTIONS OR OMISSIONS OF THIRD PARTIES THAT AFFECT THE SITES AND SERVICES. IN NO EVENT WILL ANGIE'S LIST OR ANY OF ITS DIRECTORS, OFFICERS, AFFILIATES, AGENTS, EMPLOYEES, ASSIGNS OR THIRD PARTY CONTENT PROVIDERS BE HELD LIABLE FOR ANY TORTUOUS OR ILLEGAL CONDUCT OF OTHER USERS. IN NO EVENT WILL ANGIE'S LIST OR ANY OF ITS AFFILIATES, AGENTS, EMPLOYEES OR ASSIGNS BE HELD LIABLE FOR ANY DAMAGE TO EQUIPMENT, HARDWARE OR OTHER PROPERTY OF USER OR PERSONAL INJURY THAT ARISES IN CONNECTION WITH USE OF THE SITES AND SERVICES.

ANY MATERIAL ACCESSED, DOWNLOADED, OR OTHERWISE OBTAINED THROUGH THE USE OF THE SITES AND SERVICES IS DONE AT YOUR OWN DISCRETION AND RISK AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF ANY SUCH MATERIAL. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM ANGIE'S LIST OR THROUGH OR FROM THE SITES AND/OR SERVICES SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THE TERMS.

EXCEPT AS OTHERWISE EXPRESSLY PROVIDED IN THE TERMS, ANGIE'S LIST DOES NOT REPRESENT OR WARRANT THAT (I) THE SITES AND/OR SERVICES WILL MEET YOUR REQUIREMENTS, (II) THE SITES AND/OR SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE, (III) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SITES AND/OR SERVICES WILL BE

ACCURATE OR RELIABLE, (IV) THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION, OR OTHER MATERIAL PURCHASED OR OBTAINED BY YOU THROUGH THE SITES WILL MEET YOUR EXPECTATIONS, AND (V) ANY ERRORS IN THE SOFTWARE WILL BE CORRECTED. YOU AGREE THAT FROM TIME TO TIME WE MAY REMOVE THE SERVICE FOR INDEFINITE PERIODS OF TIME, OR CANCEL THE SERVICE AT ANY TIME, WITHOUT NOTICE TO YOU.
BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, THE ABOVE EXCLUSION OF IMPLIED WARRANTIES MAY NOT APPLY TO YOU. BECAUSE SOME STATES OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR THE LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES OR JURISDICTIONS, ANGIE'S LIST'S LIABILITY SHALL BE LIMITED TO THE EXTENT PERMITTED BY LAW.
ANGIE'S LIST SHALL USE REASONABLE EFFORTS TO PROTECT INFORMATION SUBMITTED BY YOU IN CONNECTION WITH THE SERVICES, BUT YOU ACKNOWLEDGE AND AGREE THAT YOUR SUBMISSION OF SUCH INFORMATION IS AT YOUR SOLE RISK, AND ANGIE'S LIST HEREBY DISCLAIMS ANY AND ALL LIABILITY TO YOU FOR ANY LOSS OR LIABILITY RELATING TO SUCH INFORMATION IN ANY WAY.

Angie's List has no control over and no duty to take any action regarding: other users' behavior; what effects Content may have on you; how you may interpret or use Content; or what actions you may take as a result of having been exposed to Content. You release Angie's List from all liability for you having acquired or not acquired Content through the Sites and Services. Angie's List makes no representations concerning any Content, including the accuracy thereof, contained in or accessed through the Sites and Services, and Angie's List will not be responsible or liable for the accuracy, copyright compliance, legality or decency of material contained in or accessed through the Sites and Services.

The Sites and Services may display links to other Internet sites or resources. Because Angie's List has no control over such sites and resources, you acknowledge and agree that Angie's List is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any content, advertising, products or other materials on or available from such sites or resources.

You further acknowledge and agree that Angie's List shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such content, goods or services available on or through any such site or resource.

Indemnity

You agree to indemnify, defend and hold harmless Angie's List, its officers, managers, owners, employees, agents, designees, users, successors, assigns, service providers and suppliers from and against all losses, liabilities, expenses, damages, claims, demands and costs, including reasonable attorneys' fees and court costs due to or arising from: (a) any violation of these Terms of Use by you; (b) the inaccurate or untruthful Content or other information provided by you to Angie's List or that you submit, transmit or otherwise make available through the Service; or (c) any intentional or willful violation of any rights of another or harm you may have caused to another. Angie's List will have sole control of the defense of any such damage or claim.

Limitation of liability

YOU EXPRESSLY UNDERSTAND AND AGREE THAT ANGIE'S LIST WILL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, COMPENSATORY, CONSEQUENTIAL OR EXEMPLARY DAMAGES (EVEN IF ANGIE'S LIST HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES) (COLLECTIVELY, "DAMAGES"), RESULTING FROM: (A) THE USE OR INABILITY TO USE THE SERVICE; (B) THE COST OF ANY GOODS AND/OR SERVICES PURCHASED OR OBTAINED AS A RESULT OF THE USE OF THE SERVICE; (C) DISCLOSURE OF, UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR INFORMATION OR CONTENT; (D) CONTENT YOU SUBMIT, RECEIVE, ACCESS, TRANSMIT OR OTHERWISE CONVEY THROUGH THE SERVICE; (E) STATEMENTS OR CONDUCT OF ANY SERVICE PROVIDERS OR OTHER THIRD PARTY THROUGH THE SERVICE; (F) ANY OTHER MATTER RELATING TO THE SERVICE; (G) ANY BREACH OF THIS AGREEMENT BY ANGIE'S LIST OR THE FAILURE OF ANGIE'S LIST TO PROVIDE THE SERVICE UNDER THIS AGREEMENT OR (H) ANY OTHER DEALINGS OR INTERACTIONS YOU HAVE WITH ANY SERVICE PROVIDERS (OR ANY OF THEIR REPRESENTATIVES OR AGENTS). THESE LIMITATIONS SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW. In some jurisdictions, limitations of liability are not permitted. In such jurisdictions, some of the foregoing limitations may not apply to You. You understand and agree that Your unlimited access to the Content on the Website or in the Magazine represents a substantial portion of the value You receive from Your Angie's List's Membership Fee. THEREFORE, TO THE EXTENT ANGIE'S LIST IS FOUND LIABLE FOR ANYTHING RELATED TO THIS AGREEMENT OR THE USE OF THE SERVICE, ANGIE'S LIST'S LIABILITY FOR DAMAGES WILL NOT EXCEED THE EQUIVALENT OF ONE (1) MONTH OF YOUR MEMBERSHIP FEE (I.E., THE AMOUNT OF YOUR ANNUAL MEMBERSHIP FEE DIVIDED BY TWELVE).

YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT ANGIE'S LIST CONTRACTS WITH A THIRD PARTY TO PROCESS YOUR PAYMENT OF MEMBERSHIP FEES TO ANGIE'S LIST THROUGH THE USE OF A CREDIT CARD (A "CREDIT CARD PROCESSOR"). YOU UNDERSTAND AND AGREE THAT NEITHER A CREDIT CARD PROCESSOR NOR ANY OTHER PARTY INVOLVED IN THE CREDIT CARD PROCESSING PROCESS FOR ANGIE'S LIST, INCLUDING, BUT NOT LIMITED TO, THE COMPANY ISSUING THE CREDIT CARD TO YOU AND THE MERCHANT BANK (COLLECTIVELY, THE "RELEASED PARTIES") SHALL BE LIABLE FOR ANY DAMAGES (AS DEFINED HEREIN AND SUBJECT TO THE LIMITATIONS SET FORTH IN THIS SECTION SUFFERED BY YOU AS A RESULT OF THE FAILURE OF ANGIE'S LIST TO PROVIDE SERVICES TO YOU UNDER THIS AGREEMENT OR ANY BREACH OF THIS AGREEMENT BY ANGIE'S LIST. YOU HEREBY RELEASE EACH OF THE RELEASED PARTIES FROM ANY AND ALL DAMAGES YOU MAY SUFFER AS A RESULT OF THE FAILURE OF ANGIE'S LIST TO PROVIDE SERVICES TO YOU UNDER THIS AGREEMENT OR ANY BREACH OF THIS AGREEMENT BY ANGIE'S LIST. YOU AGREE TO INDEMNIFY AND HOLD HARMLESS EACH OF THE RELEASED PARTIES FOR ANY AND ALL DAMAGES IT MAY SUFFER AS A RESULT OF YOUR BREACH OF THIS SECTION. YOU HEREBY UNDERSTAND AND AGREE THAT ANGIE'S LIST SHALL BE SOLELY LIABLE FOR THE PAYMENT OF ANY DAMAGES TO YOU UNDER THIS AGREEMENT.

BREACH OF TERMS OF USE AND LIQUIDATED DAMAGES

You understand that the content in each report or record on Angie's List has significant value to Angie's List and that the damage caused to Angie's List for any violation of these Terms of Use pertaining to a report or record will be difficult to accurately estimate. Thus you shall be liable to pay us the following amounts as liquidated damages, and you agree that the liquidated damages are a reasonable estimate of Angie's List's damages for the specified breaches of these Terms of Use:

1.  If you post Content in violation of these Terms of Use, you agree to promptly pay Angie's List One Thousand Dollars ($1,000) for each item of Content posted in violation of these Terms of Use. We may (but shall not be required to) to issue you a warning before assessing damages.
2.  If you display, copy, duplicate, reproduce, sell, re-sell or exploit for any purpose any Content in violation of these Terms of Use, you agree to pay One Hundred Dollars ($100) for each record or report that you displayed, copied, duplicated, reproduced, sold, re-sold or exploited for any purpose.
3.  If you use computer programming routines that are intended to aggregate records or reports from the Sites and Services or otherwise damage, interfere with, disrupt, impair, disable or otherwise overburden the Sites and Services, you agree to pay One Hundred Dollars ($100) for each report or record that is aggregated, disrupted, damaged or otherwise affected by you.
4.  Except as set forth in the foregoing subparagraphs (a) through (c), inclusive, you agree to pay the actual damages suffered by Angie's List, including, but not limited to attorneys' fees and court costs, to the extent such actual damages can be reasonably calculated. Notwithstanding any other provision of these Terms of Use, we reserve the right to seek the remedy of specific performance of any term contained herein, or a preliminary or permanent injunction against the breach of any such term or in aid of the exercise of any power granted in these Terms of Use, or any combination thereof.

ENTIRE AGREEMENT
These Terms of Use and other agreements, rules, and policies incorporated by reference to these Terms including, without limitation, the Privacy Policy, constitutes the entire agreement between you and Angie's List. It supersedes any prior or contemporaneous negotiations, discussions or agreements, whether written or oral, between you and Angie's List regarding the subject matter contained in these Terms of Use. Additional terms and conditions may exist between you and third parties, including but not limited to, Service Providers and others. You represent and warrant that those third party agreements do not interfere with your obligations and duties to Angie's List under these Terms of Use.

GOVERNING LAW
These Terms of Use and the relationship between You and Angie's List will be governed by the laws of the State of Indiana, notwithstanding the choice of law provisions of the venue where any action is brought, where the violation occurred, where You may be located or any other jurisdiction. You agree and consent to the exclusive jurisdiction of the state or federal courts located in Marion County, Indiana and waive any defense of lack of personal jurisdiction or improper venue or forum non conveniens to a claim brought in such court, except that Angie's List may elect, in its sole discretion, to litigate the action in the county or state where any breach by You occurred or where You can be found. You agree that regardless of any statute or law to

the contrary, any claim or cause of action arising out or related to Your use of the Site or Service or these Terms of Use shall be filed within one (1) year after such claim or cause of action arose or will forever be barred.''

MISCELLANEOUS

If you breach any term of these Terms of Use or other agreement with Angie's List, Angie's List may pursue any legal or equitable remedy available, including but not limited to, direct, consequential, and punitive damages and injunctive relief. Angie's List's remedies are cumulative and not exclusive. Failure of Angie's List to exercise any remedy or enforce any portion of the Terms of Use at any time shall not operate as a waiver of any remedy or of the right to enforce any portion of the Agreement at any time thereafter. If any provision of the Terms of Use is found to be unenforceable or invalid, that provision shall be limited or eliminated to the minimum extent necessary so that the Terms shall otherwise remain in full force and effect and enforceable. These Terms of Use are not assignable, transferable or sublicensable by you except with Angie's List's prior written consent. We may transfer, assign or delegate the Terms and its rights and obligations without consent. Users of this Sites and Services are responsible for compliance with all applicable regulations and laws. No joint venture, partnership, employment or agency relationship exists between you and Angie's List as a result of these Terms of Use or use of the Sites and Services. You acknowledge and agree that each of the Released Parties shall be an intended third party beneficiary of these Terms of Use.

Contacting Us

If you have any comments or questions regarding these Terms, or wish to report any violation of these Terms of Service, please contact us at helpdesk@angieslist.com. We will address any issue to the best of our abilities.

---

Legal Center powered by PactSafe

Copyright © 2019, Angie's List

# EXHIBIT 5

# Service Provider's User Agreement

**Effective November 3, 2017**

Download

---

**Summary of changes**

References to Member Reviews have been changed to Consumer Reviews.

---

Service Provider's User Agreement
*Last Updated November 3, 2017*
Angie's List, Inc. allows consumers of Angie's List (collectively, the "Consumers") to provide reviews and ratings on a variety of service companies and health related providers (collectively, a "Service Provider") with whom they have had first-hand experiences. On behalf, and as representative, of a Service Provider ("You" or "Company"), You are permitted to use the website (www.angieslist.com) (the "Website") and the information contained therein subject to the terms and conditions contained in this Service Provider's User Agreement, which may be modified, amended or replaced by Angie's List from time to time at Angie's List sole discretion (collectively, the "Agreement"). Such modifications will become effective immediately upon the posting thereof. This Agreement shall also govern other aspects of Your relationship with Angie's List beyond Your use of the Website, as described herein.
In consideration of Angie's List granting the Company access to its Website and the information contained therein, and in order to use the Website, You must read and accept all of the Terms and Conditions in, and linked to, this Agreement. It is the Company's responsibility to review this Agreement on a regular basis to keep itself informed of any modifications. BY ACCEPTING THE TERMS AND CONDITIONS OF THIS AGREEMENT, THE COMPANY ACKNOWLEDGES IT HAS READ, UNDERSTANDS AND AGREES TO BE BOUND BY ALL OF THE TERMS, CONDITIONS, AND NOTICES CONTAINED IN THIS AGREEMENT JUST AS IF YOU HAD SIGNED THIS AGREEMENT.
Terms and Conditions
Consumers may submit a review or report and other information (collectively, "Consumer Content") on any Service Provider with which they have communicated or had another first-hand experience, whether or not work was started, performed, or completed. If the Company disputes any Consumer Content, the Company's sole course of action with respect to such Consumer Content as it relates to Angie's List and the Website is to utilize the Services (as defined below) which are available online at the Website.
By agreeing to the Terms and Conditions of this Agreement, the Company is hereby permitted to use the services offered to Service Provider's including, without limitation, access to "Business Center", the ability to review Consumer Content pertaining to the Company, the ability to submit responses to Consumer Content, the ability to update and maintain profile information on the Company, the ability to utilize the dispute resolution process offered through the Website and facilitated by Angie's List and such other services that Angie's List may offer to Service Providers from time to time (collectively, the "Services").

By agreeing to the Terms and Conditions of this Agreement, Angie's List grants the Company a limited license to access and use the Website and the Services. Notwithstanding the foregoing, the Company acknowledges and agrees that it will not access, reproduce, duplicate, copy, sell, re-sell, visit or otherwise exploit the Website (or any of the content therein including, without limitation, any Consumer Content or any profiles of Angie's List members) or Services for any commercial or other purpose, without the express written consent of Angie's List.
Angie's List does not endorse and is not responsible or liable for any Consumer Content, SP Content (as defined below), data, advertising, products, goods or services available or unavailable from, or through, Angie's List. The statements, information and ratings contained in any Consumer Content are solely the opinion of the Consumer submitting such Consumer Content and do not reflect the opinion of Angie's List or any of its affiliates or subsidiaries or any of their respective owners, managers, officers, employees, agents or representatives.
The Company acknowledges and understands that Angie's List simply acts as a passive conduit and an interactive computer provider for the publication and distribution of Consumer Content and SP Content. Angie's List does not have any duty or obligation to investigate the accuracy of Consumer Content or the quality of the work performed by the Company or any other Service Provider which is the subject of any Consumer Content. By using the Services, the Company agrees that it is solely the Company's responsibility to evaluate the Company's risks associated with the use, accuracy, usefulness, completeness, appropriateness or legality of any information, responses, writings or other materials that the Company submits, transmits or otherwise conveys through the Services (collectively, "SP Content").
Under no circumstances will Angie's List be liable in any way for any Consumer Content or SP Content including, but not limited to, any Consumer Content or SP Content that contains, errors, omissions or defamatory statements, or for any loss or damage of any kind incurred as a result of the use of any Consumer Content or SP Content submitted, accessed, transmitted or otherwise conveyed via the Services or otherwise.
The Company hereby waives any claims, rights or actions that it may have against Angie's List or any of its affiliates or subsidiaries with respect to any Consumer Content or SP Content and releases Angie's List and each of its affiliates and subsidiaries from any and all liability for or relating to Consumer Content or SP Content.
The Company agrees to indemnify and hold Angie's List and each of its affiliates and subsidiaries and their respective owners, managers, officers, employees, agents or representatives harmless for any damages that may arise, directly or indirectly, from any claim or right it may have against Angie's List with respect to any statements made by a Consumer or Consumer Content submitted by a Consumer which is communicated, posted or published by Angie's List on its Website or to a third party.
The Company acknowledges and agrees that the Company can neither require Angie's List to place the Company on its Website nor remove the Company or any Consumer Content from Angie's List. The Company further acknowledges and understands that the Company is not a Consumer of Angie's List, cannot refer to itself as a Consumer of Angie's List, and is not afforded the same access to the Website as a Consumer nor the benefits afforded to a Consumer. The Company and its current or former owners, directors, managers, employees, agents and family members are expressly prohibited from purchasing gift memberships to Angie's List or reimbursing clients or customers for their Angie's List membership cost. In addition, individuals affiliated with the Company including, without limitation, current or former owners, current or former employees or officers, family members, or current or former partners, investors,

managers or directors (collectively, the "Affiliated Persons") may not submit Consumer Content to Angie's List on the Company. The Company hereby acknowledges and agrees that to the extent an Affiliated Person has submitted or posted any Consumer Content on the Company or any company or person competitive to the Company, or believes that Consumer Content was posted by an Affiliated Person that Angie's List may immediately remove such Consumer Content without notice or recourse against Angie's List.

SP Content shall not contain any unauthorized content which includes but is not limited to:

a. Offensive, harmful and/or abusive language, including without limitation: expletives, profanities, obscenities, harassment, vulgarities, sexually explicit language and hate speech (e.g., racist/discriminatory speech.);

b. Comments that do not address the Consumer Content or comments with no qualitative value as determined by Angie's List in its sole discretion;

c. Content that contains personal attacks or describes physical confrontations and/or sexual harassment;

d. Messages that are advertising or commercial in nature, or are inappropriate based on the applicable subject matter;

e. Language that violates the standards of good taste or the standards of the Website, as determined by Angie's List in its sole discretion;

f. Content determined by Angie's List, in its sole discretion, to be illegal, or to violate any federal, state, or local law or regulation or the rights of any other person or entity;

g. Language intended to impersonate other users (including names of other individuals) or to be offensive or inappropriate user names or signatures; and/or

h. Content that is not in English, that is encrypted or that contains viruses, Trojan horses, worms, time bombs, cancelbots or other computer programming routines that are intended to damage, interfere with, intercept or appropriate any system, data or personal information.

The Company acknowledges and agrees that Angie's List in its sole discretion may remove without notice any SP Content or any portion thereof that Angie's List believes violates the foregoing.

Angie's List may suspend, restrict or terminate the Company's use of the Services or any portion thereof if the Company breaches or fails to comply with any of the Terms and Conditions of this Agreement.

Although Angie's List does not claim ownership of any SP Content or other communications or materials submitted by or given by the Company to Angie's List, by providing SP Content for the Website or other mediums, the Company automatically grants, and the Company represents and warrants that the Company has the right to grant, to Angie's List an irrevocable, perpetual, non-exclusive, fully paid, worldwide license to use, copy, perform, display, reproduce, adapt, modify, and distribute such SP Consent and to prepare derivative works of, or incorporate into other works, such SP Content, and to grant and to authorize sublicenses (through multiple tiers) of the foregoing. In addition, by providing Angie's List with SP Content, the Company automatically grants Angie's List all rights necessary to prohibit the subsequent aggregation, display, copying, duplication, reproduction or exploitation of SP Content on the Website or in any other medium by any other party. No compensation will be paid with respect to Angie's List use of SP Content. Angie's List is under no obligation to post or use any of SP Content or maintain SP Content. Angie's List may remove SP Content at any time in Angie's List sole discretion.

It is the Company's sole responsibility to review and monitor any Consumer Content regarding the Company that is posted by Consumers and to submit responses it deems necessary to any Consumer Content. Angie's List does not have any obligation to provide a notice or update to the Company with respect to any new information or Consumer Content that it learns of or receives about the Company from its Consumers.

The Company has the sole responsibility of updating any and all of its information on the Website including, without limitation, the Company's description and profile information.

The Company agrees not to use or cause any robot, bot, spider, other automatic device, or computer program routine or manual process to monitor, duplicate, take, obtain, transfer, modify, use, reproduce, aggregate or copy Angie's List, any Consumer Content, any Consumer profiles, SP Content (including SP profiles) or any other content contained on the Website or any other publication of Angie's List. You shall not use or cause any device, software, or routine to interfere or attempt to interfere with the proper working of the Website.

The Company hereby represents and warrants to Angie's List that (a) all information provided to Angie's List by the Company is true, complete and accurate in all respects, and (b) the Company is authorized to submit information to Angie's List. Angie's List is authorized by the Company to rely upon the truthfulness, completeness and accuracy of SP Content in order to serve its Consumers.

The Company acknowledges that the Website utilizes one or more website analytic services, including, without limitation, ClickTale, which may record mouse clicks, mouse movements, scrolling activity and text entered into the Website by users. These services do not collect personally identifiable information that is not voluntarily entered into the Website by the user. Angie's List uses the information collected by these service providers to improve the usability and other features of the Website. Users may choose to disable the ClickTale service at http://www.clicktale.net/disable.html.

The Company acknowledges that Angie's List will use the telephone numbers, email addresses and facsimile numbers that are submitted to Angie's List in connection with registering with Angie's List to contact the Company with information regarding Angie's List. Angie's List agrees not to sell, trade, rent or share such information with any third parties. By providing a wireless phone number to Angie's List, Company agrees that Angie's List may call or send text messages to the wireless phone number for any purpose, including marketing purposes, using all methods now known and discovered in the future, including, but not limited to, auto-dialers, pre-recordings, and general telemarketing practices. Company agrees that these calls or text messages may be regarding the products and/or services that Company has previously purchased and products and/or services that Angie's List may market to me. Company acknowledges that this consent may be removed upon request.

To the extent a third party posts or submits any SP Content or manages the Company's profile or information on the Website, the Company hereby acknowledges and agrees that the Company shall remain fully responsible for any SP Content or information posted or submitted by such third party.

The Company agrees unless expressly authorized by Angie's List not to access, copy, duplicate use, reproduce, alter, modify, create derivative works, display, sell, re-sell, advertise or market with or otherwise exploit for any commercial, educational or other purpose any Consumer Content, any Consumer profiles, any SP profiles, or any other content from the Website or Angie's List, including, without limitation, any reviews or ratings or any other content contained in any Consumer Content.

Angie's List is the owner and/or authorized user of any trademark and/or service mark, including, without limitation, the name "Angie's List", appearing on the Website and is copyright owner or licensee of the content and/or information on the Website. By placing them on the Website, Angie's List does not grant the Company any license or other authorization to copy or use its trademarks, service marks, copyrighted material, or other intellectual property, except as provided herein.

Angie's List reserves the right to exercise any rights or remedies which may be available to it against the Company if the Terms and Conditions of this Agreement are violated by the Company. These remedies include, but are not limited to, revocation of (a) Super Service Awards (present & past) and any associated license, (b) advertising privileges, (c) use of the Services, or (d) appearances on the Website and/or any other appearances in any Angie's List's publication, and Company agrees that the exercise of one remedy shall not preclude the availability of any other remedy.

The Company understands and agrees that, because damages resulting from Company's breach of this Agreement are difficult to calculate, if it becomes necessary for Angie's List to pursue legal action to enforce the Terms and Conditions of this Agreement, the Company will be liable to pay Angie's List the following amounts as liquidated damages, which the Company accepts as reasonable estimates of Angie's List's damages for the specified breaches of this Agreement:

a. If the Company posts SP Content in violation of this Agreement, the Company agrees to promptly pay Angie's List One Thousand Dollars ($1,000) for each item of SP Content posted in violation of this Agreement. Angie's List may (but is not required) issue the Company a warning before assessing damages.

b. If the Company exploits for any purpose (commercial or otherwise) any Consumer Content, profiles of Angie's List members or any other information contained on the Website including, without limitation, ratings and/or reviews in violation of this Agreement, the Company agrees to pay Ten Thousand Dollars ($10,000) per report, record or review exploited.

c. If the Company uses or causes any robot, bot, spider, other automatic device or computer program routine or any manual process to monitor, duplicate, take, aggregate, obtain, modify, use, reproduce or copy any Consumer Content, any profiles of Angie's List members, SP content (including SP profiles) or any other content contained on the Website or in any other publication of Angie's List, the Company agrees to pay One Hundred Dollars ($100) for each report, record, review or other information that is monitored, duplicated, transferred, taken, obstructed, modified, used, reproduced, aggregated or copied.

d. Except as set forth in the foregoing subparagraphs (a) through (c), inclusive, the Company agrees to pay the actual damages suffered by Angie's List to the extent such actual damages can be reasonably calculated.

Notwithstanding any other provision of this Agreement, the Company reserves the right to seek the remedy of specific performance of any term contained herein, or a preliminary or permanent injunction against the breach of any such term or in aid of the exercise of any power granted in this Agreement, or any combination thereof.

THE COMPANY EXPRESSLY UNDERSTANDS AND AGREES THAT ANGIE'S LIST WILL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, COMPENSATORY, CONSEQUENTIAL OR EXEMPLARY DAMAGES (EVEN IF ANGIE'S LIST HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES) (COLLECTIVELY, "DAMAGES"), RESULTING FROM: (A) THE USE OR INABILITY TO

USE THE SERVICES; (B) THE COST OF ANY GOODS AND/OR SERVICES PURCHASED OR OBTAINED AS A RESULT OF THE USE OF THE SERVICES; (C) DISCLOSURE OF, UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR INFORMATION OR SP CONTENT; (D) SP CONTENT THE COMPANY MAY SUBMIT, RECEIVE, ACCESS, TRANSMIT OR OTHERWISE CONVEY THROUGH THE SERVICES OR THIS AGREEMENT; (E) STATEMENTS OR CONDUCT OF ANY CONSUMER OR OTHER THIRD PARTY THROUGH THE SERVICES; (F) ANY OTHER MATTER RELATING TO THE SERVICES; (G) ANY BREACH OF THIS AGREEMENT BY ANGIE'S LIST OR THE FAILURE OF ANGIE'S LIST TO PROVIDE THE SERVICES UNDER THIS AGREEMENT; (H) ANY CONSUMER CONTENT POSTED; OR (I) ANY OTHER DEALINGS OR INTERACTIONS THE COMPANY HAS WITH ANY SERVICE PROVIDER (OR ANY OF THEIR REPRESENTATIVES OR AGENTS). THESE LIMITATIONS SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW. In some jurisdictions, limitations of liability are not permitted. In such jurisdictions, some of the foregoing limitations may not apply to the Company.

TO THE EXTENT ANGIE'S LIST IS FOUND LIABLE FOR ANYTHING RELATED TO THIS AGREEMENT OR THE USE OF THE SERVICES, ANGIE'S LIST'S LIABILITY FOR DAMAGES WILL NOT EXCEED ONE HUNDRED DOLLARS ($100.00).

This Agreement and the relationship between the Company and Angie's List will be governed by the internal laws of the State of Indiana, notwithstanding the choice of law provisions or conflict of law analysis of the venue where any action is brought, where the violation occurred, where the Company may be located or any other jurisdiction. The Company agrees and consents to the exclusive jurisdiction of the state or federal courts located in Indianapolis, Indiana and waives any defense of lack of personal jurisdiction or improper venue or forum non conveniens to a claim brought in such court, except that Angie's List may elect, in its sole discretion, to litigate the action in the county or state where any breach by the Company occurred or where the Company can be found. The Company agrees that regardless of any statute or law to the contrary, any claim or cause of action arising out or related to your use of the Service or this Agreement shall be filed within one (1) year after such claim or cause of action arose or will forever be barred.

In the event this Agreement is terminated, certain provisions of this Agreement will continue to remain in effect, including, but not limited to, Sections 4-7, 10, 19-26, and 28.

The Company agrees to indemnify and hold Angie's List and each of its affiliates and subsidiaries and each of their respective owners, officers, agents, managers, partners, employees, agents and representatives harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees (whether incurred in enforcing this Agreement or otherwise), made by any third party due to or arising out of the Company's use of Angie's List.

Angie's List may modify or restate the Terms and Conditions of this Agreement and such modification(s) will be effective immediately upon being posted on the Website. Angie's List will make note of the date of the last update to the Agreement on the first page of this Agreement. The Company is responsible for reviewing these terms and conditions regularly. The Company's continued use of the Services after such modifications will be deemed to be the Company's conclusive acceptance of all modifications to this Agreement.

The Company agrees that Angie's List shall be entitled to payment from the Company for any and all out-of-pocket costs, including, without limitation, attorneys' fees, incurred by Angie's List in connection with enforcing these Terms and Conditions and this Agreement or otherwise.

The Services may be subject to limitations, delays and other problems inherent in the use of the internet and electronic communications. Angie's List is not responsible for any delays, failures or other damage resulting from such problems.

This Agreement may not be re-sold or assigned by the Company. If the Company assigns, or tries to assign, this Agreement, such assignment or attempted assignment will be void and unenforceable. It will not be considered a waiver of Angie's List's rights if Angie's List fails to enforce any of the terms or conditions of this Agreement against the Company. In the event a court finds a provision in this Agreement to not be valid, the Company and Angie's List agrees that such court should incorporate a similar provision that would be considered valid, with all other provisions remaining valid in the Agreement. No joint venture, partnership, employment or agency relationship exists between the Company and Angie's List as a result of this Agreement or use of the Services.

The person agreeing to this Agreement and the Terms and Conditions on behalf of the Company hereby represents and warrants that he/she has the power and authority to bind the Company and that this Agreement and the Terms and Conditions constitutes a valid and binding agreement of the Company.

IF YOU DO NOT AGREE TO ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT, YOU MUST NOT USE THE SERVICES. BY USING THE SERVICES, YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTOOD THE TERMS AND CONDITIONS OF THIS AGREEMENT AND YOU AGREE TO BE BOUND BY THESE TERMS AND CONDITIONS.

---

Legal Center powered by PactSafe

Copyright © 2019, Angie's List

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
*TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA*
OFFICE OF THE JUDGE-IN-CHAMBERS
*OFICINA DEL JUEZ DE TURNO*

**Precision Contracting Solutions, LP, et al**

Plaintiff / *Demandante*

Case No. / *No. de caso* **2019CA5949**

## KENETH VOGEL, et al

Defendant / *Demandado*

### NOTICE OF HEARING / *AVISO DE AUDIENCIA*

You are hereby notified that Plaintiff has filed a/an / *Por el presente, se le notifica que el/la Demandante ha presentado un/a:*

☑ Application for a Temporary Restraining Order (T.R.O.) / *Solicitud para una Orden de Restricción Temporal (T.R.O. por sus siglas en ingles)*

☐ Motion for a Preliminary Injunction / *Petición para un Mandato Judicial Preliminar*

☐ Other / *Otro:*_____

The following Hearing has been scheduled for/has been continued to / *Se ha programado/ aplazado la siguiente audiencia para:*

**9/16/2019** at / *a la(s)* **10:30** 2:30 p.m. a.m. /p.m. a / *para*
(date / *fecha*)          (time / *hora*)

☐ Hearing on the Application for Temporary Restraining Order / *una audiencia sobre la solicitud para una Orden de Restricción Temporal*

☐ Status Hearing on the Motion for Preliminary Injunction / *una audiencia sobre la petición para un Mandato Judicial Preliminar*

☐ Other / *Otro:* _____

will be heard by / *se ventilara ante:*

☑ Judge-in-Chambers / *el juez de turno*

☐ The calendar Judge / *el juez asignado*, Judge / *Juez* _____, calender / *calendario* _____

at the following location / *en el siguiente lugar:*

☑ Judge-in-Chambers Room 4220 (4th Floor)/ *Juez de turno, Oficina 4220 (4to Piso)* – 500 Indiana Ave. NW

☐ 500 Indiana Ave. NW, Courtroom / *Sala* _____

☐ Building / *Edificio* A: 515 5th St. NW, Courtroom / *Sala* _____

☐ Building / *Edificio* B: 510 4th St. NW, Courtroom / *Sala* _____

**If you wish to be heard, your presence is required / Si desea hablar ante el juez, se requerira su presencia.**

REVISED FORM SO-2064/SEPT 2014 /TRANSLATED BY OCIS AUG 2012



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

PRECISION CONTRACTING SOLUTIONS, LP et al
Vs.                                              C.A. No.     2019 CA 005949 B
KENNETH VOGEL et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge JUDGE EPSTEIN CIVIL CAL 2
Date:  September 10, 2019
Initial Conference: 10:30 am, Friday, December 13, 2019
Location:  Courtroom 517
            500 Indiana Avenue N.W.
            WASHINGTON, DC  20001

CAIO-60

# ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

.

Chief   Judge   Robert   E.   Morin

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

PRECISION CONTRACTING
  SOLUTIONS, LP, *et al.*

      Plaintiffs

      v.

ANGI Homeservices, Inc., et al.

      Defendants

Case No. 2019 CA 005949



FILED
CIVIL ACTIONS BRANCH
SEP 1 3 2019
Superior Court
of the District of Columbia
Washington, D.C.

### SUPPLEMENTAL FILING CONTAINING ADDITIONAL
### EVIDENCE FOR TRO HEARING

Plaintiffs Derrick Sieber and Stephen Sieber hereby submit the attached Declaration of

Mathew Fisher and associated exhibits in support of Plaintiffs' TRO motion to be heard on

September 16, 2019 at 2:30 p.m. in this Court.

Respectfully submitted,

*/s/ Derrick S. Sieber*
Derrick S. Sieber, *pro se*
9412 St. Andrews Way
Silver Spring, MD 20901
Telephone: (202) 302-1990
E-mail: *derrick.precsion@gmail.c*

*/s/ Stephen C. Sieber*
Stephen C. Sieber, *pro se*
1805 - 45th Street NW
Washington DC 20007
Telephone: 240-432-3265
E-mail: *marcostevie@gmail.com*

**DC SUPERIOR COURT**
**FOR THE DISTRICT OF COLUMBIA**

PRECISION CONTRACTING
SOLUTIONS, LP, et al.

v.                                              Case No. 2019 CA 005949

HOME ADVISOR, INC., et al.

**DECLARATION OF MATHEW FISHER**

I, Mathew Fisher, declare:

1. My name is Mathew Fisher and I am 35 years of age.

2. I am a resident of the District of Columbia and reside at 503 S Street NW Washington, DC, which is a single-family home of which I own.

3. On or about March 23, 2019 I went on to Angie's List website (www.angieslist.com) and requested a quote from a local contractor.

4. Later that day I received an email from Angie's List with three recommendations for local contractors. (See exhibit 1 attached)

5. Precision Contracting Solutions (PCS) was at the top of the list of those contractors that were recommended to me by Angie's List.

6. I was impressed that PCS had 49 favorable ratings and reviews from DC consumers on the Angie's List website.

7. I later learned that my contact information and details of my construction project had been disseminated to PCS through another company called HomeAdvisor. (See Exhibit 2 attached).

8. On or about March 25, 2019 PCS sent one its staff to perform a preliminary estimate for my project.

9. On April 10, 2019 Derrick Sieber, Owner of PCS, sent me an email with a contract proposal for the work.

Page **1** of **2**

10. Over the next couple of days, Derrick and I negotiated the final terms of the contract and entered into said contract on April 15, 2019.

11. Shortly thereafter, PCS obtained all of the required permits, began the work, as well as obtained the required code inspections as the project progressed.

12. The project is currently nearing completion and I am very satisfied with the work, the performance, and my experience with PCS to date.

13. On September 12, 2019 I decided to post a review and rating of my experience with PCS on Angie's List.

14. Using the emails I had been sent from Angie's List back in March, I attempted to give PCS a favorable review and rating of my experience and was precluded from doing so and received a "Server Error" prompt from Angie's List thus preventing the publication of my rating and review of PCS on the Angie's List website. (See exhibit 3 attached).

15. I feel violated by being precluded from posting my rating and review of PCS, as Angie's List promised I could in their TV commercials and Terms of Service.

16. I have been made aware of the Federal Trade Act Section 45b, which makes it unlawful for Angie's List to censor my ability to post a consumer review as the law allows me to do.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Washington D.C. this ___2 day of September 2019.

Mathew Fisher

EXHIBIT 1

Angies list

# Thanks for using Angie's List, Matt!

Here are the pros for your Basement Remodel project in washington, DC.

View Project Results

✓

## Matched Pros

From Our Trusted Partner
**Precision Contracting Solutions, LP**
● Screened & Approved  Learn More
📞 (202) 302-1990

**A**
49
Reviews

👤 View Profile

Angie's list
**Cyrus Construction LP**
● Angie's List Certified  Learn More
📞 (703) 215-3005

**A**
55
Reviews

👤 View Profile

Angie's list
**All Renovations Inc**
● Angie's List Certified  Learn More
📞 (703) 844-3005

**A**
27
Reviews

👤 View Profile

EXHIBIT 2

---------- Forwarded message ---------
From: **HomeAdvisor Lead** <newlead@homeadvisor.com>
Date: Sat, Mar 23, 2019, 12:16 PM
Subject: New Customer Match: Basement Remodel - from HomeAdvisor #137102485
To: <derrick.precision@gmail.com>



You have a new lead!
**Remodel a Basement**

---

Customer Information

**Matt Fisher**

📞   (717) 271-9297

💬   Send a Message

✉️   nittlion07@gmail.com

📍   503 S St NW, Washington, DC 20001

---

View this lead at 🏠 **Home**Advisor **PRO**

**View Lead Details**

---

Job Information

Job #: 137102485

Other HomeAdvisor Pros Matched: 0

Lead Type: Market Match

Service Description

**Comments:**

EXTERIOR: I am looking to add a basement entrance to an already finished basement by one of two ways:
1-turn existing basement window into main basement entrance (some excavation, no moving gas, water,
electric lines) 2-preserve window as is, install main entrance in area where electric, gas, and water now
enter the home (requires moving utilities, replacing concrete main home stair entrance with wrought iron
steps, and more extensive excavation). *Both will include excavation, and installing stairs with lighting to
basement entrance. INTERIOR: Install basement kitchen. Convert interior doors into pocket doors. Move
and upgrade electrical panel box, install recessed LED lighting in ceiling. Install temporary wall to block
off interior stairway from basement to ground floor living room.

**Basement Features:**

Stairway
Kitchen

**Design Preparation:**

None

**Basement Area Description:**

Finished

**Square Footage:**

400 - 800 (medium)

**Request Stage:**

Ready to Hire

**Desired Completion Date:**

Less than 2 months

**What kind of location is this?:**

Home/Residence

**Property Owner:**

Yes

**Historical Work:**

Yes

**Covered by Insurance:**

No



View this lead at **HomeAdvisor** **PRO**

**View Lead Details**

Tips from HomeAdvisor

Are you creating a positive initial impression with your HomeAdvisor profile? Review your profile here!

For your benefit, HomeAdvisor will encourage this customer to review your performance. Your Rating & Review scores create 'online word-of-mouth' to set you apart from your competition!

*Thank you for being a vital member of the HomeAdvisor service professional network.*

**Need Help?**
Call Pro Customer Care: (877) 947-3639



**Quick Read**
How is your business doing? Take our industry survey for a chance to win.   ▶ Share your feedback

**HomeAdvisor, Inc.**
14023 Denver West Pkwy, Golden, CO 80401

Terms & Conditions | Privacy Policy
Change your Email Preferences

EXHIBIT 3

gie's list

Are you a quality
Learn More ›



## SERVER ERROR

### Unfortunately, something went wrong on our end.

First try reloading the page. If the problem persists, reach out to us
for help at 1 (866) 210-2991.

⟳ Reload Page

**Not finding what you are looking for?**

We are always here to help

📞 1 (866) 210-2991